JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
MADISON SQUARE GARDEN, L.P.,                         )
                                                     )     07 CIV 8455
                    Plaintiff,                       )
                                                     )
           v.                                        )
                                                     )
NATIONAL HOCKEY LEAGUE,                              )     **PLAINTIFF'S CORPORATE**
NATIONAL HOCKEY LEAGUE                               )     **DISCLOSURE STATEMENT**
ENTERPRISES, L.P., NATIONAL                          )
HOCKEY LEAGUE INTERACTIVE                            )
CYBERENTERPRISES, L.L.C., NHL                        )
ENTERPRISES CANADA, L.P., and NHL                    )
ENTERPRISES, B.V,                                    )
                                                     )
                    Defendants.                      )
                                                     )
                                                     )
                                                     )
------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, plaintiff Madison Square Garden, L.P., by and through its undersigned counsel, hereby states that it is a wholly owned subsidiary of Regional Programming Partners, which is an indirectly wholly owned subsidiary of CSC Holdings, Inc. CSC Holdings, Inc. is a wholly-owned subsidiary of Cablevision Systems Corporation and is not publicly traded. Cablevision Systems Corporation is a publicly held corporation with no parent corporation. The following publicly held corporation owns 10% or more of Cablevision Systems Corporation's stock: Legg Mason, Inc. (through ClearBridge Advisors, LLC, Smith Barney Fund Management LLC, and ClearBridge Asset Management, Inc. as a group).

Date:  New York, New York
       September 28, 2007

                                      JONES DAY

                                      By: /s/ *signature*
                                      Meir Feder (MF 2574)
                                      Robert W. Gaffey (RG-4004)
                                      William J. Hine (WH-6776)
                                      Tracy V. Schaffer (TS-4952)
                                      222 East 41st Street
                                      Counsel for Plaintiff Madison Square Garden
                                      New York, NY  10017-6702
                                      Telephone:  (212) 326-3939
                                      Facsimile:  (212) 755-7306

OF COUNSEL:

Thomas F. Cullen, Jr.
Joe Sims
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Thomas Demitrack
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212