```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MADISON SQUARE GARDEN, L.P.,           :       07 CV 8455 (LAP)

            Plaintiff,           :       **MEMORANDUM**

   v.                                     :

NATIONAL HOCKEY LEAGUE,                 :
NATIONAL HOCKEY LEAGUE
ENTERPRISES, L.P., NHL INTERACTIVE      :
CYBERENTERPRISES, LLC, NHL
ENTERPRISES CANADA, L.P. and NHL        :
ENTERPRISES, B.V.,                      :

            Defendants.          :

------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represented Madison Square Garden, L.P. and Time Warner and/or their affiliates, and he worked on some Madison Square Garden matters.

So Ordered:

Dated: New York, New York
       October 2, 2007

                                                  */s/ Loretta A. Preska*
                                                 LORETTA A. PRESKA, U.S.D.J.

CGRMSG