# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 8455

Date Filed: _____

Plaintiff:
**MADISON SQUARE GARDEN, L.P.**

vs.

Defendant:
**NATIONAL HOCKEY LEAGUE, et al.**

Received by ASK Litigation Support, Inc. to be served on **NATIONAL HOCKEY LEAGUE, 1251 Avenue of the Americas, New York, NY 10020.**

I, Simon Kahn, being duly sworn, depose and say that on the **1st day of October, 2007 at 11:00 am, I:**

Personally delivered a true copy of the **Summons & Complaint for Injunctive Relief with Judge's and Magistrate's Rules including ECF** to Daniel Ages, Associate Counsel, authorized and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 175, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____10/1/07_____
              DATE

Simon Kahn
0842361

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
**211 East 43rd Street, Suite 1901**
**New York, NY  10017**
**(212) 481-9000**
Our Job Serial Number: 2007000603
Ref: 363054-605013

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j