# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 8455                                        Date Filed: _____

Plaintiff:
**MADISON SQUARE GARDEN, L.P.**
vs.
Defendant:
**NATIONAL HOCKEY LEAGUE, et al.**

Received by ASK Litigation Support, Inc. to be served on **NHL INTERACTIVE CYBERENTERPRISES, LLC., 1251 Avenue of the Americas, New York, NY 10020.**

I, Simon Kahn, being duly sworn, depose and say that on the **1st day of October, 2007 at 11:04 am,** I:

Personally delivered a true copy of the **Summons & Complaint for Injunctive Relief with Judge's and Magistrate's Rules including ECF** to Keith Ritter, President and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Caucasian, Height: 6'0", Weight: 185, Hair: Gray, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____10/1/07_____
               DATE

Simon Kahn
0842361

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
**211 East 43rd Street, Suite 1901**
**New York, NY  10017**
**(212) 481-9000**
Our Job Serial Number: 2007000605
Ref: 363054-605013

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j