UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADISON SQUARE GARDEN, L.P.<br>　　　　　　　　　　Plaintiff, | **CERTIFICATE OF MAILING** |
| -V- | |
| NATIONAL HOCKEY LEAGUE,<br>NATIONAL HOCKEY LEAGUE<br>ENTERPRISES, L.P., NHL INTERACTIVE<br>CYBERENTERPRISES, L.L.C., NHL<br>ENTERPRISES CANADA, L.P., AND NHL<br>ENTERPRISES, B.V.,<br>　　　　　　　　　　Defendants. | 07CIV8455 (LAP) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 3rd day of October, 2007

I served the

Summons & Complaint For Injunctive Relief

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 28th day of September, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

### 8614 8108 4424

CLERK

Dated: New York, NY

JONES DAY

J. Michael McMahon
October 2, 2007
Page 2

International Air Waybill with our FedEx account number for payment of all postage fees. An additional copy of the service papers are also included for the Court's file.

Upon delivery, we will provide copies of the FedEx tracking summaries for each package to the Office of the Clerk as proof of our Return of Service.