UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADISON SQUARE GARDEN, L.P.,<br>　　　　　　　　　　Plaintiff,<br><br>-V-<br><br>NATIONAL HOCKEY LEAGUE,<br>NATIONAL HOCKEY LEAGUE<br>ENTERPRISES, L.P., NHL INTERACTIVE<br>CYBERENTERPRISES, LLC., NHL<br>ENTERPRISES CANADA, L.P., and NHL<br>ENTERPRISES, B.V.,<br>　　　　　　　　　　Defendants. | **CERTIFICATE OF MAILING**<br><br><br>07CIV8455 (LAP) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 3RD day of October, 2007

I served the

Summons & Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 28th day of September, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8614 8108 4398**

_J. Michael McMahon_
　　　　　　　　　　CLERK

Dated: New York, NY

JONES DAY

J. Michael McMahon
October 2, 2007
Page 2

International Air Waybill with our FedEx account number for payment of all postage fees. An additional copy of the service papers are also included for the Court's file.

Upon delivery, we will provide copies of the FedEx tracking summaries for each package to the Office of the Clerk as proof of our Return of Service.

**FedEx International Air Waybill — Sender's Copy**

From:
- Date: 10/2/07
- Sender's FedEx Account Number: 0100-6802-9
- Sender's Name: Jones Day
- Phone: (212) 326-3939
- Address: 222 E. 41 Street
- City: New York, NY
- State/Province: NY
- Country: United States
- ZIP/Postal Code: 10017

To:
- Company: NHL Enterprises, B.V
- Address: Polakweg 14
- City: Rijswijk
- Country: The Netherlands
- ZIP/Postal Code: 2288-GG

4. Express Package Service: FedEx Intl. Priority
5. Packaging: FedEx Envelope
7a. Payment: Sender
8. Your Internal Billing Reference: 363054-605013

Commodity Description: Printed Material
Value for Customs: $1.05

FedEx Tracking Number: 8614 8108 4398