UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
MADISON SQUARE GARDEN, L.P.,            )
                                        )
                Plaintiff,              )       No. 07 CIV. 8455 (LAP)
                                        )
        v.                              )
                                        )       **NOTICE OF MOTION**
NATIONAL HOCKEY LEAGUE, NATIONAL        )
HOCKEY LEAGUE ENTERPRISES, L.P.,        )
NATIONAL HOCKEY LEAGUE INTERACTIVE      )
CYBERENTERPRISES, L.L.C., NHL           )
ENTERPRISES CANADA, L.P., and NHL       )
ENTERPRISES, B.V.,                      )
                                        )
                Defendants.             )
------------------------------------------------------------------- X

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of plaintiff's motion for a preliminary injunction, dated October 1, 2007, and the annexed Declarations of Steve Mills, Scott Richman, Daniel David, and Robert W. Gaffey, each dated September 30, 2007, together with the exhibits thereto, all prior proceedings and pleadings, and pursuant to the agreement of the parties approved by the Court in a telephonic conference on October 2, 2007, plaintiff Madison Square Garden, L.P. ("MSG"), will move this Court before the Honorable Loretta A. Preska, in Courtroom 12A of the United States Courthouse for the United States District Court for the Southern District of New York, at 500 Pearl Street, New York, New York 10007, on October 23, 2007, pursuant to Fed. R. Civ. P. 65, for a preliminary injunction enjoining and prohibiting defendants from (i) interfering with MSG's operation of a website devoted to the New York Rangers hockey club (the "Rangers"), under the domain names www.nyrangers.com and/or www.newyorkrangers.com (the "Rangers website") and from (ii) sanctioning, penalizing or otherwise taking any adverse action against MSG or the Rangers, or any individuals or entities associated with MSG or the Rangers, in connection with, or in retaliation for, MSG's operation of the Rangers website; and (iii) operating or maintaining a

NYI-4029343v1

website that in whole or in part purports to be the "official" site of the Rangers or that uses or incorporates content from the Rangers website without the permission of MSG for such use.

PLEASE TAKE FURTHER NOTICE that, pursuant to the agreement of the parties, and as approved by the Court in a telephonic conference with the parties on October 2, 2007, defendants will serve opposition papers to plaintiff's motion for preliminary injunction on or before October 12, 2007, plaintiff will serve reply papers on the motion for preliminary injunction on or before October 18, 2007, and a hearing will be held on this motion on October 23, 2007.

Dated: New York, New York
       October 3, 2007

JONES DAY

By: /s/ Robert W. Gaffey
    Robert W. Gaffey (RG-4004)
    Meir Feder (MF-2574)
    William J. Hine (WH-6766)
    Tracy V. Schaffer (TS-4952)
    222 East 41st Street
    New York, NY  10017
    Telephone: (212) 326-3939
    Facsimile:  (212) 755-7306

*Attorneys for Plaintiff*
*Madison Square Garden, L.P.*

OF COUNSEL:
Thomas F. Cullen, Jr.
Joe Sims
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Thomas Demitrack
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

**CERTIFICATE OF SERVICE**

      I declare that on October 4, 2007, I caused the attached, NOTICE OF MOTION, to be served by hand-delivery on the following counsel:

Shepard Goldfein
James A. Keyte
Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
Four Times Square
New York, New York 10036
Tel. 212.735.3000
Fax. 212.735.2000/1

*Attorneys for Defendants*

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        October 4, 2007

JONES DAY

By: /s/ Robert W. Gaffey
   Robert W. Gaffey (RG-4004)
   Meir Feder (MF-2574)
   William J. Hine (WH-6766)
   Tracy V. Schaffer (TS-4952)
   222 East 41st Street
   New York, NY 10017
   Telephone: (212) 326-3939
   Facsimile: (212) 755-7306

*Attorneys for Plaintiff*

OF COUNSEL:

Thomas F. Cullen, Jr.
Joe Sims
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

Thomas Demitrack
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

NYI-4029231v1