

**STEVE MILLS**
President & COO, MSG Sports

April 20, 2007

**VIA TELECOPIER (212) 789-2030**

William L. Daly
Deputy Commissioner
National Hockey League
1251 Avenue of the Americas
New York, New York 10020

Dear Bill:

I am writing in response to your April 18, 2007 letter, which demands, on pain of a $100,000 per day fine, that the Rangers (1) stop making team merchandise available to local fans on line on the same basis as their direct-mail catalog; (2) stop making Rangers' broadcasts available to fans in the Rangers' local broadcast territory over Optimum Online; and (3) cease the use of virtual advertising in their own Rangers broadcasts originating from Madison Square Garden.

The Rangers firmly disagree with the League's assertions contained in your letter. Nonetheless, the fines you have purported to impose leave us with no choice but to comply with your demands at this time. Accordingly, we have ceased all of the activities referenced in your letter effective today. To be clear, however, we are complying under protest and do not concede that the League is acting properly in connection with these matters, and we reserve all of our rights and remedies.

Sincerely,

Steve Mills

cc: Jim Dolan
    Hank Ratner

Two Pennsylvania Plaza
New York, NY 10121-0091
Tel 212.465.6774
Fax 212.465.4416
Steve.Mills@thegarden.com

**NEW YORK RANGERS
HOCKEY CLUB
STANLEY CUP CHAMPIONS
1928, 1933, 1940, 1994**