From: bdaly@nhl.com
To: Mills, Steve
CC: Gary Bettman
Sent: Thu Sep 27 18:56:38 2007
Subject: NYR Website

Steve -

Further to my letter dated September 20, 2007, this will confirm that NHL ICE will be launching the New York Rangers' website on the common League platform as of 12:01 pm tomorrow afternoon. To the extent the Rangers' current site (newyorkrangers.com), or any successor site, is found to be operating outside the common League platform as of 12:01 am on Saturday, September 29, the sanctions specified in my September 20 letter will become applicable and will be fully enforced.

Bill

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========