UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
MADISON SQUARE GARDEN, L.P.,                )
                                            )
        Plaintiff,                          )    No. 07 CIV. 8455 (LAP)
                                            )
        v.                                  )
                                            )
NATIONAL HOCKEY LEAGUE, NATIONAL            )
HOCKEY LEAGUE ENTERPRISES, L.P.,            )
NATIONAL HOCKEY LEAGUE INTERACTIVE          )
CYBERENTERPRISES, L.L.C., NHL               )
ENTERPRISES CANADA, L.P., and NHL           )
ENTERPRISES, B.V.,                          )
                                            )
        Defendants.                         )
----------------------------------------------------------------- X

## DECLARATION OF ROBERT W. GAFFEY

I, ROBERT W. GAFFEY, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a member of Jones Day, 222 East 41st Street, New York, New York, 10017, counsel for plaintiff Madison Square Garden, L.P. ("MSG") in the the above-captioned matter. I am admitted to practice before this court.

2. I submit this Declaration to place before the Court a true and correct as-filed copy of MSG's Complaint for Injunctive Relief, filed in this Court on September 28, 2007, and attached hereto as Exhibit A.

3. MSG's motion is for a preliminary injunction. No such prior relief has been sought in this action.

Dated: New York, New York
       September 30, 2007

_____
ROBERT W. GAFFEY

NYI-4026858v1

**CERTIFICATE OF SERVICE**

I declare that on October 4, 2007, I caused the attached, DECLARATION OF ROBERT W. GAFFEY, and attached exhibit, to be served by hand-delivery on the following counsel:

Shepard Goldfein
James A. Keyte
Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
Four Times Square
New York, New York 10036
Tel. 212.735.3000
Fax. 212.735.2000/1

*Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York                JONES DAY
       October 4, 2007


                                         By: /s/ Robert W. Gaffey
                                             Robert W. Gaffey  (RG-4004)
                                             Meir Feder  (MF-2574)
                                             William J. Hine  (WH-6766)
                                             Tracy V. Schaffer (TS-4952)
                                             222 East 41st Street
                                             New York, NY  10017
                                             Telephone:  (212) 326-3939
                                             Facsimile:  (212) 755-7306

                                         *Attorneys for Plaintiff*

OF COUNSEL:

Thomas F. Cullen, Jr.
Joe Sims
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

Thomas Demitrack
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190

NYI-4029256v1