# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL (212) 735-3000

FAX (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-3810
DIRECT FAX
(917) 777-3810
EMAIL ADDRESS
SGOLDFEI@SKADDEN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 12, 2007

## VIA FACSIMILE

The Honorable Loretta A. Preska, U.S.D.J.
United States District Court
Room 1320, 500 Pearl Street
New York, NY 10007

> Re:   Madison Square Garden, L.P. v. National Hockey League et. al.,
> No. 07 CIV 8455 (LAP)

Dear Judge Preska:

We represent the Defendants[1] in the above-titled action. We will be filing our opposition papers to Plaintiff's motion for a preliminary injunction this afternoon. The exhibits to the Defendants' declarations will include confidential documents, such as League financial information and strategic planning documents. By this letter, we request permission to file the exhibits to the declarations under seal. (We are not seeking confidentiality protection for the opposition brief or the declarations themselves.) We will file either a confidentiality stipulation or a formal motion for a protective order in a timely fashion. Counsel for Plaintiff has consented to this request.

Thank you for your consideration.

Respectfully submitted,

Shepard Goldfein

cc:   Meir Feder, Esq. (counsel for plaintiff, via e-mail)

*Application is granted. So ordered.*

*Babe SD for LAP*

---

[1]   National Hockey League, National Hockey League Enterprises, L.P., NHL Interactive CyberEnterprises, LLC, NHL Enterprises Canada, L.P., and NHL Enterprises, B.V.