IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
MADISON SQUARE GARDEN, L.P.,      :

              Plaintiff,          :

     - against -                :  No. 07 CIV 8455 (LAP)

NATIONAL HOCKEY LEAGUE, NA-       :
TIONAL HOCKEY LEAGUE ENTER-
PRISES, L.P., NATIONAL HOCKEY     :
LEAGUE INTERACTIVE CYBERENTER-    :
PRISES, L.L.C., NHL ENTERPRISES CAN-
ADA, L.P., AND NHL ENTERPRISES, B.V.,

             Defendants.
---------------------------------x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS NATIONAL HOCKEY LEAGUE ET AL.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant National Hockey League ("NHL") hereby certifies that it has no parent corporation, and that it is a joint venture of thirty NHL Member Clubs organized as an unincorporated not-for-profit association. The following public companies own at least 10% of an NHL Member Club as of October 12, 2007:

    Time Warner, Inc.[1]        (Atlanta)

    Cablevision Systems Corporation  (New York Rangers)

    Comcast Corporation        (Philadelphia)

---

[1] The NHL has been advised by the Atlanta Member Club that, subject to NHL consent, Time Warner Inc.'s interest has been diluted to less than 10%. The NHL has not yet consented to such dilution.

   Molson Coors Brewing Company  (Montreal)

   The Toronto Dominion Bank   (Toronto)

  Defendant NHL Enterprises, L.P. ("NHLE, L.P."), hereby certifies that it is a limited partnership, the general partner of which is NHL Enterprises, Inc. ("NHLE, Inc."), and the limited partners of which are the thirty NHL Member Clubs. NHLE, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock. The shareholders of NHLE, Inc. are the thirty NHL Member Clubs.

  Defendant NHL Interactive CyberEnterprises, LLC, hereby certifies that it is a limited liability company, the members of which are NHLE, Inc. and NHLE, L.P.

  Defendant NHL Enterprises Canada, L.P., hereby certifies that it is a limited partnership, the general partner of which is National Hockey League Enterprises Canada, Inc., and the limited partners of which are the thirty NHL Member Clubs. National Hockey League Enterprises Canada, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock. The shareholders of National Hockey League Enterprises Canada, Inc. are the thirty NHL Member Clubs.

  Defendant NHL Enterprises, B.V., a Netherlands corporation, hereby certifies that its parent entities are NHLE, Inc. and NHLE, L.P., and that no publicly held corporation owns more than 10% of its stock.

Dated: October 12, 2007

Respectfully submitted,

  /s/ Shepard Goldfein
Shepard Goldfein
James A. Keyte
Paul M. Eckles
Peter S. Julian
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
*Attorneys for Defendants*