# Exhibit A

Case 1:07-cv-08455-LAP    Document 25-2    Filed 10/12/2007    Page 1 of 2

# Exhibit Filed Under Seal