# Exhibit 1

# FRANKLIN M. FISHER

Jane Berkowitz Carlton and Dennis William Carlton Professor
of Microeconomics, Emeritus, Massachusetts Institute of
Technology

Ph.D. Economics
Harvard University

M.A. Economics
Harvard University

A.B. Economics
Harvard University
(summa cum laude)

Ph.D. Dissertation
*A Priori Information and
Time Series Analysis*

## FELLOWSHIPS, SCHOLARSHIPS, AND PROFESSIONAL HONORS

- Detur Prize, 1953

- Social Science Research Council Undergraduate Research Stipend, 1953

- John Harvard Scholarship, 1953–1954, 1954–1955

- Phi Beta Kappa, 1955

- Harvard College Scholarship, 1955–1956

- Rodgers Fellowship, 1956–1957

- Austin Fellowship, 1956–1957

- Junior Fellow of the Society of Fellows, Harvard University, 1957–1959

- Fellow of the Econometric Society, 1963–Present

- Irving Fisher Lecturer at Econometric Society Meetings, Amsterdam, September 1968

- Operations Research Society of America Prize for best paper dealing with a military subject published in *Operations Research*, 1967

- Fellow of American Academy of Arts and Sciences, 1969–Present

- Council Member of the Econometric Society, 1972–1976

- John Bates Clark Award, American Economic Association, 1973

- F. W. Paish Lecturer, Association of University Teachers of Economics, Sheffield, England, April 1975

- Vice President of the Econometric Society, 1977–1978

- David Kinley Lecturer, University of Illinois, 1978

- President of the Econometric Society, 1979

- Fellowship, John Simon Guggenheim Foundation, 1981–1982

- Erskine Fellow, University of Canterbury, summer 1983

- National Academy of Sciences, Distinguished Scholar Exchange Program: Visitor to Huazhong University of Science and Technology, The People's Republic of China, 1984

- Invited Lecturer, Australasian Meetings of the Econometric Society, 1987

- Taft Lecturer, University of Cincinnati, 1993

- Eleventh Annual Joseph L. Lucia Public–Policy Lecture, Villanova University, 1999

- Fourth Annual Gideon Fishelson Memorial Lecture, Tel Aviv University, 2000

- Ida Cordelia Beam, Distinguished Visiting Professorships Program, University of Iowa, 2001

- Ph.D. *Honoris Causa*, Hebrew University of Jerusalem, 2001

## POSITIONS

- *Teaching Fellow*, Harvard University, 1956–1957

- *Junior Fellow of the Society of Fellows*, Harvard University, 1957–1959

- *Assistant Professor of Economics*, University of Chicago, 1959–1960

- *Assistant Professor of Economics*, Massachusetts Institute of Technology, 1960–1962

- *Associate Professor of Economics*, Massachusetts Institute of Technology, 1962–1965

- *Professor of Economics*, Massachusetts Institute of Technology, 1965–2004

- *Jane Berkowitz Carlton and Dennis William Carlton Professor of Microeconomics*, Massachusetts Institute of Technology, 2000–2004; *Emeritus*, 2004–Present

- *National Science Foundation Postdoctoral Fellow*, Econometric Institute, Netherlands School of Economics, 1962–1963

- *Ford Foundation Faculty Research Fellow in Economics*, London School of Economics and Hebrew University, 1966–1967

- *Visiting Professor of Economics*, Hebrew University, 1967, 1973, 1985

- *Visiting Professor of Economics*, Tel Aviv University, 1973, 1977–1981

- *Member*, National Academy of Sciences Panel on the Effects of Deterrence and Incapacitation, 1975–1978

- *Visiting Professor*, Harvard University, Economics Department, 1981–1982

- *Member*, National Research Council, Panel of Sentencing Research, 1981–1982

- *Research Associate*, National Bureau of Economic Research, April 1980–1989

- *Director*, National Bureau of Economic Research, 1989–Present

- *Steering Committee*, Institute for Social and Economic Policy in the Middle East, John F. Kennedy School, Harvard University, 1990–1998

- *Chair,* Middle East Water Project, 1992–Present

- *Member of the Board*, The Academic College of Tel–Aviv–Yaffo, Tel Aviv, Israel, 2000–2003
- *Consultant and Director*, CRA International, Inc. (formerly Charles River Associates, Inc.), 1967–Present
- *Consultant*, various law firms, 1964–Present

## PROFESSIONAL SOCIETIES

- American Economic Association
- Econometric Society: Program Chair, Winter Meetings, 1964; Council, 1972–1976; Vice President, 1977–1978; President, 1979

## EDITORSHIPS

- Associate Editor, *Journal of the American Statistical Association*, 1965–1968
- American Editor, *Review of Economic Studies*, 1965–1968
- Editor, *Econometrica*, 1968–1977
- Editorial Advisory Committee of the book series, Issues in Water Resource Policy

## PUBLIC SERVICE AND CHARITABLE POSITIONS

- *Chairman*, Faculty Advisory Cabinet, United Jewish Appeal, 1975–1977
- *Board of Trustees*, Combined Jewish Philanthropies, 1975–Present (Board of Managers, 1978–1992; Campaign Chair, Harvard and MIT, 1975; Academic Team, 1976–1977; Co-Chair, Lexington, 1975; Associate Chair, Metropolitan Division, 1979–1980)
- *Board of Trustees*, Temple Isaiah, Lexington, 1971–1974; 1976–1979
- *Member*, Board of Governors, Tel Aviv University, 1976–1992; American Friends of Tel Aviv University, 1976–1985; Honorary Board, American Friends of Tel Aviv University, 1985–Present
- *Commissioner*, B'nai B'rith Hillel Foundations, 1977
- *Board of Trustees*, Beth Israel Hospital, Boston, 1979–1992
- *Vice President*, Hillel Council of Greater Boston, 1981–1986
- *Board Member*, MIT Hillel, 1980–1985
- *Board Member*, New Israel Fund, 1984–Present
- *Treasurer*, New Israel Fund, 1984–1996, 2003–2005
- *Board Member*, Boston Friends of Peace Now, 1983–1992
- *President*, Boston Friends of Peace Now, 1985–1987
- *Chair*, American Friends of Peace Now, 1985–1989, 2005–Present
- *Treasurer*, Americans for Peace Now, 1989–1991

- *President*, American Jewish Congress, New England Region, 1993–1995

- *President*, New Israel Fund, 1996–1999

- *Board Member*, The Academic College of Tel–Aviv–Yaffo, Tel Aviv, Israel, 2000–Present

- *Member*, Advisory Committee, Jewish Alliance for Law and Social Action, Boston Branch, 2003–Present

## PUBLICATIONS

### Books

*A Priori Information and Time Series Analysis:  Essays in Economic Theory and Measurement.*  Amsterdam:  North–Holland Publishing Co., 1962.

*A Study in Econometrics:  The Demand for Electricity in the United States.*  With C. Kaysen.  Amsterdam:  North–Holland Publishing Co., 1962.

*Essays on the Structure of Social Science Models.*  With A. Ando and H. Simon.  Cambridge, MA:  MIT Press, 1963.

*Supply and Costs in the United States Petroleum Industry:  Two Econometric Studies.*  Baltimore:  Johns Hopkins Press, 1964.

*The Identification Problem in Econometrics.*  New York:  McGraw–Hill Book Co., 1966; Huntington:  Robert Krieger Publishing Co., 1976.

*The Economic Theory of Price Indices.*  With K. Shell.  New York:  Academic Press, 1972.

*Folded, Spindled, and Mutilated:  Economic Analysis and U.S. v. IBM.*  With J. McGowan and J. Greenwood.  Cambridge, MA:  MIT Press, 1983.

*IBM and the U.S. Computer Industry: An Economic History.*  With J. McKie and R. Mancke.  New York:  Praeger, 1983.

*Disequilibrium Foundations of Equilibrium Economics.*  New York:  Cambridge University Press, 1983.

*Antitrust and Regulation:  Essays in Memory of John J. McGowan.*  Editor.  Cambridge, MA:  MIT Press, 1985.

*Der Anti–Trust–Fall U.S. gegen IBM* (German edition of *Folded, Spindled, and Mutilated*).  Translated by C. von Weizsacker.  Tubingen:  J.C.B. Mohr, 1985.

*Wei Guan Jing Ji Xue* (Lectures on Microeconomics).  Wu Han University Press, 1988.

*Industrial Organization, Economics, and the Law* (collected works, Volume I).  J. Monz, ed., Hemel–Hempstead:  Harvester–Wheatsheaf, 1990; and Cambridge, MA:  MIT Press, 1991.

*Econometrics:  Essays in Theory and Applications*, (collected works, Volume II). J. Monz, ed., Hemel–Hempstead:  Harvester–Wheatsheaf, 1991; and Cambridge, MA:  MIT Press, 1992.

*Aggregation:  Aggregate Production Functions and Related Topics* (collected works, Volume III). J. Monz, ed., Hemel–Hempstead:  Harvester–Wheatsheaf, 1992; and Cambridge, MA:  MIT Press, 1993.

*The Economic Analysis of Production Price Indexes*.  With K. Shell.  Cambridge University Press, 1997.

*Microeconomics:  Essays in Theory and Application*.  Cambridge University Press, 1999.

*Did Microsoft Harm Consumers?  Two Opposing Views*.  With D. Evans, D. Rubinfeld, and R. Schmalensee.  AEI–Brookings Joint Center for Regulatory Studies, AEI Press, Washington, D.C., 2000.

*Liquid Assets*: *An Economic Approach for Water Management and Conflict Resolution in the Middle East and Beyond*.  With A. Huber-Lee, I. Amir, S. Arlosoroff, Z. Eckstein, M. Haddadin, S. Hamati, A. Jarrar, A. Jayyousi, U. Shamir, H. Wesseling, A. Salman, and E. Al-Karablieh.  RFF Press, Washington, D.C., 2005.

## Articles and Comments

"Income Distribution, Value Judgments, and Welfare."  *Quarterly Journal of Economics*, Vol. 70, August 1956, pp. 380–424.

"Income Distribution, Value Judgments, and Welfare:  A Correction."  With P. Kenen.  *Quarterly Journal of Economics*, Vol. 71, May 1957, pp. 322–324.

"Negro–White Savings Differentials and the Modigliani–Brumberg Hypothesis."  With R. Brown. *Review of Economics and Statistics*, Vol. 40, No. 1, February 1958, pp. 79–81.

"The Mathematical Analysis of Supreme Court Decisions:  The Use and Abuse of Quantitative Methods."  *American Political Science Review*, Vol. 52, No. 2, June 1958, pp. 321–338; reprinted in Bobbs–Merrill Reprint Series in the Social Sciences.

"Generalization of the Rank and Order Conditions for Identifiability."  *Econometrica*, Vol. 27, No. 3, July 1959, pp. 431–447.

"New Developments on the Oligopoly Front: Cournot and the Bain–Sylos Analysis."  *Journal of Political Economy*, Vol. 67, No. 4, August 1959, pp. 410–413.

"On the Existence and Linearity of Perfect Predictors in 'Contents Analysis.'" *MULL*, March 1960, pp. 1–9.

"On the Analysis of History and the Interdependence of the Social Sciences." *Philosophy of Science*, Vol. 27, No. 2, April 1960, pp. 147–158.

"The Stability of the Cournot Oligopoly Solution:  The Effects of Speeds of Adjustment and Increasing Marginal Costs." *Review of Economic Studies*, Vol. 28, No. 2, February 1961, pp. 125–135.

"How Income Ought to be Distributed:  Paradox Lost."  With J. Rothenberg. *Journal of Political Economy*, Vol. 69, No. 2, April 1961, pp. 162–180.

"On the Cost of Approximate Specification in Simultaneous Equation Estimation." *Econometrica*, Vol. 29, No. 2, April 1961, pp. 139–170;  reprinted in *Essays on the Structure of Social Science Models* and elsewhere.

"Identifiability Criteria in Nonlinear Systems." *Econometrica*, Vol. 29, No. 4, October 1961, pp. 574–590.

"How Income Ought to be Distributed:  Paradox Enow."  With J. Rothenberg. *Journal of Political Economy*, Vol. 70, No. 1, February 1962, pp. 88–93.

"A Proposal for the Distribution Abroad of the United States' Food Surplus." *Review of Economics and Statistics*, Vol. 44, February 1962, pp. 52–57.  "Una Proposta per le Eccedenze Agricole Americane." *Mecurio*, Vol. 6, No. 2, February 1963.

"Two Theorems on Ceteris Paribus in the Analysis of Dynamic Systems."  With A. Ando. *American Political Science Review*, Vol. 56, No. 1, March 1962, pp. 108–113; reprinted in H. Blalock, Jr., ed., *Causal Models in the Social Sciences*, New York, Aldine–Atherton, 1971, 1984.

"An Alternate Proof and Extension of Solow's Theorem on Nonnegative Square Matrices." *Econometrica*, Vol. 30, No. 2, April 1962, pp. 349–350.

"The Place of Least Squares in Econometrics:  Comment." *Econometrica*, Vol. 30, No. 3, July 1962, pp. 565–567; reprinted in F. Waugh, ed., *Selected Writings on Agricultural Policy and Economic Analysis*, Minneapolis, University of Minnesota Press, 1984.

"The Costs of Automobile Model Changes Since 1949."  With Z. Griliches and C. Kaysen. *Journal of Political Economy*, Vol. 70, No. 5, October 1962, pp. 433–451; reprinted in many anthologies.

"Near-Decomposability, Partition and Aggregations and the Relevance of Stability Discussions."  With A. Ando. *International Economic Review*, Vol. 4, No. 1, January 1963, pp. 53–67; reprinted in *Essays on the Structure of Social Science Models*.

"Decomposability, Near Decomposability, and Balanced Price Change Under Constant Returns to Scale." *Econometrica*, Vol. 31, No. 1–2, January–April 1963, pp. 67–89; reprinted in *Essays on the Structure of Social Science Models*.

"Uncorrelated Disturbances and Identifiability Criteria." *International Economic Review*, Vol. 4, No. 2, May 1963, pp. 134–152.

"Balanced Growth and Intertemporal Efficiency in Capital Accumulation: Comment." *International Economic Review*, Vol. 4, No. 2, May 1963, pp. 232–234.

"Properties of the von Neumann Ray in Decomposable and Nearly Decomposable Technologies." With A. Ando and H. Simon.  Chapter 8 of *Essays on the Structure of Social Science Models*, Cambridge, The M.I.T. Press, 1963.

"Food Surplus Disposal, Price Effects, and the Cost of Agricultural Policies in Underdeveloped Countries:  A Theoretical Analysis."  Published as:  1) "A Theoretical Analysis of the Impact of Food Surplus Disposal on Agricultural Production in Recipient Countries."  *Journal of Farm Economics*, Vol. 45, No. 4, November 1963, pp. 863–875;  2) "Statements by Mr. Franklin M. Fisher."  *Annals of Collective Economy*, Vol. 34, Nos. 2–3, April–September 1963, pp 337–351; and 3) "Vendita Delle Eccedenze Alimentari, Effeti sul Prezzo e Costi delle Politiche Agricole nei Paesi Sottosviluppati." *La Pianificazione in Giappone e Altri Contributi al VI Congresso Internazionale dell'Economia Colletiva*, September 1963, pp. 127–143.

"A Note on Estimation from a Cauchy Sample."  With T Rothenberg and C. Tilanus.  *Journal of the American Statistical Association*, Vol. 59, June 1964, pp. 460–463.

"Influenze degli Incentivi Economici sulla Perforazione dei Pozzi Esplorativi e sulla Scoperta di Nuovi Giacimenti negli Stati Uniti."  *La Scuola in Azione*, June 22, 1964.

"Valutazione degli Effeti della Profondita dei Pozzi e delle Mutazione Technologiche sul Costo delle Perforazioni in USA."  *La Scuola in Azione*, July 31, 1964.

"Identifiability Criteria in Nonlinear Systems:  A Further Note." *Econometrica*, Vol. 33, No. 1, January 1965, pp. 197–205.

"The Choice of Instrumental Variables in the Estimation of Economy–Wide Econometric Models." *International Economic Review*, Vol. 6, No. 3, September 1965, pp. 245–274; reprinted in H. Blalock, Jr., ed., *Causal Models in the Social Sciences*, 2nd Edition, New York, Aldine Publishing Company, 1985, pp. 159–188.

"Dynamic Structure and Estimation in Economy–Wide Econometric Models."  Chapter 15 in *The Brookings Quarterly Econometric Model of the United States*, J. Duesenberry et al., eds., Chicago, Rand–McNally Publishing Co., Amsterdam, North–Holland Publishing Co., 1965; also published in *Proceedings of the Study Week*, October 1963; and in "Le Role de L'Analyse Econometrique dans la Formulation de Plans de Developpement."  Pontifical Academy of Sciences, Vatican City, 1965, pp. 385–447.

"Price and Output Aggregation in the Brookings Econometric Model." With L. Klein and Y. Shinkai. Chapter 17 in *The Brookings Quarterly Econometric Model of the United States,* J. Duesenberry et al., eds., Chicago, Rand–McNally Publishing Co.; Amsterdam, North–Holland Publishing Co., 1965.

"Near–Identifiability and the Variances of the Disturbance Terms." *Econometrica*, Vol. 33, No. 2, April 1965, pp. 409–419.

"Choice of Units, Column Sums, and Stability in Linear Dynamic Systems with Nonnegative Square Matrices." *Econometrica*, Vol. 33, No. 2, April 1965, pp. 445–450.

"On the Goals of the Firm:  Comment." *Quarterly Journal of Economics*, Vol. 79, August 1965, pp. 500–503.

"Embodied Technical Change and the Existence of an Aggregate Capital Stock." *Review of Economic Studies*, Vol. 32, No. 4, October 1965, pp. 263–288.

"Restrictions on the Reduced Form and the Rank and Order Conditions." *International Economic Review*, Vol. 7, No. 1, January 1966, pp. 77–82.

"Community Antenna Television Systems and the Regulation of Television Broadcasting." *American Economic Review*, Vol. 56, No. 2, May 1966, pp. 320–329.

"Community Antenna Television Systems and Local Television Station Audience."  With V. Ferrall, Jr., in association with D. Belsley and B. Mitchell.  *Quarterly Journal of Economics*, Vol. 80, May 1966, pp. 227–251.

"Cost/Effectiveness of Reenlistment Incentives."  With A. Morton and D. Nitzburg.  *Navy Manpower Considerations 1970–1980* (U), Study 13, Institute for Naval Studies of the Center for Naval Analyses, January–February 1966. (For Official Use Only)

"The Relative Sensitivity to Specification Error of Different k–Class Estimators." *American Statistical Association Journal*, Vol. 61, No. 2, June 1966, pp. 345–356.

"The Costs and Effectiveness of Reenlistment Incentives in the Navy."  With A. S. Morton. *Operations Research*, Vol. 15, No. 3, May–June 1967, pp. 373–387.

"Reenlistments in the U.S. Navy: A Cost Effectiveness Study."  With A. S. Morton. *American Economic Review*, Vol. 57, No. 2, May 1967, pp. 32–38.

"On the Independent Use of Two or More Sets of Policy Variables."  *Journal of Political Economy*, Vol. 75, No. 1, February 1967, pp. 77–85; translation of "Acerca del uso Independiente de Dos o Mas Conjuntos de Variables de la Politica Economica." *Latin American Review*, No. 10, April–June 1963.

"Approximate Specification and the Choice of a k–Class Estimator." *Journal of the American Statistical Association*, Vol. 62, December 1967, pp. 1265–1276.

"Statistical Identifiability." *International Encyclopedia of the Social Sciences*, Vol. 15, 1968, pp. 201–206.

"Taste and Quality Change in the Pure Theory of the True Cost–of–Living Index." With K. Shell. *Value, Capital, and Growth: Papers in Honour of Sir John Hicks.* J. N. Wolfe, ed., Edinburgh, University of Edinburgh Press, 1968; reprinted in *Price Indexes and Quality Change*, Z. Griliches, ed., Cambridge, MA, Harvard University Press, 1970; also reprinted in *The Economic Theory of Price Indices*.

"The Educational Opportunity Bank:  An Economic Analysis of a Contingent Repayment Loan Program for Higher Education." With K. Shell, D. Foley, and A. Friedlaender. With J. Behr, Jr., S. Fischer, and R. Mosenson. *National Tax Journal*, Vol. 21, No. 1, March 1968, pp. 2–45.

"Embodied Technology and the Existence of Labour and Output Aggregates." *Review of Economic Studies*, Vol. 35, No. 4, October 1968, pp. 391–412.

"Embodied Technology and the Aggregation of Fixed and Movable Capital Goods." *Review of Economic Studies*, Vol. 35, No. 4, October 1968, pp. 417–428.

"An Analysis of Boston Voting Patterns, 1963–1967." With E. Fisher. MIT Department of Economics Working Paper No. 30, October 1968.

"Aspects of Cost–Benefit Analysis in Defence Manpower Planning." *Manpower Research in a Defense Context*, N. Wilson, ed., London:  The English Universities Press, Ltd., 1969, pp. 83–104.

"U.S. Experience:  The Recent I.N.S. Study." The Sixth Edinburgh Seminar in the Social Sciences, On the Services and Society, Edinburgh, May 1969; *The Armed Services and Society: Alienation, Management, and Integration.* J. Wolfe and J. Erickson, eds., Chicago, Aldine Publishing Co., 1970, pp. 89–103.

"Causation and Specification in Economic Theory and Econometrics." *Synthese*, Vol. 20, 1969, pp. 489–500.

"On the Sensitivity of the Level of Output to Savings:  Embodiment and Disembodiment:  A Clarificatory Note." With D. Levhari and E. Sheshinski. *Quarterly Journal of Economics*, Vol. 83, No. 2, May 1969, pp. 347–348.

"Approximate Aggregation and the Leontief Conditions." *Econometrica*, Vol. 37, No. 3, July 1969, pp. 457–469.

"The Existence of Aggregate Production Functions." The Irving Fisher Lecture at the Econometric Society Meetings, Amsterdam, September 1968; *Econometrica*, Vol. 37, No. 4, October 1969, pp. 553–577.

"A Correspondence Principle for Simultaneous Equation Models." *Econometrica*, Vol. 38, No. 1, January 1970, pp. 73–92.

"Radical Students and Political Universities." *Boston Globe*, Sunday Magazine Section, March 1, 1970.

"Tests of Equality Between Sets of Coefficients in the Linear Regressions:  An Expository Note." *Econometrica*, Vol. 38, No. 2, March 1970, pp. 361–366.

"Regional Specialization and the Supply of Wheat in the United States, 1867–1914."  With P. Temin. *Review of Economics and Statistics*, Vol. 52, No. 2, May 1970, pp. 134–149.

"The Choice of Instrumental Variables in the Estimation of Economy–Wide Econometric Models: Some Further Thoughts."  With B. Mitchell.  *International Economic Review*, Vol. 11, June 1970, pp. 226–234.

"Quasi–Competitive Price Adjustment by Individual Firms:  A Preliminary Paper." *Journal of Economic Theory*, Vol. 2, No. 2, June 1970, pp. 195–206.

"Simultaneous Equations Estimation:  The State of the Art." *IDA Economic Papers*, July 1970.

"Discussion." *Tax Incentives and Capital Spending*.  G. Fromm, ed., Washington, Brookings Institution, 1971; Amsterdam:  North–Holland Publishing Co., 1971, pp. 243–255.

"Regional Specialization and the Supply of Wheat in the United States, 1867–1914:  A Reply."  With P. Temin.  *Review of Economics and Statistics*, Vol. 53, No. 1, February 1971, pp. 102–103.

"The Existence of Aggregate Production Functions:  Reply." *Econometrica*, Vol. 39, No. 2, March 1971, p. 405.

"Would Increasing Residential Electric Rates Help Preserve Environmental Quality?"  With W. Hughes. *Public Utilities Fortnightly*, Vol. 87, No. 7, April 1971, pp. 3–12.

"The Effect of the Removal of the Firemen on Railroad Accidents:  1962–1967."  With G. Kraft. *Bell Journal of Economics and Management Sciences*, Vol. 2, No. 2, autumn 1971, pp. 470–494.

"Aggregate Production Functions and the Explanation of Wages:  A Simulation Experiment." *Review of Economics and Statistics*, Vol. 53, No. 4, November 1971, pp. 305–325.

"Discussion of Papers in Session I."  Board of Governors of the Federal Reserve System and Social Science Research Council, *The Econometrics of Price Determination Conference*, Washington Board of Governors, 1970, pp. 113–115.

"Gross Substitutes and the Utility Function." *Journal of Economic Theory*, Vol. 4, No. 1, February 1972, pp. 82–87.

"On Price Adjustment Without an Auctioneer." *Review of Economic Studies*, Vol. 39, No. 1, January 1972, pp. 1–15.

"The Covariance Matrix of the Limited Information Estimator and the Identification Test:  Comment." With J. Kadane.  *Econometrica*, Vol. 40, No. 5, September 1972, pp. 901–903.

"A Simple Proof of the Fisher–Fuller Theorem."  *Proceedings of the Cambridge Philosophical Society*, Vol. 71, 1972, pp. 523–525.

"An Econometric Simulation Model of Intra–Metropolitan Housing Location:  Housing, Business, Transportation and Local Government."  With R. Engle III, R. Harris, and J. Rothenberg.  *American Economic Review*, Papers and Proceedings Issue, Vol. 62, No. 2, May 1972, pp. 87–97.

"An Econometric Model of the World Copper Industry."  With P. Cootner, in association with M. Baily.  *Bell Journal of Economics and Management Science*, fall 1972, pp. 568–609.

"Returns to Scale in Research and Development:  What Does the Schumpeterian Hypothesis Imply?"  With P. Temin.  *Journal of Political Economy*, Vol. 81, No. 1, January–February 1973, pp. 56–70.

"Stability and Competitive Equilibrium in Two Models of Search and Individual Price Adjustments." *Journal of Economic Theory*, Vol. 6, No. 5, October 1973, pp. 446–470.

"Technological Change and the Drilling Cost Depth Relationship:  1960–66."  *The Energy Question: An International Failure of Policy*, E. Erickson and L. Waverman, eds., Vol. 2, Toronto, University of Toronto Press, 1974.

"The Hahn Process with Firms but No Production."  *Econometrica*, Vol. 42, No. 3, May 1974, pp. 471–486.

"Alcoa Revisited:  Comment."  *Journal of Economic Theory*, Vol. 9, No. 3, November 1974, pp. 357–359.

"A Non–Tatonnement Model with Production and Consumption."  *Econometrica*, Vol. 44, No. 5, September 1976, pp. 907–938.

"The Stability of General Equilibrium:  Results and Problems."  F. Paish Lecture delivered at the AUTE Meetings, Sheffield, U.K., April 1975; *Essays in Economic Analysis, Proceedings of the Association of University Teachers of Economics Annual Conference*, Artis and Nobay, eds., Sheffield, 1975, Cambridge, Cambridge University Press, 1976, pp. 3–29.

"Continuously Dated Commodities and Nontatonnement with Production and Consumption." *Natural Resources, Uncertainty, and General Equilibrium Systems:  Essays in Memory of Rafael Lusky*, Blinder and Friedman, eds., New York, Academic Press, 1977, pp. 137–167.

"On Donor Sovereignty and United Charities."  *American Economic Review*, Vol. 67, No. 4, September 1977, pp. 632–638.

"On the Feasibility of Identifying the Crime Function in a Simultaneous Model of Crime Rates and Sanction Levels." With D. Nagin. *Deterrence and Incapacitation: Estimating the Effects of Criminal Sanctions on Crime Rates*, A. Blumstein et al., eds., Washington, D.C., National Research Council, National Academy of Sciences, 1978.

"Aggregate Production Functions: Some CES Experiments." With R. Solow and J. Kearl. *Review of Economic Studies*, Vol. 44, No. 2, June 1977, pp. 305–320.

"On the Relations Between Econometric Sectoral and Macro Models." MIT Working Papers No. 215, February 1978. Also delivered at Sogesta Conference, January 1978.

"Quantity Constraints, Spillovers, and the Hahn Process." *Review of Economic Studies*, Vol. 45, No. 1, February 1978, pp. 19–31.

"The Schumpeterian Hypothesis: Reply." With P. Temin. *Journal of Political Economy*, Vol. 87, No. 2, April 1979, pp. 386–389.

"Diagnosing Monopoly." *Quarterly Review of Economics and Business*, Vol. 19, No. 2, summer 1979; *The Journal of Reprints for Antitrust Law and Economics*, Vol. 14, No. 2, 1984, pp. 7–33.

"Advertising and Welfare: Comment." With J. McGowan. *The Bell Journal of Economics*, Vol. 10, No. 2, fall 1979, pp. 726–727.

"Diagnosing Monopoly: Reply." *Quarterly Review of Economics and Business*, Vol. 20, No. 2, summer 1980, pp. 105–106.

"Multiple Regression in Legal Proceedings." *Columbia Law Review*, Vol. 80, No. 4, May 1980, pp. 702–736.

"The Audience–Revenue Relationship for Local Television Stations." With J. McGowan and D. Evans. *The Bell Journal of Economics*, Vol. 11, No. 2, fall 1980.

"The Effect of Simple Specification Error on the Coefficients of 'Unaffected' Variables." *T. C. Liu Memorial Volume*, L. Klein, M. Nerlove, and S. Tsiang, ed., New York, Academic Press, 1980.

"Stability, Disequilibrium Awareness, and the Perception of New Opportunities." Econometric Society 1979 Presidential Address. *Econometrica*, Vol. 49, No. 2, March 1981, pp. 279–317.

"On Perfect Aggregation in the National Output Deflator and Generalized Rybczynski Theorems." *International Economic Review*, Vol. 23, No. 1, February 1982.

"Stability, Disequilibrium Awareness, and the Perception of New Opportunities: Some Corrections." With F. Saldanha. *Econometrica*, Vol. 50, No. 3, May 1982, pp. 781–783.

"Aggregate Production Functions Revisited:  The Mobility of Capital and the Rigidity of Thought." *Review of Economic Studies*, Vol. 49, 1982, pp. 615–626.

"On the Simultaneous Existence of Full and Partial Capital Aggregates." *Review of Economic Studies*, Vol. 50, 1983, pp. 197–208.

"On the Misuse of Accounting Rates of Return to Infer Monopoly Profits."  With J. McGowan. *American Economic Review*, Vol. 73, No. 1, March 1983, pp. 82–97.

"Empirically Based Sentencing Guidelines and Ethical Considerations."  With J. Kadane.  *Research on Sentencing:  The Search for Reform*, Vol. 2, Washington, D.C., National Research Council, Policy on Sentencing Research, 1983, pp. 184–193.

"The Misuse of Accounting Rates of Return:  Reply." *American Economic Review*, Vol. 74, No. 3, June 1984, pp. 509–517.

"The Commodity Pattern of Trade and the Heckscher–Ohlin Theorem in the Presence of Aggregate and Commodity–Specific Factor–Intensity Reversals."  With A. Hillman.  *Journal of International Economics*, Vol. 17, 1984, pp. 159–172.

"The Social Costs of Monopoly and Regulation:  Posner Reconsidered." *Journal of Political Economy*, Vol. 93, No. 2, April 1985.

"The Financial Interest and Syndication Rules in Network Television:  Regulatory Fantasy and Reality." *Antitrust and Regulation:  Essays in Memory of John J. McGowan*, F. Fisher, ed., Cambridge, MA, MIT Press, 1985.

"Can Exclusive Franchises Be Bad?" *Antitrust and Regulation:  Essays in Memory of John J. McGowan*, F. Fisher, ed., Cambridge, MA, MIT Press, 1985, pp. 153–171.

"Statisticians, Econometricians, and Adversary Proceedings." *Journal of the American Statistical Association*, Vol. 81, No. 394, June 1986, pp. 277–286.

"On the Misuse of the Profits–Sales Ratio to Infer Monopoly Power." *The Rand Journal of Economics*, Vol. 18, No. 3, fall 1987, pp. 384–396.

"On Predation and Victimless Crime." *The Antitrust Bulletin*, Vol. 32, No. 1, spring 1987, pp. 85–92.

"Household Equivalence Scales and Interpersonal Comparisons." *Review of Economic Studies*, Vol. 54, pp. 519–524.

"Pan American to United:  The Pacific Division Transfer Case." *The Rand Journal of Economics*, Vol. 18, No. 4, winter 1987, pp. 492–508.

"On Stability Analysis with Disequilibrium Awareness."  With D. Stahl II.  *Journal of Economic Theory*, Vol. 46, No. 2, 1988, pp. 309–321.

"Adjustment Processes and Stability." *The New Palgrave: A Dictionary of Economics*, Eatwell et al., eds., Volume 1 A to D, London, The Macmillan Reference Ltd.; New York, The Stockton Press, 1988, pp. 26–29.

"Aggregation Problem." *The New Palgrave: A Dictionary of Economics*, In Eatwell et al. (eds.), Volume 1 A to D, London, Macmillan Reference Ltd.; New York, The Stockton Press 1988, pp. 53–55.

"Horizontal Mergers: Triage and Treatment." *Journal of Economic Perspectives*, Vol. 1, fall 1987, pp. 23–40.

"It Takes t* to Tango: Trading Coalitions with Fixed Prices." *Review of Economic Studies*, Vol. 56, 1989, pp. 391–404.

"The Formation of Economic Magnitudes: Disequilibrium and Stability." MIT Department of Economics Working Paper No. 433, October 1986.

"Games Economists Play: A Noncooperative View." *Rand Journal of Economics*, Vol. 20, No. 1, spring 1989, pp. 113–124.

"Matsushita: Myth v. Analysis in the Economics of Predation." *I.T.T. Chicago—Kent Law Review*, Vol. 64, No. 3, 1989, pp. 969–977.

"Production—Theoretic Input Price Indices and the Measurement of Real Aggregate Input Use." *Measurement in Economics*, W. Eichhorn, ed., Physica–Verlag Heidelberg, 1988, pp. 87–98.

"Employment Discrimination and Statistical Science: Comment." *Statistical Science*, Vol. 3, No. 2, 1988, pp. 161–165.

"Accounting Data and the Economic Performance of Firms." *Journal of Accounting and Public Policy*, Vol. 7, No. 4, winter 1988, pp. 253–260.

"Normal Goods and the Expenditure Function." *Journal of Economic Theory*, Vol. 51, No. 2, August 1990, pp. 431–433.

"Stability Analysis in Micro and Macro Theory: An Interview." *Joan Robinson and Modern Economic Theory*, G. R. Feiwel, ed., New York, New York University Press, 1989, pp. 311–322.

"Household Equivalence Scales and Interpersonal Comparisons: Reply." *Review of Economic Studies*, Vol. 57, 1990, pp. 329–330.

"Janis Joplin's Yearbook and the Theory of Damages." With R. Romaine. *Journal of Accounting, Auditing, and Finance*, Vol. 5, Nos. 1 and 2, winter/spring 1990, pp. 145–157.

Discussion of M. Katz and J. Ordover, "R & D Cooperation and Competition." *Brookings Papers on Economic Activity Microeconomics 1990*, M. Baily and C. Winston, eds., The Brookings Institution, Washington, D.C., 1990.

"Organizing Industrial Organization:  Reflections on the *Handbook of Industrial Organization*." *Brookings Papers:  Microeconomics*, 1991, pp. 201–240.

"Due Diligence and the Demand for Electricity:  A Cautionary Tale."  With P. Fox–Penner, J. Greenwood, W. Moss, and A. Phillips.  *Review of Industrial Organization*, Vol. 7, 1992, pp. 117–149.

"The Analysis of Competition and Monopoly."  With J. McGowan and J. Greenwood. Chapter 2 of *Folded, Spindled, and Mutilated: economic analysis and U.S. v. IBM*; reprinted in *A Century of the Sherman Act:  American Economic Opinion, 1890–1990*, J. High and E. Wayne, eds., Fairfax, VA, George Mason University, 1992, pp. 19–41.

"Carl Kaysen—in Appreciation."  *Review of Industrial Organization*, Vol. 7, 1992, pp. 101–103.

"Reflections on Competition Policy."  *Investigaciones Economicas,* Segunda Epoca, Vol. 17, No. 3, September 1993, pp. 381–399.

"The Production–Theoretic Measurement of Input Price and Quantity Indices."  *Journal of Econometrics*, Vol. 65, 1995, pp. 155–174; "Essays in Applied Economics:  A Volume in Honor of Zvi Griliches."  A. Pakes, ed.

"Aggregate Price Indices, New Goods, and Generics."  With Z. Griliches.  *Quarterly Journal of Economics*, February 1995, pp. 229–244.

"'Comment,' Chapter 2, 'The Authors, More Prizewinner Nuggets,' pp. 32–33, and "Editors Are People, Too,' Chapter 3, 'The Editors Explain,' pp. 102–104."  *Rejected:  Leading Economists Ponder the Publication Process*, G. Shepherd, ed., Thomas Horton and Daughters Publishers, 1995.

"BOC Manufacture of Telecommunications Equipment:  An Assessment of Benefits and Competitive Risks."  With R. Larner, M. Hunter, and A. Salsbury.  *Managerial and Decision Economics*, Vol. 16 1995, pp. 439–450.

"The Economics of Water Dispute Resolution, Project Evaluation, and Management:  An Application to the Middle East."  *Water Resources Development*, Vol. 11, No. 4, 1995, pp. 377–390; shorter version in *Proceedings, Water Quality Management Heading for a New Epoch*, Stockholm Water Symposium, Stockholm, Sweden, August 1995.

"Water and Peace in the Middle East."  *Middle East International*, No. 513, November 17, 1995, pp. 17–18.

"The Price of Water and the Value of Economics." *Preservation of Our World in the Wake of Change*, Volume VI–B, Proceedings of the Sixth International Conference of the Israeli Society for Ecology and Environmental Quality Sciences, Jerusalem, Israel, June 30–July 4, 1996.

"Liquid Assets: The Economics of Water in the Middle East." With the Palestine Consultancy Group and Jordanian and Israeli institutions and individuals. *A Preliminary Report of the Harvard Middle East Water Project*, The Institute for Social and Economic Policy in the Middle East, J.F. Kennedy School of Government, Harvard University.

"Water and Peace in the Middle East." Memorial lecture for Gideon Fishelson, *The Economic Quarterly*, Vol. 43, No. 3, November 1996, pp. 441–446. (In Hebrew)

"My Career in Economics: A Hindcast." *The Makers of Modern Economics, Volume III*, A. Heertje, ed., Cheltenham and Brookfield, Edward Elgar, 1995.

"Analyzing Agricultural Demand for Water with an Optimizing Model." With I. Amir. *Journal of Agricultural Systems*, Vol. 61, 1999, pp. 45–56.

"Standing Up to Be Counted: The Decision Not to Adjust the 1990 Census." With Brian Palmer. M. Schinkel, ed., *Microeconomics: Essays in Theory and Applications*. Cambridge, Cambridge University Press, 1999.

"Estimating the Effects of Display Bias in Computer Reservation Systems." With K. Neels. In M. Schinkel, ed., *Microeconomics: Essays in Theory and Application*, London, Cambridge University Press, 1999, pp. 450–483.

"The Economics of Sports Leagues—The Chicago Bulls Case." With C. Maxwell and E. Schouten. *Marquette Sports Law Journal*, Vol. 10, No. 1, fall 1999, pp. 1–22.

"United States vs. Microsoft: An Economic Analysis." With D. Rubenfeld. *Did Microsoft Harm Consumers? Two Opposing Views.* AEI–Brookings Joint Center for Regulatory Studies, AEI Press, Washington, D.C., 2000.

"Misconceptions, Misdirections, and Mistakes." With D. Rubenfeld. *Did Microsoft Harm Consumers? Two Opposing Views*, AEI Brookings Joint Center for Regulatory Studies, AEI Press, Washington, D.C., 2000.

"Optimal Water Management and Conflict Resolution: The Middle East Water Project." With S. Arlosoroff, Z. Eckstein, A. Huber–Lee, A. Jayyousi, U. Shamir, and H. Wesseling. *Economic Review (Hebrew)*, 2000.

"The Economics of Sports Leagues and the Relocation of Teams: The Case of the St. Louis Rams." With C. Maxwell and E. Schouten. *Marquette Sports Law Journal*, Vol. 10, No. 2, spring 2000, pp. 193–218.

"The IBM and Microsoft Cases:  What's the Difference?"  *American Economic Review*, Vol. 90, No. 2, May 2000, pp. 180–183.

"Evaluating Product Integration:  Lessons from *U.S.* v. *Microsoft*."  With M. Savio.  *Canadian Competition Record*, Vol. 20, No. 2, fall 2000, pp. 21–26.

"Response of Near–Optimal Agricultural Production to Water Policies."  With I. Amir.  *Agricultural Systems*, Vol. 64, 2000, pp. 115–130.

"Towards Cooperation in Water:  The Middle East Water Project."  *Regional Cooperation in a Global Context*, R. Bar–El, G. Benhayoun, and E. Menipaz, eds., L'Harmattan, 2000, pp. 159–186; soon to be reprinted as "Eau et Perspectives de Cooperation."  *a Cooperation Regionale dans le Bassin Mediterranean*, G. Benhayoun, R. Bar–El, E. Menipaz, and M. L'heritier, eds., Volume 2: *Integration et Relations Commerciales, Concepts et Applications,* L'Harmattan, Paris.

"Innovative Industries and Antitrust: Implications of the Microsoft Case."  *Journal of Industry, Competition and Trade*, Vol. 1, No. 1, March 2001, pp. 42–51.

"Optimal Water Management in the Middle East and Other Regions."  With H. Askari.  *Finance and Development*, IMF, Washington, D.C., September 2001, pp. 52–56.

"Innovation and Monopoly Leveraging."  *Dynamic Competition and Public Policy:  Technology, Innovation, and Antitrust Issues*, J. Ellig, ed., Cambridge University Press, 2001.

"Antitrust and Innovative Industries."  *Antitrust Law Journal*, Vol. 68, No. 2, 2000, pp. 559–564; reprinted in *University of West Los Angeles Law Review, Cyber Rights, Protection, and Markets' Symposium*, Vol. 32, 2001.

"An Inter–seasonal Agricultural Water Allocation System (SAWAS)."  With A. Salman and E. Al–Karablieh.  *Agricultural Systems*, Vol. 68, 2001, pp. 233–252.

"The Economics of Water and the Resolution of Water Disputes."  Edited by Uri Shamir, in Negotiation Over Water Proceedings of the Haifa Workshop, 1997, International Hydrological Programme, IHP–V, *Technical Documents in Hydrology*, No. 53, UNESCO, pp. 71–99, Paris, 2001.

"*U.S. v. Microsoft*–An Economic Analysis."  With D. Rubinfeld.  *The Antitrust Bulletin*, Vol. 46, No. 1, spring 2001, pp. 1–69.

"Market Definition:  A User's Guide."  *Workshop on Market Definition:  Compilation of Papers*, the 4th Nordic Competition Policy Conference, Helsinki, Finland, Finnish Competition Authority, 2002, pp. 38–54.

"Marshall's Tendencies, Well–Grounded Theory, and Aggregation."  *Economics and Philosophy*, 2002.

"Forecasting Wheat Production:  The case of the Irbid region of Jordan."  With E. Al–Karablieh, A. Jordan, and A. Salman.  *Quarterly Journal of International Agriculture*, Vol. 41, No.3, 2002, pp. 191–205.

"Water Value, Water Management, and Water Conflict:  A Systematic Approach."  *GAIA*, No. 3, 2002, pp. 187–190.

"Optimal Water Management and Conflict Resolution:  The Middle East Water Project."  With S. Arlosoroff, Z. Eckstein, M. Haddadin, S. Hamati, A. Huber–Lee, A. Jarrar, A. Jayyousi, U. Shamir, and H. Wesseling.  *Water Resources Research*, Vol. 38, No. 11, pp. 25(1)–25(13), 2002.

"The Relocation of the Los Angeles Rams to St. Louis."  With C. Maxwell and E. Schouten.  *The Antitrust Revolution:  Economics, Competition, and Policy*, 4E, J. Kwoka, Jr., and L. White, eds., by June 2003, Oxford University Press.

"A Metric For Assessing the 'Goodness' of Income Distributions and the Effect of Price Changes."  *Journal of Economic Theory*, Vol. 109, 2003, pp. 324–332.

"Cambridge Capital Controversies:  Comment."  *Journal of Economic Perspectives*, Vol. 17, No. 4, fall 2003, pp. 228–229.

"Aggregation in Production Functions:  What Applied Economists Should Know."  With J. Felipe.  *Metroeconomica*, Vol. 54, No. 2, 2003, pp. 208–262.

"Disequilibrium and Stability."  *General Equilibrium:  Problem and Prospects*, F. Petri and F. Hahn, eds., New York, Routledge, 2003.

"Monopolization Versus Abuse of Dominant Position:  An Economist's View."  Chapter 9 in *International Antitrust Law and Policy*, Thirtieth Annual Fordham Corporate Law Institute Conference on International Antitrust Law and Policy, Fordham University School of Law, B. Howk, ed., Juris Publishing Inc., pp. 157–162.

"Overview and Economic Analysis of the Recent MasterCard/Visa Case."  Proceedings from the New York State Bar Association Antitrust Law Section Symposium, 2004.

"The Sale of the Washington Redskins:  Discounted Cash Flow Valuation of S–Corporations, Treatment of Personal Taxes, and Implications for Litigation."  Co–author.  *Stanford Journal of Law, Business, & Finance*, spring 2005.

"Water:  Casus Belli or Source of Cooperation?"  *Water in the Middle East:  Cooperation and Technological Solutions in the Jordan Valley*, K. Hambright, F. Ragep, & J. Ginat, eds., International and Security Affairs Series, E. Corr, general editor, University of Oklahoma Press, Norman and Sussex Academic Press, U.K., 2006, pp. 185–199.

"Economics Analysis and Antitrust Damages."  /World Competition/, Kluwer Law International, Netherlands, Vol. 29, No. 3, 2006, pp. 383–394.**

"Aggregate Production Functions, Neoclassical Growth Models and the Aggregation Problem." With J. Felipe. *Estudios de Economia Aplicada*, Vol. 24, No. 1, April 2006, pp. 127–163.

"The Economics of Water in Jordan." With A. Salman, E. Karablieh, H-P Wolff, and M. Haddadin. *Water Resources in Jordan: Evolving Policies for Development, the Environment, and Conflict Resolution*, M. Haddadin, ed., Resources for the Future, Washington, D.C., 2006, pp. 116–149.

"Economics, Water Management, and Conflict Resolution in the Middle East and Beyond." With A. Huber-Lee. *Environment: Science and Policy for Sustainable Development*, Vol. 48, No. 3, April 2006, pp. 26–41.


## Reviews

Review of J. deV. Graff, *Theoretical Welfare Economics* in *Review of Economics and Statistics* 40, No. 3 (August 1958).

Review of William Baumol, *Business Behavior, Value, and Growth* in *Journal of Political Economy* 69, No. 1, February 1961).

Review of T. Thin, *Theory of Markets* in *Journal of Political Economy* 69, No. 1, February 1961).

Review of K. Arrow *et al.*, *Mathematical Methods in the Social Sciences* (1959) in Proceedings of the First Stanford Symposium, *The Journal of Political Economy* (August 1961).

Review of R.D. Schlaifer, *Probability and Statistics for Business Decisions* in *Review of Economics and Statistics* 43, No. 3 (August 1961).

Review of J.A.S. Cramer, *The Ownership of Major Consumer Durables* in *Economica* (November 1962).

Review of C.F. Christ *et al.*, *Measurement in Economics* in *Journal of Political Economy* 72, No. 1, February 1964).

Review of J. Johnston, *Econometric Methods*, and A.S. Goldberger, *Econometric Theory* in *American Economic Review* 54, No. 6 (December 1964).

Review of E. Malinvaud, *Methodes Statistiques de l'Econometrie* in *Econometrica* 33, No. 2 (April 1965).

Review of P. Balestra, *The Demand for Natural Gas in the United States* in *American Economic Review* 57, No. 5 (December 1967).

Review of Stephen E. Fienberg (ed.), *The Evolving Role of Statistical Assessments as Evidence in the Courts* in *Journal of Economic Literature* 28, No. 3 (September 1990).

Review of *Separability and Aggregation: Collected Works of W.M. Gorman,* Vol. 1. Edited by C. Blackorby and A.F. Shorrocks in *The Economic Journal* 107, No. 433 (July 1997).

Review of J. Sutton, *Technology and Market Structure: Theory and History* in *Economica* 67, No. 267 (August 2000).

## AFFIDAVITS AND TESTIMONY

Telex v. IBM, 367 F. Supp. 258, Northern District of Oklahoma, 1973. For IBM. Affidavit and corporate testimony. Ronald Rolfe or Thomas Barr, Cravath, Swaine & Moore.

U.S. v. IBM, Docket No. 69, Civil (DNE), Southern District of New York. Three depositions (1974, 1980, 1981). For IBM. Direct testimony by narrative statement. Also surrebuttal testimony by narrative statement. Ronald Rolfe or Thomas Barr, Cravath, Swaine & Moore.

Greyhound Computer Corp. v. IBM. For IBM. The original case was tried in Arizona Federal District Court in 1971. Deposition when the case was remanded for a second trial (about 1981). Ronald Rolfe or Thomas Barr, Cravath, Swaine & Moore.

CBS v. ASCAP. Southern District of New York, 1973. Testimony. For plaintiff. Alan Hruska, Cravath, Swaine & Moore.

Columbia Pictures v. ABC, Columbia Pictures v. CBS, U.S. v. ABC, U.S. v. NBC, U.S. v. CBS. About 1972. Affidavits. Robert Rifkind of Cravath, Swaine & Moore.

ECC investigation of IBM. Testimony for IBM, 1982. Thomas Barr, Cravath, Swaine & Moore.

In Re Corrugated Container Antitrust Litigation, 1980–1981 Trade Cas. (CCH), para. 66, 163, Southern District of Texas, 1979. Federal District Court in Houston in 1982–1983. For defendants. Deposition and live testimony. Sanford Litvack, Donovan, Leisure (now general counsel, Walt Disney Co.).

Ralph C. Wilson Industries, Inc. v. Chronicle Broadcasting Company et al. U.S. District Court, Northern District of California. For defendants. Deposition in March 1983. Statement submitted in October 1984. Brent Rushforth, Dow Lohnes & Albertson.

Cuomo v. Baldridge, 80 Civ. 4550 (JES). Southern District of New York, 1984. Testimony. For plaintiff. Robert Rifkind, Cravath, Swaine & Moore.

Koplar Communications, Inc. et al. v. Camellia City Telecasters, Inc. et al. U.S. District Court, Eastern District of California. Civ. 82–1068 LKK. For plaintiff. Affidavit 1984. Deposition 1985. Peter Work or Victor Ferrall, Crowell & Moring.

Marine Construction Litigation. For plaintiffs. Depositions 1985, 1986. Report 1985. Rufus Oliver, Baker & Botts, or Janet McDavid, Hogan & Hartson.

Pacific Division Transfer Case. DOT Docket 43065. For Northwest Airlines. Testimony 1985. Ronald Eastman, Cadwalader, Wickersham & Taft.

NWA–Republic Acquisition Case. DOT Docket 43754. For Northwest Airlines. Testimony 1986. Ronald Eastman, Cadwalader, Wickersham & Taft.

Frank L. Eastland et al. v. Tennessee Valley Authority et al. U.S. Court of Appeals for the 11th Circuit, No. 82–7008. Affidavit, May 1983. Paul Saunders, Cravath, Swaine & Moore.

Under 21 et al. v. The City of New York and Mayor Edward I. Koch; the Salvation Army v. Edward I. Koch; Agudath Israel of America v. the City of New York, et ano. Supreme Court of the State of New York, County of New York, Index No. 15046/84, 15056/84, 15185/84. Affidavit, August 1984.

Superior Beverage Co. Inc. on behalf of itself and all others similarly situated v. Owens–Illinois Inc., et al. U.S. District Court, Northern District of Illinois, Eastern Division, No. 83 C 512. For defendants. Affidavits in 1983. Deposition, May 1991. Trial testimony, December 1991. Earl Pollock, Sonnenschein, Carlin, Nath, and Rosenthal.

The Interface Group, Inc. v. Gordon Publications, Inc. U.S. District Court, District of Massachusetts, Civil Action No. 83–0092–G. For plaintiff. Affidavit 1983. Cameron Kerry, Mintz, Levin, Popeo.

Department of Labor v. Harris Bank. For plaintiff. Deposition, 1985. Testimony, 1986. Deborah Millenson, Department of Labor.

Baran v. Register. For plaintiff. Deposition and testimony, 1985. Mary Ellen Wynn, New Haven, CT.

Marvin Lumber v. Norton. For defendant. Deposition, 1987. Raymond Hayward, Dorsey & Whitney.

Lady Grace v. CPI et al. For defendant. Testimony at preliminary injunction hearing, 1987. Carl King, Goldstein & Manello.

Continental Airlines et al. v. American Airlines and United Airlines. For plaintiff. Federal District Court in Los Angeles. Deposition, 1987, 1988, 1989. Trial testimony, 1990. David Boies, Cravath, Swaine & Moore.

Bilgutay v. IBM et al. Deposition, October 1987. Max Shulman, Cravath, Swaine & Moore.

ITA v. NWA et al. Federal District Court in Minnesota. Deposition, November 1987. Peter Hendrixson, Dorsey & Whitney. Deposition, April 1990, May 1990, December 1990. Trial testimony, May 1991. Paul Klaas, Dorsey & Whitney.

GCI v. Alascom. Deposition, December 1987. Robert DeVos, Popham, Haik, Schnobrich & Kaufman, Ltd.

Washington Public Power Supply System Securities Litigation. For plaintiff. Deposition, December 1987, January, June 1988. Thomas Barr, Cravath, Swaine & Moore.

Cordis v. Medtronic. For defendant. Deposition, March 1988. John French, Faegre & Benson.

Outlet v. Kingworld. For defendant. Deposition, April 1988. Robert Wiener, Berger & Steingert.

Leading Edge v. MELA. For plaintiff. Deposition, May, June, and October 1988. Richard Zinner, Friedman & Atherton.

Laitram v. IBM. For defendant. Federal District Court Alexandria. Trial testimony, May 1988. Max Shulman, Cravath, Swaine & Moore.

IBM–Fujitsu arbitration. For IBM. Testimony, July 1988. Thomas Barr, Cravath, Swaine & Moore.

ETSI Pipeline Project et al. v. Burlington Northern Inc. et al. For defendants. Deposition, December 1988. Bruce Wecker, Furth, Fahner, Bluemle & Mason.

Lower Lake Erie Iron Ore Litigation. For defendant CSX Corporation. Deposition, January 1989. Donald Flexner, Crowell & Moring.

Reserve Supply Corp. v. Owens–Corning Fiberglas Corp. et al. For defendant Owens–Corning. Deposition in May 1989. Robert Joseph, Sonnenschein, Carlin, Nath & Rosenthal.

Transnor (Bermuda) Limited v. BP North American Petroleum et al. For defendants. Deposition, 1989. Gregory A. Markel, Davis, Markel & Edwards.

City of New York et al. v. United States Department of Commerce et al. For plaintiff. Deposition, 1989, 1992. Trial testimony, 1992. Robert Rifkind, Cravath, Swaine & Moore.

Polaroid v. Kodak. Federal District Court Boston. For plaintiff. Testimony, 1989. Herbert Schwartz, Fish & Neave.

Litton Industries v. various railroads. For defendant CSX. Deposition 1990. Donald Flexner, Crowell & Moring.

Ultronics v. Cox. Federal District Court, San Diego. For defendant. Affidavits and deposition, 1990. Trial testimony, March 1992. Brent Rushforth, Jenner and Block.

Long Beach case. For defendants. Deposition, March 1991. Maureen O'Bryon, Hogan & Hartson.

U.S. v. Western Electric. U.S. District Court for District of Columbia. Reply Affidavit on behalf of Bell Operating Companies in connection with Information Services Remand, January 1991.

In the matter of Marathon Oil Company; In the matter of Phillips Petroleum Company. For defendant. Deposition, May 1991, and Hearing Testimony, October 1991. James Atwood, Covington & Burling.

Airline class action litigation. For defendants. Affidavits on class certification, 1991. W. Randolph Smith, Crowell & Moring.

Long Lake v. Niagara Mohawk. For defendant. Deposition July, 1991. Thomas Rohback. LeBouef, Lamb, Leiby & MacRae.

Pulse One Communications v. Bell Atlantic Mobile Systems. Circuit Court for Baltimore County. For defendant. Deposition, September 1991, and Affidavit, October 1991.

Daras et al. v. Texaco. For defendant. Deposition, 1991. Mark Litvack, Texaco, Inc.

Bulk Popcorn class litigation. For defendants. Deposition, January 1992. Steven Tourek, Winthrop & Weinstine.

In Re: Petroleum Products Antitrust Litigation. For defendant. Deposition, March and Fall 1992. Maureen O'Bryon, Hogan & Hartson.

Independent Entertainment Group, Inc. v. National Basketball Association et al. U.S. District Court, Central District of California. For defendants. Affidavit, July 1992. Jeffrey Mishkin, Proskauer Rose Goetz & Mendelsohn.

In Re: Carbon Dioxide Antitrust Litigation. For defendants. Deposition, affidavit, and testimony at a hearing on class certification, 1993. John Burke, Burke, Bosselman & Weaver; Michael Sennett, Bell, Boyd & Lloyd; William G. Schopf, Jr., Schopf & Weiss.

For GEC (defendant) in international arbitration with Hughes Aircraft about a joint development and production contract. Statement on damages, April 1993. Frank Barron, Cravath, Swaine & Moore.

Continental Airlines, Inc. and Northwest Airlines, Inc. v. American Airlines, Inc., and AMR Corporation. U.S. District Court for the Southern District of Texas, Galveston division. For plaintiffs. Deposition, spring 1993. Trial testimony, July 1993. David Boies, Cravath, Swaine & Moore.

Chicago Bulls and WGN v. National Basketball Association. Federal District Court, Chicago. For defendant. Deposition, summer–fall 1993. Trial testimony, February 1994. Ronald Rauchberg, Proskauer Rose Goetz & Mendelsohn.

Coleman, O'Connor, McMillan et al. v. Sacramento Cable Television. Superior Court of the State of California in and for the County of Sacramento. For defendant. Deposition, November 1993. Trial testimony, February and April 1994. Marc D. Flink, Baker & Hostetler.

For Fiat (plaintiff) in international arbitration with Ford concerning a U.S. acquisition. Affidavits on damages with Joen Greenwood and E. Scott Mayfield, July and November 1993. Paul Saunders, Cravath, Swaine & Moore.

Mission Resources v. Texaco. Federal District Court, Fresno, California. For defendant. Deposition, June 1994. Trial testimony, July 1994. Mark Litvack, Texaco, Inc., and Aton Arbisser, Kaye, Scholer, Fierman, Hays and Handler.

William S. Hilo et al. v. Exxon Corporation et al. U.S. District Court, Central District of California. For defendants. Affidavits, August 1994, November 1995. Andrew J. Kilcarr, Hogan & Hartson.

Bell Atlantic Corporation et al. v. AT&T Corporation and McCaw Cellular Communications, Inc. For plaintiffs. Deposition, October 1994.

PPG Industries, Inc. v. Pilkington PLC. U.S. District Court, District of Arizona. For plaintiffs. Deposition, March 1995. Paul Dodyk, Cravath, Swaine & Moore.

Texas Instruments Incorporated v. Cypress Semiconductor Corp., LSI Logic Corp., and VLSI Technology, Inc. U.S. District Court, Northern District of Texas, Dallas. For defendants. Affidavit, June 1995. Anthony L. Marks, Brown & Bain.

Texaco v. U.S. Oil Supply Company. California Superior Court, Los Angeles. For plaintiff. Deposition, August 1995. Trial testimony, August 1995. Mark Litvack, Texaco, Inc.

In re: Brand Name Prescription Drugs Antitrust Litigation. U.S. District Court, Northern District of Illinois, Eastern Division, 94 C 987, MDL 997. For a defendant. Deposition, February 1996. Stephen Madsen, Cravath, Swaine & Moore.

Star Markets, Ltd. v. Texaco Inc. U.S.. District Court, Hawaii. For defendant in case of alleged trademark and trade name infringement and unfair competition. Deposition, October 1996. Testimony, February 1997. Mark Litvack, Texaco.

St. Louis Convention and Visitors Commission v. National Football League, et al. For defendants. Deposition, June 1997 and July 1997. Trial testimony, November 1997. Shepard Goldfein, Skadden, Arps, Slate, Meagher & Flom.

United States of America, ex rel., Daniel G. O'Keefe v. McDonnell Douglas Corporation. For defendant. Deposition, October 1997. Jeffrey K. Dorman, Sonnenschein Nath & Rosenthal.

Comision Ejecutiva Hidroelectrica Del Rio Lempa, an autonomous state institution of the country of El Salvador v. Back & Veatch International Company, a Missouri corporation. Affidavit, December 1997. Henry Mendia, Gunster, Yoakley, Valdes–Fauli & Stewart.

National Football League v. Los Angeles Raiders; Oakland Raiders v. National Football League and The Five Smiths, Inc., et al. For the NFL. Expert reports, December 1997, March 1998, and May 1998. Shepard Goldfein, Skadden, Arps, Slate, Meagher, & Flom.

Southeast Florida Cable, Inc., d/b/a Adelphia Cable Communications v. Martin County, a political subdivision of the State of Florida, et al. For plaintiff. Deposition, February 1998. LeBoeuf, Lamb, Greene & MacRae.

Arnold Palmer Enterprises, Inc., et al. v. Gotta Have It Golf Collectibles, Inc. United States District Court for the Southern District of Florida, Case No. 97–0978–CIV–SEITZ. Expert Report, 1998.

La

United States of America v. Microsoft Corporation, United States District Court for the District of Columbia. For plaintiff. Declaration, May 1998. Expert Report, September 1998. Deposition, September 1998. Written Direct Testimony, October 1998. Trial Testimony, January 1999. Rebuttal Testimony, June 1999. United States Department of Justice, Antitrust Division.  David Boies, Boies, Schiller and Flexner.

Enforcement Policy Regarding Unfair Exclusionary Conduct in the Air Transportation Industry, Before the Office of the Secretary, Department of Transportation. For Northwest Airlines. Statement, July 1998. Crowell & Moring.

Massachusetts Department of Telecommunications and Energy: Investigation of Boston Edison Company Compliance with DTE 93–37. On behalf of Intervenor Cablevision Systems Corporated. Prefiled Written Testimony, September 1998. Oral Testimony, February 1999.

United States of America v. ASCAP in the matter of the Application of Turner Broadcasting Systems, Inc., et al. United States District Court, Southern District of New York. For HBO. Expert Report, April 1999; Supplemental Expert Report, December 1999. Depositions, August 1999; July 2000.  Rowan Wilson, Cravath, Swaine & Moore.

Blue Cross and Blue Shield of New Jersey et al. v. Philip Morris et al. Expert Reports, November 1999; April 2000; August 2000.  Depositions, March 2000; September 2000. Joseph Angland, Dewey Ballantine.

Universal Studios et al v. Eric Corey a/k/a "Emmanuel Goldstein and 2600 Enterprises, Inc. Deposition and Testimony, July 2000.  Mark Litvack, MPAA.

JKC Holding Company LLC v. Washington Sports Ventures, Inc.; Washington Sports Ventures, Inc. v. JKC Holding Company LLC, et al.  United States District Court Eastern Virginia, Civil Action No. 00–35–A.  Expert Report, July 2000.  Deposition, August 2000.  David Donovan, Wilmer, Cutler & Pickering.

American Booksellers Association, Inc., et al. v. Barnes and Noble, Inc., et al.  United States District Court for the Northern District of California.  Expert Report, November 2000. Deposition, December 2000.  David DeBruin, Jenner and Block.

Calvin Klein Trademark Trust and Calvin Klein, Inc. v. Linda Wachner, Warnaco Group, Inc., et al. United States District Court for the Southern District of New York.  Deposition, January 2001.

In re: Linerboard Antitrust Litigation. (MDL No. 1261).  United States District Court, Eastern District of Pennsylvania.  Expert Report, March 2001.  Deposition, March 2001.

McDonnell Douglas Corporation and General Dynamics Corporation v. The United States.  United States Court of Federal Claims (No. 91–1204C).  Expert Report, March 2001.  Depositions, April 2001; May 2001.

In re: Cigarette Antitrust Litigation. (MDL No. 1342). United States District Court, Northern District of Georgia, Atlanta Division. Expert Report, March 2001; January 2002. Deposition, December 2001.

NBA Properties Inc. v. Salvino Inc., et al. United States District Court for the Southern District of New York (99 CIV 11799 LTS). Expert Report, June 2001. Deposition, August 2001. Jeffrey Mishkin, Skadden, Arps, Slate, Meagher, & Flom.

DCV Holdings Inc. v. ConAgra Inc., et al. (C.A. No. 98C–06–301–WCC). Superior Court of the State of Delaware in and for New Castle County. Expert Report, October 2001. Deposition, December 2001, January 2002. McGrath, North, Mullin, & Kratz.

In re: BuSpirone Antitrust Litigation. (MDL No. 1410(JGK)) United States District Court, Southern District of New York. Expert Reports, April 2002; July 2002. Deposition, June 2002.

In re: MJ Research, Inc. v. PE Corp and Roche Molecular Systems, Inc. (MF No. 3:98 CV 1201 (DJS) United States for the District of Connecticut. Expert Report, November 2000. Deposition, 2001.

United States v. Philip Morris, Inc., et al. (99–CV–2496 (GK)) Unites States District Court of the District of Columbia. Expert Reports, November 2001, November 2001, May 2002, July 2002. Deposition, April 2002.

In re: Monosodium Glutamate Antitrust Litigation. (MDL Docket No. 00–1328) United States District Court in the District of Minnesota. Expert Reports, December 2002; January 2003. Deposition, January 2003.

MLB Properties v. Salvino, United States District Court for the Southern District of New York. Expert Report, April 2003, Deposition May 2003.

In re: Visa Check/MasterMoney Antitrust Litigation. (MF No. CV–96–5238) United States District Court, Eastern District of New York. For plaintiffs. Preliminary Expert Reports, October 1999; November 1999. Expert Report, April 2000. Rebuttal Expert Report, April 2000. Deposition, May 2000. Declaration, July 2000. Supplemental Expert Report, September 2002. Deposition, October 2002. Declaration, December 2002. Declarations, August 2003. Supplemental Declaration, September 2003. Lloyd Constantine, Constantine Cannon.

Ramallo Bros. Printing, Inc. v. El Día, Inc., Editorial Primera Hora, Inc., and Advanced Graphic Printing, Inc., United States District Court for the District of Puerto Rico, Civil Action No. 02 2400 (JAF). For plaintiff. Affidavit, December 19, 2002. Expert Report, December 20, 2004. Supplemental Expert Report, February 2, 2005. Expert Report, March 8, 2005. Deposition, February 3, March 10, and March 25, 2005.

Cisco Systems, Inc. v. Alcatel USA, Inc. and Alcatel S.A., United States District Court for the Eastern District of Texas Sherman Division, Civil Action No. 4:03–CV–176. For defendants. Expert Reports, January 20 and January 30, 2004.

Information Resources, Inc. v. The Dun & Bradstreet Corporation, A.C. Nielsen Co., and IMS International, Inc. (96 Civ. 5716 (LLS)).  United States District Court for the Southern District of New York. For plaintiff. Expert Report, February 2004, Declaration, October 2004.

Compuware Corp. v. IBM.  United States District Court, Eastern District of Michigan Southern Division (No. 02–70906).  For IBM.  Rebuttal Expert Report, May 2004; Deposition, May 2004.

Seven Network Limited & Anor v. News Limited & Ors (Federal Court Proceedings N1223 of 2002). For News Respondents. Expert Report, June 2005; Testimony, May 2006.

American Needle, Inc. v. New Orleans Saints, et al.  United States District Court for the Northern District of Illinois Eastern Division (04-CV-7806 (JBM)).  For defendants.  Declaration, December 2005; Deposition, October 2006.

Ortho Biotech Product, L.P. v. Amgen, Inc.  United States District Court for the District of New Jersey. For plaintiff. Testimony at preliminary injunction hearing, June 2006. Lloyd Constantine, Constantine Cannon.

The United States of America, ex rel. Cleveland A. Tyson, et al. v. Amerigroup Illinois, Inc. and Amerigroup Corporation  United States District Court, Northern District of Illinois Eastern Division (No. 04 C 6074). For defendants.  Expert Reports, June and September 2006; Depositions, July and September 2006; Testimony, October 2006.  Jeffrey Dorman, Freeborn & Peters.

## FCC TESTIMONY AND PAPERS

*The Impact of CATV on Local Television Stations.*  Appendix to Reply Comments of the National Association of Broadcasters, The Fisher Report.  Before the Federal Communications Commission, Docket No. 15233.  (October 26, 1964.)

"The Impact of CATV on Local Television Stations:  A Critique of the FCC's Staff Report."  With G. Kraft.  A CRA Study prepared for Covington & Burling and submitted to the Federal Communications Commission.  (September 1970.)

Statement submitted with "Petition to Deny" by Taft Broadcasting Co. before the Federal Communications Commission, File No. BPCT 4473.  (January 17, 1972.)

"Economic Analysis of Canadian Pre–Release Rights."  In "Comments" by Taft Broadcasting Co. and Capital Cities Communications, Inc. Before the Federal Communications Commission, Docket No. 20649.  (June 22, 1976.)

Testimony in Hearings before the Federal Communications Commission in the matter of Great Trails Broadcasting Co., Docket No. 20832.  (October 29, 1976.)

"Comments on Econometric Studies Used by FCC in Considering Short–Spaced UHF Drop–Ins."
For Association of Maximum Service Telecasters, Inc., Cox Broadcasting Corporation, Gateway
Communications Co., Storer Broadcasting Co., and WGAL Television, Inc. Before the Federal
Communications Commission, Docket No. 20418.  (November 1, 1977.)

"The Audience–Revenue Relationship for Local Television Stations."  With J. McGowan and
D. Evans.  A CRA Study prepared for the National Association of Broadcasters and submitted to the
Federal Communications Commission, Docket No. 21284.  (December 1978.)  Part 2. (September
1979)

"An Evaluation of the Validity of American Television and Communication Corporation's Estimate of
the Impact of Importing the Signals of WGN–TV and WTCG–TV on Television Viewing of Local
Stations in Columbus, Ohio."  Written testimony submitted to the Federal Communications
Commission.  (April 1979.)

In the matter of AT&T and McCaw.  Federal Communications Commission.  Affidavits on behalf of
Southwestern Bell Corporation.  Michael Kellogg, Kellogg, Huber & Hansen.  (October 1993, and
January 1994.)