# Exhibit 2

## Materials Considered

In addition to the documents specifically cited in the declaration, I have considered the following materials:

Pleadings in the Case

Order to Show Cause and Temporary Restraining Order, September 28, 2007

Plaintiff's Memorandum of Law in Support of its Motion for Preliminary Injunction, October 1, 2007

Declarations

>   John Collins, Senior Executive Vice President of Business and Media, NHL
>   Robert Hawkins, Group Vice President, General Counsel of the NHL
>   Robert O. Naegele, Jr., Chairman of Minnesota Sports & Entertainment
>   Ken Sawyer, Chief Executive Officer of Pittsburgh Penguins

Declarations in Support of Plaintiff's Motion for Preliminary Injunction
>   Steve Mills, President and Chief Operating Officer of MSG sports
>   Scott Richman, Senior Vice President and General Manager of MSG Interactive
>   Daniel David, Manager, Interactive Programming, MSG Interactive
>   Robert W. Gaffey, Jones Day Counsel for plaintiff

Interview

October 4th, 2007
>   John Collins
>   William Daly
>   Robert Hawkins
>   Keith Ritter

NHL Documents

"New and Improved", PowerPoint Presentation

Other Materials

"Bettman, Collins outline growth strategy", www.sportsbusinessjournal.com, October 1-7, 2007