# Exhibit 4



# MEMORANDUM

**TO:** Distribution
**FROM:** Mark Erlichson, Eric Dwyer
**DATE:** October 11, 2007
**SUBJECT:** NHL NETWORK and NHL.COM – April 2007 comScore Traffic Analysis

---

The NHL.COM Network delivered 7,719,719 unique visitors during April. That's a 38% increase from last April's total of 5,604,596 and a 477% increase from April 2005's total of 1,337,473. Overall, the network ranked 1st among Canadian sports websites, 12th in the U.S and 10th Worldwide. NHL.COM Network and NHL.COM both recorded record levels of traffic in the U.S., Canada and Worldwide in April 2007.

## NHL.COM

NHL.COM delivered 5,644,980 unique visitors Worldwide. That's a 48% increase from last year's UV total of 3,825,372 and a 919% increase from April 2005's total of 554,037. In the U.S., NHL.COM was up 37% from last year. NHL.COM was up 48% both in Canada and Worldwide.

In terms of page views NHL.COM had 266,117,766 Worldwide page views during April. That's a 1% increase from last year's 264,237,480 and a 4593% increase from April 2005's 5,670,274. U.S. page views were down 2% from last year. Canadian page views were up 26%.

|  | UNIQUE VISITORS | | | | | PAGE VIEWS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | APR 07 | APR 06 | APR 05 | CHG | CHG | APR 07 | APR 06 | APR 05 | CHG | CHG |
| U.S. | 1,936,493 | 1,408,502 | 219,176 | 37% | 784% | 49,446,618 | 50,596,556 | 2,122,317 | -2% | 2230% |
| CAN | 2,404,586 | 1,624,340 | 194,894 | 48% | 1134% | 158,127,438 | 125,498,360 | 2,332,647 | 26% | 6679% |
| WW | 5,644,980 | 3,825,372 | 554,037 | 48% | 919% | 266,117,766 | 264,237,480 | 5,670,274 | 1% | 4593% |

## NHL.COM NETWORK

The NHL.COM Network attracted 7,719,719 unique Worldwide visitors in April. That's a 38% increase from last year's 5,604,596 total and a 477% increase from April 2005's 1,337,473. The network experienced a 23% increase in the U.S., a 44% increase in Canada and a 38% increase Worldwide.

In terms of page views, the network's total of 422,188,838 Worldwide page views was up 14% from last year's 370,710,139 and up 1433% from April 2005's 27,541,920. U.S. Page Views were up 7% from last year. Canadian page views increased 42%.

|  | UNIQUE VISITORS | | | | | PAGE VIEWS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | APR 07 | APR 06 | APR 05 | CHG | CHG | APR 07 | APR 06 | APR 05 | CHG | CHG |
| U.S. | 3,038,046 | 2,475,090 | 604,617 | 23% | 402% | 96,690,654 | 90,774,409 | 11,724,539 | 7% | 725% |
| CAN | 3,079,520 | 2,140,176 | 432,316 | 44% | 612% | 250,084,020 | 176,494,262 | 9,449,283 | 42% | 2547% |
| WW | 7,719,719 | 5,604,596 | 1,337,473 | 38% | 477% | 422,188,838 | 370,710,139 | 27,541,920 | 14% | 1433% |

## AFFILIATE SITES

Below, is a list of how each of our affiliate sites fared in terms of unique visitors. Worldwide, the three most popular affiliate sites in April were THEAHL.COM, CROSBY87.COM and ECHL.COM.

|  | UNITED STATES | | CANADA | | WORLD WIDE | | WORLD WIDE S-T-D | | |
|---|---|---|---|---|---|---|---|---|---|
|  | APR 07 | APR 06 | APR 07 | APR 06 | APR 07 | APR 06 | 2006-07 | 2005-06 | CHG |
| BCHL.BC.CA | 1,826 | N/A | 31,923 | N/A | 36,151 | N/A | 52,676 | N/A | N/A |
| CENTRALHOCKEYLEAGUE.COM | 30,235 | 36,344 | 16,600 | 27,122 | 48,154 | 65,564 | 53,629 | 52,925 | 1% |
| ECHL.COM | 68,841 | 70,010 | 28,851 | 30,378 | 105,873 | 112,538 | 90,851 | 95,875 | -5% |
| EISHOCKEY.COM | 243 | 924 | 1,251 | 2,366 | 9,549 | 19,660 | 19,866 | 21,293 | -7% |
| ELITELEAGUE.CO.UK | 3,650 | 6,731 | 10,771 | 4,284 | 40,583 | 28,814 | 47,020 | 44,679 | 5% |
| IHA.ORG.AU | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| THEAHL.COM | 135,291 | 90,157 | 101,578 | 61,744 | 255,064 | 164,059 | 266,415 | 166,876 | 60% |
| THEUHL.COM | 19,586 | 36,460 | 15,202 | 13,666 | 34,788 | 53,211 | 44,084 | 37,628 | 17% |
| USHL.COM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

## WORLDWIDE, U.S. AND CANADA RANKS

Below, is a rank of the top Sports websites in the U.S., Canada and Worldwide for April 2007. As you can see, the NHL.COM Network finished 12th in the United States, 1st in Canada and 10th Worldwide.

| UNITED STATES | | CANADA | | WORLD WIDE | |
|---|---|---|---|---|---|
| ESPN | 19,995,848 | NHL.COM NETWORK | 3,079,520 | ESPN | 35,175,138 |
| FOX SPORTS ON MSN | 16,470,609 | TSN/RDS | 1,952,969 | FOX SPORTS ON MSN | 22,339,191 |
| MLB.COM NETWORK | 13,939,785 | ESPN | 1,137,480 | NBA.COM NETWORK | 17,024,683 |
| NFL.COM NETWORK | 8,991,975 | SYMPATICO - MSN SPORTS | 868,863 | MLB.COM NETWORK | 16,911,609 |
| NBA.COM NETWORK | 5,905,642 | WWE NETWORK | 722,668 | WWE NETWORK | 14,606,721 |
| CSTV: COLLEGE SPORTS TV | 5,159,683 | NBA.COM NETWORK | 705,946 | SINA SPORTS | 13,591,333 |
| CBS SPORTSLINE | 4,935,234 | FOX SPORTS ON MSN | 653,797 | NFL.COM NETWORK | 10,511,407 |
| WWE NETWORK | 4,886,566 | MLB.COM NETWORK | 591,819 | UEFA.COM | 8,490,274 |
| NASCAR.COM | 4,751,574 | FUN TECHNOLOGIES | 560,574 | FUN TECHNOLOGIES | 7,864,407 |
| SI.COM | 4,733,464 | SPORTSNET.CA | 508,009 | NHL.COM NETWORK | 7,719,719 |
| THE ACTIVE NETWORK | 4,056,610 | CBS SPORTSLINE | 366,392 | SOHU.COM SPORTS | 7,620,950 |
| NHL.COM NETWORK | 3,038,046 | SI.COM | 344,243 | YOMIURI.CO.JP | 7,498,114 |
| FUN TECHNOLOGIES | 2,119,402 | NFL.COM NETWORK | 300,760 | SI.COM | 6,761,362 |
| SCOUT.COM | 2,039,736 | | | QQ.COM SPORTS | 6,713,965 |
| RIVALS.COM | 1,692,563 | | | CBS SPORTSLINE | 6,282,096 |
| U.S OLYMPIC TEAM SITES | 1,407,698 | | | CSTV: COLLEGE SPORTS TV | 5,778,986 |
| PGA.COM | 657,707 | | | NASCAR.COM | 5,268,296 |
| FANSEDGE.COM | 639,301 | | | THE ACTIVE NETWORK | 4,434,967 |
| FOOTBALLFANATICS.COM | 613,109 | | | CRICINFO.COM | 3,606,865 |
| NCAA | 545,834 | | | MSN SPORTS INTERNATIONAL | 3,276,045 |

## OTHER SPORTS LEAGUES AND WEBSITES

On a Worldwide scale, the other league networks (NBA.com Network, NFL.com Network and MLB.com Network) were all up from April 2006. The NBA.com Network experienced the largest year over year change (39%).

Looking specifically at the other league home pages, NBA.com, NFL.com and MLB.com were all up from last year on a Worldwide basis.

Looking at the major sports portals, ESPN.com, Foxsports.com and Sportsline.com were up from April 2006. Foxsports.com (17%) and ESPN.com (14%) were the two largest Worldwide gainers from 2006.

NETWORKS

| SPORTS NETWORKS | UNITED STATES | | | CANADA | | | WORLD WIDE | | |
|---|---|---|---|---|---|---|---|---|---|
| | APR 07 | APR 06 | CHG | APR 07 | APR 06 | CHG | APR 07 | APR 06 | CHG |
| NHL.COM NETWORK | 3,038,046 | 2,475,090 | 23% | 3,079,520 | 2,140,176 | 44% | 7,719,719 | 5,604,596 | 38% |
| NBA.COM NETWORK | 5,773,508 | 5,656,805 | 2% | 700,146 | 373,647 | 87% | 16,864,050 | 12,101,617 | 39% |
| NFL.COM NETWORK | 8,991,975 | 9,190,569 | -2% | 300,760 | 302,272 | -1% | 10,511,407 | 10,417,915 | 1% |
| MLB.COM NETWORK | 13,939,785 | 13,531,499 | 3% | 591,819 | 540,912 | 9% | 16,911,609 | 16,066,231 | 5% |
| SPORTSLINE NETWORK | 4,935,234 | 5,987,212 | -18% | 366,392 | 434,999 | -16% | 6,282,096 | 7,873,224 | -20% |

HOME PAGES AND SPORTS PORTALS

| | UNITED STATES | | | CANADA | | | WORLD WIDE | | |
|---|---|---|---|---|---|---|---|---|---|
| | APR 07 | APR 06 | CHG | APR 07 | APR 06 | CHG | APR 07 | APR 06 | CHG |
| NHL.COM | 1,936,493 | 1,048,502 | 85% | 2,404,586 | 1,624,340 | 48% | 5,644,980 | 3,825,372 | 48% |
| NBA.COM | 4,696,610 | 3,820,643 | 23% | 641,364 | 296,133 | 117% | 15,444,421 | 7,702,538 | 101% |
| NFL.COM | 5,031,933 | 5,384,336 | -7% | 211,518 | 208,524 | 1% | 5,856,592 | 6,152,367 | -5% |
| MLB.COM | 10,315,441 | 8,140,824 | 27% | 437,946 | 392,409 | 12% | 12,514,591 | 10,190,759 | 23% |
| ESPN.COM | 19,951,920 | 18,715,992 | 7% | 1,134,529 | 991,621 | 14% | 35,108,492 | 30,729,606 | 14% |
| FOX SPORTS ON MSN | 16,470,609 | 16,373,207 | 1% | 653,797 | 555,645 | 18% | 22,339,191 | 19,087,286 | 17% |
| SI.COM | 4,733,464 | 6,018,607 | -21% | 822,873 | 307,114 | 168% | 6,761,362 | 7,882,059 | -14% |
| SPORTSLINE.COM | 4,393,062 | 4,234,138 | 4% | 335,457 | 260,931 | 29% | 5,573,295 | 5,235,617 | 6% |

**TEAM SITES**
Below, is a summary of how each of our team sites performed in April. The top three team sites, in terms of Worldwide unique visitors, were VANCOUVERCANUCKS.COM, SABRES.COM and CANADIENS.COM. SABRES.COM experienced the largest year over year change (119%).

|  | UNITED STATES | | CANADA | | WORLD WIDE | | WORLD WIDE S-T-D | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | APR 07 | APR 06 | APR 07 | APR 06 | APR 07 | APR 06 | 2006-07 | 2005-06 | CHG |
| ANAHEIMDUCKS.COM | 93,260 | 74,556 | 134,294 | 71,946 | 305,503 | 190,709 | 203,040 | 139,837 | 45% |
| ATLANTATHRASHERS.COM | 87,865 | 75,601 | 54,558 | 76,918 | 172,021 | 166,171 | 159,578 | 135,728 | 18% |
| BOSTONBRUINS.COM | 63,860 | 74,638 | 41,304 | 55,763 | 118,216 | 136,652 | 212,265 | 194,121 | 9% |
| CALGARYFLAMES.COM | 35,346 | 26,618 | 284,794 | 239,677 | 365,862 | 323,359 | 298,538 | 235,419 | 27% |
| CANADIENS.COM | 55,291 | 49,180 | 357,548 | 325,759 | 474,357 | 416,675 | 476,983 | 299,787 | 59% |
| CAROLINAHURRICANES.COM | 38,117 | 96,433 | 7,388 | 73,022 | 49,388 | 190,615 | 134,817 | 147,606 | -9% |
| CHICAGOBLACKHAWKS.COM | 38,510 | 42,920 | 19,701 | 26,388 | 74,154 | 84,184 | 162,790 | 113,767 | 43% |
| COLORADOAVALANCHE.COM | 66,909 | 137,977 | 48,645 | 84,964 | 144,542 | 271,602 | 159,491 | 185,998 | -14% |
| COLUMBUSBLUEJACKETS.COM | 21,804 | 34,319 | 13,831 | 17,724 | 54,174 | 67,775 | 97,517 | 102,296 | -5% |
| DALLASSTARS.COM | 119,132 | 154,481 | 86,779 | 41,463 | 235,565 | 219,547 | 189,051 | 172,666 | 9% |
| DETROITREDWINGS.COM | 228,115 | 275,450 | 118,017 | 101,288 | 381,054 | 407,372 | 254,544 | 266,570 | -5% |
| EDMONTONOILERS.COM | 19,308 | 38,434 | 136,578 | 248,961 | 165,542 | 302,286 | 301,715 | 214,738 | 41% |
| FLORIDAPANTHERS.COM | 24,046 | 36,582 | 12,177 | 12,762 | 47,092 | 53,536 | 109,265 | 70,815 | 54% |
| LAKINGS.COM | 26,603 | 43,157 | 13,277 | 29,365 | 67,756 | 82,381 | 101,841 | 92,956 | 10% |
| MAPLELEAFS.COM | 38,664 | 58,736 | 331,138 | 236,504 | 439,151 | 335,885 | 562,934 | 334,011 | 69% |
| NASHVILLEPREDATORS.COM | 68,139 | 69,239 | 57,750 | 47,514 | 141,069 | 130,674 | 166,152 | 113,400 | 47% |
| NEWJERSEYDEVILS.COM | 162,015 | 120,802 | 109,597 | 54,398 | 290,710 | 193,804 | 203,557 | 127,639 | 59% |
| NEWYORKISLANDERS.COM | 133,981 | 58,103 | 99,745 | 12,568 | 259,005 | 89,725 | 188,234 | 105,123 | 79% |
| NEWYORKRANGERS.COM | 234,807 | 163,093 | 61,825 | 37,347 | 344,108 | 224,278 | 268,228 | 220,587 | 22% |
| OTTAWASENATORS.COM | 49,717 | 26,171 | 180,686 | 152,812 | 248,490 | 204,175 | 178,310 | 180,535 | -1% |
| PHILADELPHIAFLYERS.COM | 77,018 | 215,499 | 36,761 | 43,049 | 126,309 | 294,765 | 210,816 | 253,498 | -17% |
| PHOENIXCOYOTES.COM | 20,479 | 33,627 | 19,278 | 20,720 | 53,041 | 58,595 | 109,504 | 97,327 | 13% |
| PITTSBURGHPENGUINS.COM | 273,992 | 73,026 | 145,085 | 49,672 | 444,585 | 135,019 | 366,736 | 206,948 | 77% |
| SABRES.COM | 280,494 | 161,145 | 133,421 | 62,449 | 476,406 | 243,080 | 361,941 | 165,436 | 119% |
| SANJOSESHARKS.COM | 123,934 | 118,782 | 64,174 | 67,298 | 200,228 | 209,205 | 155,218 | 118,394 | 31% |
| STLOUISBLUES.COM | 26,277 | 41,126 | 18,177 | 19,782 | 53,002 | 71,404 | 102,154 | 94,569 | 8% |
| TAMPABAYLIGHTNING.COM | 45,121 | 67,148 | 46,471 | 71,700 | 101,783 | 153,036 | 99,556 | 93,888 | 6% |
| VANCOUVERCANUCKS.COM | 50,259 | 23,434 | 633,531 | 291,005 | 793,831 | 340,558 | 507,779 | 442,462 | 15% |
| WASHINGTONCAPITALS.COM | 43,391 | 32,242 | 28,771 | 34,037 | 110,442 | 73,302 | 148,132 | 125,857 | 18% |
| WILD.COM | 140,709 | 61,824 | 41,500 | 27,378 | 226,334 | 106,707 | 201,118 | 140,798 | 43% |