# Exhibit 5

Case 1:07-cv-08455-LAP    Document 26-6    Filed 10/12/2007    Page 1 of 2

# Exhibit Filed Under Seal