UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MADISON SQUARE GARDEN, L.P.,　　　　　　　　：

　　　　　　Plaintiff,　　　　　　　　　　　　：

　　　　- against -　　　　　　　　　　　　　　No. 07 CIV. 8455 (LAP)

　　　　　　　　　　　　　　　　　　　　　　　：

NATIONAL HOCKEY LEAGUE, NA-
TIONAL HOCKEY LEAGUE ENTER-　　　　　　　：
PRISES, L.P., NATIONAL HOCKEY
LEAGUE INTERACTIVE CYBERENTER-　　　　　：
PRISES, L.L.C., NHL ENTERPRISES CAN-
ADA, L.P., and NHL ENTERPRISES, B.V.,　　：

　　　　　　Defendants.　　　　　　　　　　　：

　　　　　　　　　　　　　　　　　　　　　　　：

------------------------------------- x

## DECLARATION OF SHEPARD GOLDFEIN, ESQ.

I, SHEPARD GOLDFEIN, ESQ., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

　　　1.　　I am a partner in the law firm Skadden, Arps, Slate, Meagher & Flom LLP, which represents defendants National Hockey League, National Hockey League Enterprises, L.P., National Hockey League Interactive Cyberenterprises, L.L.C., NHL Enterprises Canada, L.P., and NHL Enterprises, B.V. (collectively, "Defendants") in the above-captioned action.

　　　2.　　I submit this Declaration in support of Defendants' opposition to plaintiff Madison Square Garden, L.P.'s ("MSG") motion for preliminary injunction.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the official transcript of record for <u>Hockey Club Lokomotiv Yaroslavl v. NHL</u>, No. 06 Civ 9421 (LAP) (S.D.N.Y. Nov. 15, 2006).

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from Cablevision Systems Corp.'s Annual Report (Form 10-K) for 2006.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from Cablevision Systems Corp. Amended Annual Report (Form 10-KA) for 2006.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 12, 2007.

_____
Shepard Goldfein