# Exhibit B

10-K 1 a06-19793_110k.htm 10-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2006

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 [NO FEE REQUIRED]**

For the transition period from            to

| Commission File Number | Registrant; State of Incorporation; Address and Telephone Number | IRS Employer Identification No. |
|---|---|---|
| 1-14764 | Cablevision Systems Corporation<br>Delaware<br>1111 Stewart Avenue<br>Bethpage, NY 11714<br>(516) 803-2300 | 11-3415180 |
| 1-9046 | CSC Holdings, Inc.<br>Delaware<br>1111 Stewart Avenue<br>Bethpage, NY 11714<br>(516) 803-2300 | 11-2776686 |

Securities registered pursuant to Section 12(b) of the Act:  Name of each Exchange on which Registered:
Title of each class:

Cablevision Systems Corporation
Cablevision NY Group Class A Common Stock          New York Stock Exchange

CSC Holdings, Inc.                                  None

Securities registered pursuant to Section 12(g) of the Act:

Cablevision Systems Corporation                     None
CSC Holdings, Inc.                                  None

Indicate by check mark if the Registrants are well-known seasoned issuers, as defined in Rule 405 of the Securities Act.

Cablevision Systems Corporation     Yes ☐ No ☒
CSC Holdings, Inc.                  Yes ☐ No ☒

Indicate by check mark if the Registrants are not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

Cablevision Systems Corporation    Yes ☐ No ☒
CSC Holdings, Inc.    Yes ☐ No ☒

Indicate by check mark whether the Registrants (1) have filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrants were required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Cablevision Systems Corporation    Yes ☐ No ☒
CSC Holdings, Inc.    Yes ☐ No ☒

Indicate by a check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the Registrants' knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.    ☐

Cablevision Systems Corporation    ___
CSC Holdings, Inc.    ___

Indicate by check mark whether each Registrant is a large accelerated filer, accelerated filer or non-accelerated filer (as defined in Exchange Act Rule 12b-2).

|  | Large accelerated filer | Accelerated filer | Non-accelerated filer |
|---|---|---|---|
| Cablevision Systems Corporation | Yes ☒ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ |
| CSC Holdings, Inc. | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☒ No ☐ |

Indicate by check mark whether the Registrants are shell companies (as defined in Rule 12b-2 of the Exchange Act).

Cablevision Systems Corporation    Yes ☐ No ☒
CSC Holdings, Inc.    Yes ☐ No ☒

Aggregate market value of the voting and non-voting common equity held by non-affiliates of Cablevision Systems Corporation computed by reference to the price at which the common equity was last sold on the New York Stock Exchange as of June 30, 2006: $4,707,474,927

Number of shares of common stock outstanding as of February 22, 2007:

  Cablevision NY Group Class A Common Stock— 229,121,577
  Cablevision NY Group Class B Common Stock— 63,327,303
  CSC Holdings, Inc. Common Stock—    11,595,635

<u>Documents incorporated by reference</u> — Cablevision Systems Corporation intends to file with the Securities and Exchange Commission, not later than 120 days after the close of its fiscal year, a definitive proxy statement or an amendment to this report containing the information required to be disclosed under Part II, Item 5 and Part III of Form 10-K filed under cover of Form 10-K/A.

## TABLE OF CONTENTS

| | | | Page |
|---|---|---|---|
| **Part I** | | | |
| | 1. | Business | 1 |
| | 1A. | Risk Factors | 24 |
| | 1B. | Unresolved Staff Comments | 33 |
| | 2. | Properties | 33 |
| | 3. | Legal Proceedings | 34 |
| | 4. | Submission of Matters to a Vote of Security Holders | 34 |
| **Part II** | | | |
| | 5. | Market for the Registrants' Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 34 |
| | 6. | Selected Financial Data | 38 |
| | 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 43 |
| | 7A. | Quantitative and Qualitative Disclosures About Market Risk | 92 |
| | 8. | Financial Statements and Supplementary Data | 95 |
| | 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 95 |
| | 9A. | Controls and Procedures | 95 |
| | 9B. | Other Information | 96 |
| **Part III** | | | |
| | 10. | Directors and Executive Officers of the Registrants | * |
| | 11. | Executive Compensation | * |
| | 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholders Matters | * |
| | 13. | Certain Relationships and Related Transactions | * |
| | 14. | Principal Accountant Fees and Services | * |
| **Part IV** | | | |
| | 15. | Exhibits and Financial Statement Schedules | 97 |

---

\* Some or all of these items are omitted because Cablevision intends to file with the Securities and Exchange Commission, not later than 120 days after the close of its fiscal year, a definitive proxy statement or an amendment to this report containing the information required to be disclosed under Part II, Item 5 and Part III of Form 10-K filed under cover of Form 10-K/A.

Item 6.         Selected Financial Data

The operating and balance sheet data included in the following selected financial data have been derived from the consolidated financial statements of Cablevision and CSC Holdings. The selected financial data presented below should be read in conjunction with the audited consolidated financial statements of Cablevision and CSC Holdings and the notes thereto included in Item 8 of this Report.

|  | Cablevision Systems Corporation Years Ended December 31, | | | | |
|---|---|---|---|---|---|
|  | 2006 | 2005 | 2004 | 2003 | 2002 |
|  | (Dollars in thousands, except per subscriber, per unit and per share data) | | | | |
| **Operating Data:** | | | | | |
| Revenues, net | $5,927,462 | $5,172,478 | $4,632,537 | $4,017,283 | $3,664,365 |
| Operating expenses: | | | | | |
| Technical and operating (excluding depreciation, amortization and impairments shown below) | 2,707,970 | 2,296,908 | 2,191,247 | 1,859,994 | 1,664,441 |
| Selling, general and administrative | 1,480,187 | 1,291,845 | 1,184,682 | 1,093,755 | 900,593 |
| Other operating income | — | — | (95,758) | (4,758) | — |
| Restructuring charges (credits) | (3,484) | (537) | (835) | 10,725 | 74,091 |
| Depreciation and amortization (including impairments) | 1,128,813 | 1,083,643 | 1,138,675 | 1,042,496 | 862,671 |
| Operating income | 613,976 | 500,619 | 214,526 | 15,071 | 162,569 |
| Other income (expense): | | | | | |
| Interest expense, net | (891,015) | (748,078) | (712,708) | (604,802) | (485,316) |
| Equity in net income (loss) of affiliates | 6,698 | 3,219 | (12,997) | 428,753 | (41,691) |
| Gain (loss) on sale of cable assets and programming and affiliate interests, net | — | 64,968 | 2,232 | (13,644) | — |
| Gain (loss) on investments, net | 290,052 | (138,312) | 134,598 | 235,857 | (881,394) |
| Write—off of deferred financing costs | (14,083) | — | (18,961) | (388) | (6,931) |
| Gain (loss) on derivative contracts, net | (253,712) | 119,180 | (165,305) | (208,323) | 924,037 |
| Loss on extinguishment of debt | (13,125) | — | (78,571) | — | (17,237) |
| Minority interests | (8,894) | (5,471) | (50,307) | (116,777) | (201,853) |
| Miscellaneous, net | 2,837 | 651 | 63 | 3,726 | (5,644) |
| Loss from continuing operations before income taxes | (267,266) | (203,224) | (687,430) | (260,527) | (553,460) |
| Income tax benefit (expense) | 134,217 | 75,691 | 201,397 | (23,534) | 77,100 |
| Loss from continuing operations | (133,049) | (127,533) | (486,033) | (284,061) | (476,360) |
| Income (loss) from discontinued operations, net of taxes | 7,446 | 216,853 | (185,476) | (22,351) | 572,422 |
| Income (loss) before extraordinary item | (125,603) | 89,320 | (671,509) | (306,412) | 96,062 |
| Extraordinary loss on investment, net of taxes | — | — | (7,436) | — | — |
| Income (loss) before cumulative effect of a change in accounting principle | (125,603) | 89,320 | (678,945) | (306,412) | 96,062 |
| Cumulative effect of a change in accounting principle, net of taxes | (862) | — | — | — | — |
| Net income (loss) | $ (126,465) | $ 89,320 | $ (678,945) | $ (306,412) | $ 96,062 |

38

deferred carriage fees and which are amortized as a reduction to revenue over the period of the related subscriber guarantee, or to waive or accept lower subscriber fees if certain additional subscribers are provided. We also may help fund the distributors' efforts to market our channels or we may permit distributors to offer limited promotional periods without payment of subscriber fees. As we continue our efforts to add subscribers, our subscriber revenue may be negatively affected by subscriber acquisition fees (deferred carriage), discounted subscriber fees and other payments; however, we believe that these transactions generate a positive return on investment over the contract period. We seek to increase our advertising revenues by increasing the number of minutes of national advertising and by increasing rates for such advertising, but, ultimately, the level of our advertising revenues is directly related to the overall distribution of our programming, penetration of our services, and the popularity (including within desirable demographic groups) of our services as measured by rating services.

The principal goals in this segment are to increase our affiliation fee revenues and our advertising revenues by increasing distribution and penetration of our national services. To do this we must continue to contract for and produce high-quality, attractive programming. Our greatest challenge arises from the increasing concentration of subscribers in the hands of a few cable television systems and DBS operators because of the disparate bargaining power between us and the largest cable television systems and DBS operators. This increased concentration could adversely affect our ability to increase the penetration of our services or even result in decreased penetration. In addition, this concentration gives those operators greater leverage in negotiating the price and other terms of affiliation agreements. Moreover, as a result of this concentration, the potential impact of a loss of any one of our major affiliates would have a significant impact on this segment.

Madison Square Garden

Madison Square Garden which accounted for 14% of our consolidated revenues for the year ended December 31, 2006, consists of professional sports teams (principally the New York Knicks of the National Basketball Association ("NBA") and the New York Rangers of the National Hockey League ("NHL"), along with the Hartford Wolf Pack of the American Hockey League and the New York Liberty of the Women's National Basketball Association), the MSG Networks sports programming business, and an entertainment business. It also operates the Madison Square Garden Arena, Radio City Music Hall, the Hartford Civic Center and Rentschler Field (sports and entertainment venues in Connecticut), and effective January 1, 2007, the Beacon Theater in New York City. Madison Square Garden faces competitive challenges unique to these activities. We derive revenues in this segment primarily from the MSG Networks (see below), the sale of tickets, including luxury box rentals, to sporting and entertainment events, from rental rights fees paid to this segment by promoters that present events at our entertainment venues and the sports teams' share of league-wide distributions of national television rights fees and royalties. We also derive revenue from the sale of advertising at our owned and operated venues, from food, beverage and merchandise sales at these venues and from the licensing of our trademarks. MSG Networks derives its revenues from affiliate fees paid by cable television providers (including our cable television systems), satellite providers that provide video service and sales of advertising. This segment's financial performance is related to the performance of all the teams presented and the attractiveness of its entertainment events.

Our sports teams' financial success is dependent on their ability to generate advertising sales, paid attendance, luxury box rentals, and food, beverage and merchandise sales. To a large extent, the ability of the teams to build excitement among fans, and therefore produce higher revenue streams, depends on the teams' winning performance, which generates regular season and playoff attendance and luxury box rentals, and which also supports increases in prices charged for tickets, luxury box rentals, and advertising placement. Each team's success is dependent on its ability to acquire highly competitive personnel. The governing bodies of the NBA and the NHL have the power and authority to take certain actions that they deem to be in the best interest of their respective leagues, which may not necessarily be consistent with maximizing our professional sports teams' results of operations.

Selling, general and administrative expenses increased $39,851 (12%) for 2006 compared to 2005. The net increase is attributable to the following:

| | |
|---|---:|
| Increase in share-based compensation expenses (includes the effects of adopting Statement No. 123R effective January 1, 2006) | $19,160 |
| Increase in administrative costs, including corporate allocations | 10,421 |
| Increase in expenses relating to Cablevision's long-term incentive plan | 5,341 |
| Net increase in selling, marketing and advertising costs primarily related to marketing and promotional activities | 4,929 |
| | $39,851 |

As a percentage of revenues, selling, general and administrative expenses increased 2% in 2006 compared to 2005.

Depreciation and amortization (including impairments) decreased $6,873 (6%) for 2006 as compared to 2005. The net decrease was comprised of approximately $4,963 resulting from the impairment of certain intangibles during the second quarter of 2005, a decrease of approximately $3,585 attributable to the MetroChannel business, which shut down two of its three channels in the second quarter of 2005, and a decrease of approximately $1,237 due to the transfer of certain intangibles to another operating segment in the second quarter of 2005. Partially offsetting these decreases was an increase of approximately $2,912 resulting primarily from depreciation of new fixed assets.

**Madison Square Garden**

The table below sets forth, for the periods presented, certain historical financial information and the percentage that those items bear to net revenues for Madison Square Garden.

| | Years Ended December 31 | | | | Increase (Decrease) in Operating Income |
|---|---:|---:|---:|---:|---:|
| | 2006 | | 2005 | | |
| | Amount | % of Net Revenues | Amount | % of Net Revenues | |
| Revenues, net | $ 854,040 | 100% | $ 804,395 | 100% | $ 49,645 |
| Technical and operating expenses (excluding depreciation and amortization) | 606,566 | 71 | 518,773 | 64 | (87,793) |
| Selling, general and administrative expenses | 189,310 | 22 | 169,018 | 21 | (20,292) |
| Restructuring charges | — | — | 366 | — | 366 |
| Depreciation and amortization | 60,160 | 7 | 62,834 | 8 | 2,674 |
| Operating income (loss) | $ (1,996) | —% | $ 53,404 | 7% | $ (55,400) |

The dependence of this segment's revenues on its sports teams and Christmas shows generally make it seasonal with a disproportionate share of its revenues and operating income being derived in the fourth quarter of each year.