# Exhibit C



# NATIONAL HOCKEY LEAGUE

## MINUTES OF A SPECIAL MEETING OF THE
## BOARD OF GOVERNORS
## OF THE NATIONAL HOCKEY LEAGUE
## HELD AT THE ST. REGIS HOTEL,
## NEW YORK, NEW YORK,
## ON FRIDAY, JANUARY 21, 1994

A Special Meeting of the Board of Governors of the National Hockey League was held at the St. Regis Hotel, New York, New York, on Friday, January 21, 1994. The Meeting convened at 11:15 a.m. E.S.T. and adjourned at 2:00 p.m. Commissioner Gary B. Bettman presided.

In attendance from the staff were Steve Solomon, Jeffrey Pash, Brian P. Burke, Rick Dudley, John Huston, Jim Gregory and David Zimmerman. Also in attendance was L. Robert Batterman, Esq.

Board Members in attendance were:

| | |
|---|---|
| Anaheim | - Michael Eisner, Tony Tavares, Jack Ferreira and Kevin Gilmore |
| Boston | - Jeremy Jacobs and Harry Sinden |
| Buffalo | - Seymour Knox III, Seymour Knox IV, Gerry Meehan and Bob Swados |
| Calgary | - Harley Hotchkiss and Bill Hay |
| Chicago | - William Wirtz, Michael Wirtz, Bob Pulford and Gene Gozdecki |
| Dallas | - Norman Green and Jim Lites |
| Detroit | - Jim Devellano, Bryan Murray and Atanas Ilitch |
| Edmonton | - Peter Pocklington |
| Florida | - Bill Torrey and Dean Jordan |
| Hartford | - Richard Gordon |
| LA Kings | - Bruce McNall and Roy Mlakar |
| Montreal | - Ron Corey |
| New Jersey | - John McMullen and Lou Lamoriello |
| NY Islanders | - Steve Walsh, Robert Rosenthal, Jack Krumpe, Art McCarthy and Don Maloney |
| NY Rangers | - Stanley Jaffe, Neil Smith and Ken Munoz |
| Ottawa | - Rod Bryden, Randy Sexton and Cyril Leeder |
| Philadelphia | - Russ Farwell and Ron Ryan |
| Pittsburgh | - Howard Baldwin, Craig Patrick, Tom Ruta and Jack Kelley |
| Quebec | - Marcel Aubut and Pierre Page |
| St. Louis | - Mike Shanahan, Jack Quinn and Ron Caron |

Minutes: Board of Governors Meeting
January 21, 1994
Page 2

| | |
|---|---|
| San Jose | - George Gund, Art Savage and Irv Leonard |
| Tampa | - David LeFevre, Mel Lowell and Chris Phillips |
| Toronto | - Steve Stavro, Cliff Fletcher and Brian Bellmore |
| Vancouver | - Pat Quinn and George McPhee |
| Washington | - Richard Patrick and David Poile |
| Winnipeg | - Barry Shenkarow and Bill Davis |

Minutes: Board of Governors Meeting
January 21, 1994
Page 4

8. <u>Licensing.</u>

Commissioner Bettman stated that it is important that the licensing and promotion of the League and all teams be centralized, to the extent possible, in NHL Enterprises. He asked the Board to consider amending the Clubs' licensing rights in that manner, but reserving to the Clubs the right to license solely within a

Minutes: Board of Governors Meeting
January 21, 1994
Page 5

Club's home arenas and a Club's Team stores within 75 miles of its home arena. Mr. Bettman confirmed that existing contracts would be grandfathered during their stated terms, and that the reservation of local rights would continue to exclude jersey or sweater replicas, hockey trading cards and outerwear (exclusive of hats). It was moved by Winnipeg and seconded by Buffalo that the following resolutions be adopted:

> RESOLVED, that each Member Club hereby grants to the League the exclusive worldwide right to use or license its team's trademarks, including the team's logos, symbols, emblems, designs, uniforms (including a picture of a player in the team's uniform) and other identifying indicia (collectively, "Trademarks"):  (i) in connection with the advertising, merchandising, promotion, manufacture, sale and distribution of products and services ("Commercial Purposes") of any nature; and (ii) to promote or generate interest in the NHL and, collectively, its Member Clubs ("Promotional Purposes"), provided that each Member Club retains the non-exclusive right to: (w) perform under its existing local licensing contracts in accordance with their provisions during their defined terms, without permitting (to the extent possible) any renewal or extension thereof unless that agreement is limited in scope consistent with the terms of this Resolution; (x) use, within its home arena and its Team stores located within a 75-mile radius of its home arena, its own Trademarks in connection with the normal operation and promotion of the team and for Commercial Purposes; (y) publish and distribute direct-mail catalogues outside the local territories, provided that 65 percent of the products offered in the direct-mail solicitation are produced by NHLE licensees; and (z) solely for purposes of this Resolution and without effect upon or expansion of a Club's broadcasting rights, use its own Trademarks outside of its home arena for team-specific Promotional Purposes within its local broadcast territory; and provided, further, that the reservation of local rights granted to the Member Clubs in this Resolution excludes jersey or sweater replicas, hockey trading cards and outerwear (exclusive of hats), and provided, further, that a Member Club's rights to use its Trademarks as specified above may in turn be licensed by the Member Club to third parties (e.g., sponsors and licensees) for uses consistent with this Resolution; and be it further

Minutes: Board of Governors Meeting
January 21, 1994
Page 6

> RESOLVED, that the officers of the League and of NHLE are authorized to do such other acts and things, and to execute and cause to be executed in the name and on behalf of each Member Club, the League and NHLE, such other documents or instruments, as any such officer may approve as necessary or desirable in order to carry out and fulfill the full intent and purposes of the above Resolution, including without limitation, amending the U.S. and Canadian License Agreements and Marketing Agreements, that officer's action, execution and/or delivery to be conclusive evidence of such approval and of the approval and authorization of the Board of Governors and each of the Member Clubs.

The motion carried 24 to 2 (with Dallas and Florida voting no).

Commissioner Bettman also stated that Club-specific opportunities would be considered and, if necessary and appropriate, the League would grant to a Club the rights necessary to license Club-specific products.