# Exhibit I



**William L. Daly** | Deputy Commissioner

June 19, 2006

Steve Mills
President and COO
MSG Sports
Madison Square Garden
Two Pennsylvania Plaza
New York, NY 10121-0091

Dear Steve:

This is in response to your letter to Commissioner Bettman dated June 14, 2006, which has been forwarded to me for response.

We do not understand or share the concerns asserted in your letter, and hopefully, we will be able to allay any such concerns at the meeting we have scheduled for tomorrow, June 20, at 10:00 a.m.

Further, we do not intend to acquiesce to your request that the Enterprises resolution and the New Media Committee's report and recommendations be removed from the June 21 Board Meeting Agenda. As you know, Article 5.10 of the NHL Constitution formally vests in the Commissioner the exclusive authority to "formulate the agendas and notices of and preside at all meetings of the League." In this case, the agenda for the Board Meeting was formulated with the input and approval of the Executive Committee of the Board of Governors. Contrary to the assertion in your letter, we believe that it would be "wrong" for the Commissioner to abdicate this authority pursuant to a request of only one of 30 Member Clubs, and especially in light of the significant advance notice that all Clubs received regarding the fact that both these matters would be addressed at our June Board Meeting.

We look forward to discussing these matters further with you tomorrow.

Sincerely,

William L. Daly

WLD/ac

cc: Gary Bettman
    Shep Goldfein

**National Hockey League**

1251 Avenue of the Americas, New York, NY 10020-1192 | 212.789.2120 | Fax: 212.789.2030