# Exhibit K



"Richard Peddie"
<RPeddie@mapleleafsports.co
m>

08/22/2007 09:41 AM

To  <KRitter@nhl.com>

cc

bcc

Subject  RE: Very good meeting yesterday

Keith I could have gone into much more detail. I am very pumped about
the entire digital thing and encouraging our people to be very
aggressive and very creative. We can be your sandbox to test ideas for
the entire league. And when they succeed we can help you sell them to
the rest of the league.  Our demographics are fine with the Leafs but
they are younger on both TFC and the Raptors. This worries me longer
term. I believe that the Leafs and the NHL need to appeal to the younger
demo through technology.

Richard

-----Original Message-----
From: KRitter@nhl.com [mailto:KRitter@nhl.com]
Sent: Wednesday, August 22, 2007 9:37 AM
To: Richard Peddie
Subject: Re: Very good meeting yesterday

That means a lot - thanks very much.  It's made a lot easier by the
great folks you have on your team supporting the effort.

Keith Ritter
President, NHL ICE
Senior VP, Business Development
The National Hockey League

212-789-2134

"Richard Peddie"

<RPeddie@maplelea

fsports.com>

To
                    <gbb602@nhl.com>,
<bdaly@nhl.com>,
        08/22/2007 09:28        <kritter@nhl.com>,

        AM              <EHorne@nhl.com>,

                    <jcollins@nhl.com>

cc
                "Tom Anselmi"

<TAnselmi@mapleleafsports.com>,

"Chris Hebb"

<chebb@mapleleafsports.com>

Subject

Very good meeting yesterday

I told some of you individually but wanted all of you to know that we
think the work you are doing in the digital area is really market
leading. It is also a nice blend between the league and the local team.
We promise you that the Leafs will work closely with your teams as we
want to be a leader in this area.

Richard
This message and any attachments are the property of Maple Leaf Sports &
Entertainment Ltd. or its affiliates.
It may be legally privileged and/or confidential and is intended only
for the use of the addressee(s).
No addressee should store, forward, print, copy, or otherwise reproduce
this message in any manner that would allow it to be viewed by any
individual not originally listed as a recipient.
If the reader of this message is not the intended recipient, you are
hereby notified that any unauthorized storage, disclosure,
dissemination, distribution, copying or the taking of any action in
reliance on the information herein is strictly prohibited.

If you have received this communication in error, please immediately
notify the sender and delete this message.

This message and any attachments are the property of Maple Leaf Sports & Entertainment Ltd. or its
affiliates.
It may be legally privileged and/or confidential and is intended only for the use of the addressee(s).
No addressee should store, forward, print, copy, or otherwise reproduce this message in any manner
that would allow it to be viewed by any individual not originally listed as a recipient.
If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized

storage, disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is strictly prohibited.

If you have received this communication in error, please immediately notify the sender and delete this message.