# Exhibit L



# MEMORANDUM

July 5, 2001

TO: NHL GOVERNORS
NHL ALTERNATE GOVERNORS

FROM: BILL DALY

RE: <u>NHL INTERNET REGULATIONS</u>

As you may recall, the current NHL Internet Regulations were delivered to all of the Clubs by Jon Litner on October 25, 2000. A copy of the Regulations, with Jon's covering memorandum, are attached for your ready reference.

Although the great majority of the Clubs have consistently complied with the letter and spirit of the Regulations since they became effective, it has come to our attention that a small number of Clubs have occasionally disregarded the Rules. Appropriate disciplinary action has been taken to deal with those situations, including the imposition of fines. The purpose of this memorandum is to insure that all Clubs have notice of the procedures which will apply in the future if the League's Internet Regulations are violated.

Immediately following notification of an alleged violation, the League office will conduct a thorough, but expeditious, investigation of the circumstances. The investigation will include correspondence with the involved Club(s) and any other parties which may have relevant information. Promptly following the conclusion of the investigation, the Commissioner or his designee will determine whether a violation has occurred and, if appropriate, corrective action will be taken and/or a penalty will be imposed. Although exceptional circumstances may dictate exceptional remedies, please be advised that Clubs who are found to have violated the Internet Regulations will be fined a minimum amount of $10,000 for their first offense. Repeat violations of the Regulations (regardless of whether the provision being violated is the same or different) will automatically result in fines of significantly greater amounts.

It is essential that all Clubs comply with the prescriptions of the Internet Regulations not only to ensure that the NHL online network grows and prospers consistent with the objectives approved by the Board of Governors last year, but also as a basic matter of fairness to the great majority of Clubs who comply with the rules on a regular basis.  Consequently, the Regulations will be vigorously enforced by the League for the benefit of all Member Clubs.

If you should have any questions concerning this Memorandum or the Internet Regulations, please feel free to contact Keith Ritter, Scott Carmichael, or me.


cc: Gary Bettman
    Scott Carmichael
    Ed Horne
    Jon Litner
    Doug Perlman
    Keith Ritter
    Richard Zahnd
    NHL Chief Marketing Officers
    NHL Team Counsel