# Exhibit A



# MEMORANDUM

**To:**    Club Presidents

**From:**    Bill Daly and Doug Perlman

**Date:**    January 24, 2006

**Subject:**    New Media Survey

At the direction of the Executive Committee, the League Office is reviewing the League's new media businesses in an effort to develop a comprehensive plan to maximize revenue and exposure for the League and the Clubs. As part of this process, we are surveying the Clubs to help us better understand the Clubs' new media operations.

Please complete the attached survey and return it as indicated below. While the League Office already has some of this information, it is important to our efforts that you answer each question as fully as possible so that we may confirm that our information is current. PLEASE FAX YOUR COMPLETED SURVEYS BY FRIDAY, FEBRUARY 3, TO KEITH RITTER AT 212-789-2040.

We know you have experience and thoughts that will be helpful in this process, and we're seeking your assistance in the developing of our long-term strategy. Thank you in advance. If you have any questions regarding the survey, please contact Keith Ritter at 212-789-2134.

attachment

cc: Gary Bettman, Peter DelGiacco, Keith Ritter

Club New Media Survey

Club: _____

I.  New Media Resources

A.  Internal Staffing

1.  Please list the total number of employees ("full time equivalents") who work on your organization's New Media business: _____

2.  Please provide further detail on these employees by completing the chart on the next page.  Please use the following guidelines when completing the chart:

a.  Employees dedicated exclusively to the Club's New Media business should be entered separately (i.e., listed on a separate line) from employees who are also allocated to other businesses at your organization.  Please refer to the shaded example provided below.

b.  Under "New Media Area," please list employees by the following four categories:

i.   content production (website, wireless, etc.)
ii.  technical support
iii. business (ad sales, etc.)
iv.  other

| Number of Employees | Job Title | Job Description | New Media Area | % Allocation to New Media Business | Allocation to Other Business |
|---|---|---|---|---|---|
| 2 | Producer | Publishes website content | Content Production | 100% | n.a. |
| 1 | Producer | Publishes website content | Content Production | 50% | NBA team website |
| 1 | Director, Sponsorships | Website sponsorship and ad sales | Business | 20% | Club sponsorships; NBA team sponsorships; NBA team New Media sponsorships and ad sales |

1 of 11

| Number of Employees | Job Title | Job Description | New Media Area | % Allocation to New Media Business | Allocation to Other Business |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Club New Media Survey - 1-24-06
4/3/2006 4:23 PM

B.  External Support

    1.  If you use any outside companies to produce or provide technical support for your website, for each provider please list below, and if needed, on the next page the following information:

        a.  Name of provider

        b.  Service or support provided

        c.  Length of agreement

        d.  Expiration date of agreement

        e.  Annual fees to be paid to provider

            i.  For any barter arrangement, please describe the consideration or value the Club is giving to the provider

3 of 11

I.B.1 [continued] (Description of outside service or support arrangements)

II.     Revenue

A.  Please list the annual revenue your Club's New Media business derives from the areas below.  For New Media operations that support multiple properties (e.g., NHL Club and NBA team), please list only the revenue allocated to the Club.  Please also list for each area the three largest sources of revenue and the percentage of that area's revenue (e.g., Coke sponsorship deal, 50%). (Specify US$ or CA$)

1.  Direct sponsorship of your website or other digital areas:  $ _____

   a._____, _____%
   b._____, _____%
   c._____, _____%

2.  Sponsorship allocations from broader Club sponsorship deals: $ _____

   a._____, _____%
   b._____, _____%
   c._____, _____%

3.  Advertising (banner sales, etc.): $ _____

   a._____, _____%
   b._____, _____%
   c._____, _____%

4.  Subscriptions (pay sites, etc.): $ _____

   a._____, _____%
   b._____, _____%
   c._____, _____%

5.  Fees received from ticket service providers for sales of tickets online (do not include face value of ticket): $ _____

   a._____, _____%
   b._____, _____%
   c._____, _____%

6.  Mailing list rental: $ _____

   a._____, _____%
   b._____, _____%
   c._____, _____%

7. Other revenue from New Media rights: $_____

    a._____, _____%
    b._____, _____%
    c._____, _____%

## III. Expenses

A. Please list the annual expenses your New Media business incurs from the areas below. For New Media operations that support multiple properties (e.g., NHL Club and NBA team), please list only the expenses allocated to the Club. (Specify US$ or CA$)

1. Total staff salaries for personnel (include only allocations to the Club's New Media business): $_____

2. New Media technical costs, programming costs and marketing expenses in each of the following areas, as divided between internal (e.g., purchased equipment) and external expenses (e.g., payments to third parties):

    a. Hardware:
       i. internal expenses: $_____
      ii. external expenses: $_____

    b. Hosting:
       i. internal expenses: $_____
      ii. external expenses: $_____

    c. Bandwith:
       i. internal expenses: $_____
      ii. external expenses: $_____

    d. Website development:
       i. internal expenses: $_____
      ii. external expenses: $_____

    e. Hardware maintenance:
       i. internal expenses: $_____
      ii. external expenses: $_____

f.   Editorial and programming costs (e.g., purchase of content, video editing):
  i.   internal expenses: $_____
  ii.  external expenses: $_____

g.   Sales and marketing expenses for website (e.g., ad serving, sales commissions, prizes):
  i.   internal expenses: $_____
  ii.  external expenses: $_____

h.   Other expenses:
  i.   internal expenses: $_____
  ii.  external expenses: $_____

B.  Please list the publishing tool set you use: _____

  1.  Did you purchase it? (Yes/No) _____

    a.  If "Yes," please list the vendor: _____
      i.   Please list the date of purchase: _____

  2.  Did you develop it in-house? (Yes/No) _____

**NOTE:  Please attach a pro forma budget for your Club's New Media business, if you have one.**

IV. Relationship of Club's New Media Business to Other Club Businesses

  A.  What percentage of your broader Club sponsorships includes an online component?   _____%

  1.  How are online rights generally valued in each of these deals? (e.g., allocation after the fact, specific valuation, value added) (Describe)

  B.  Please provide a brief statement of your Club's view of the web and other digital businesses (e.g., it is a revenue driver for other areas of the business, it is a marketing expense, it is a profit center):

V. Club Database

A.  Please list the total number of names contained in the Club's database: _____

B.  Of these names, please list the percentage that is attributable to each of the following sources:

    1.  Season tickets: _____%

    2.  League's database _____%

    3.  Newsletter signups _____%

    4.  Site registration _____%

    5.  Team ticket partner (Ticketmaster, etc.) _____%

    6.  Other: _____%

        a.  Please specify these other sources: (Describe)

B.  Have all the names in your database "opted-in" or otherwise given you permission to contact them? (Yes/No) _____

C.  Have all the names in your database been "scrubbed" (i.e., checked for duplicates)? (Yes/No) _____

D.  Please list the number of times per year that you use your database for each of the following purposes, and indicate the type of communication or contact (e.g., email, direct mailing):

    1.  Newsletter: _____

        a.  Type of contact: _____

    2.  Hockey ticket offers: _____

        a.  Type of contact: _____

    3.  Event ticket offers (building): _____

        a.  Type of contact: _____

4. Other ticket offers (affiliates): _____

    a. Type of contact: _____

5. List rental and other revenue generators: _____

    a. Type of contact: _____

6. Other: _____

    a. Please specify: _____
    b. Type of contact: _____

D. Do you employ a CRM system? (Yes/No) _____

    a. If "Yes," please specify which CRM system and for how long you have used it:

        i. System: _____

        ii. Length of use: _____

    b. Please list the 3 most important benefits you consider you receive from your use of the CRM system (e.g., increase in ticket sales):

        i. _____

        ii. _____

        iii. _____

    c. Please share any additional thoughts, either positive or negative, on your CRM experience. (Describe)

VI. Traffic and Other Website Operations

    A.  Please list the number of unique visitors in your Club network: _____

    B.  Please list the number of page views generated monthly: _____

    C.  If you have such functionality enabled on your site, please list your search provider: _____

        1.  Do you generate search queries? (Yes/No) _____

    D.  Please list the number of ad impressions generated monthly: _____

    E.  Please list the number of ad units offered on the Club's home page: _____

        1.  Please indicate how much unsold inventory remains on the Club's website (as of the date of this survey):

    G.  Please list the media player you use to stream video: _____

    H.  Is your content meta tagged? (Yes/No) _____

        1.  If "Yes," is your content showing up in search engines? (Yes/No) _____

    I.  In promoting your site, are you buying search terms? (Yes/No) _____

        1.  If "Yes," please indicate which search terms you are buying: _____

        2.  If "Yes," are you buying search terms for the purpose of driving traffic to your website? (Yes/No) _____

        3.  If "No," for what other purposes are you buying these terms? _____

    J.  Please describe the status of any podcasting infrastructure your Club employs. (Describe)

VII.  Miscellaneous

A.  Please share any additional thoughts about your Club's website and other digital businesses, as well as opportunities for the League as a whole:

B.  Please provide the name and contact information for the person at your Club with whom we should follow up regarding this survey if we are seeking more information:  _____

11 of 11