Exhibit C

Club New Media Survey

Club: NEW YORK RANGERS

I.  New Media Resources

   A.  Internal Staffing

      1.  Please list the total number of employees ("full time equivalents") who work on your organization's New Media business: **1**

      2.  Please provide further detail on these employees by completing the chart on the next page.  Please use the following guidelines when completing the chart:

         a.  Employees dedicated exclusively to the Club's New Media business should be entered separately (i.e., listed on a separate line) from employees who are also allocated to other businesses at your organization.  Please refer to the shaded example provided below.

         b.  Under "New Media Area," please list employees by the following four categories:

            i.   content production (website, wireless, etc.)
            ii.  technical support
            iii. business (ad sales, etc.)
            iv.  other

| Number of Employees | Job Title | Job Description | New Media Area | % Allocation to New Media Business | Allocation to Other Business |
|---|---|---|---|---|---|
| 2 | Producer | Publishes website content | Content Production | 100% | n.a. |
| 1 | Producer | Publishes website content | Content Production | 50% | NBA team website |
| 1 | Director, Sponsorships | Website sponsorship and ad sales | Business | 20% | Club sponsorships; NBA team sponsorships; NBA team New Media sponsorships and ad sales |

1 of 11

| Number of Employees | Job Title | Job Description | New Media Area | % Allocation to New Media Business | Allocation to Other Business |
|---|---|---|---|---|---|
| 1 | Manager, Internet Mktg. & Development | Publishes website content; programs site; helps others in marketing staff pursue online initiatives, including fan development, contests, etc. | Content production; content planning | 100% | n.a. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

B. External Support

1. If you use any outside companies to produce or provide technical support for your website, for each provider please list below, and if needed, on the next page the following information:

   a. Name of provider – **NotchTurner New Media Communications** √

   b. Service or support provided – Web hosting, Web content and banner design, Web development; full technical support

   c. Length of agreement – **Two years**

   d. Expiration date of agreement – **April 30, 2006**

   e. Annual fees to be paid to provider -- **$24,000 annual for hosting; $108,000 annual for service and support**

3 of 11

I.B.1 [continued] (Description of outside service or support arrangements)

NotchTurner New Media Communications handles all technical aspects of the New York Rangers web site, including development of our content management tool and design of all HTML forms, Flash elements, photo galleries and in-house advertising banners that appear on the site. NotchTurner also designs templates for e-mail marketing efforts, provides hosting services and offers 24-7 technical support. A full-time NotchTurner employee is assigned to the Rangers to answer all technical questions and also help with publishing of content on the site. The NotchTurner employee takes direction from the Rangers' internet marketing manager.

4 of 11

II.    Revenue

A. Please list the annual revenue your Club's New Media business derives from the areas below.  For New Media operations that support multiple properties (e.g., NHL Club and NBA team), please list only the revenue allocated to the Club.  Please also list for each area the three largest sources of revenue and the percentage of that area's revenue (e.g., Coke sponsorship deal, 50%). (Specify US$ or CA$)

1.  Direct sponsorship of your website or other digital areas:  **$0**

   a. Team-wide sponsorships, **n/a**
   b. Contests, third-party direct marketing efforts, **n/a**
   c._____, \_\_\_\_\_%

2.  Sponsorship allocations from broader Club sponsorship deals:  **$100,000 in typical season ($50,000 in 2005-06)**

   a. Team-wide sponsorships, **75%**
   b. Contests, third-party direct marketing efforts, **25%**
   c._____, \_\_\_\_\_%

3.  Advertising (banner sales, etc.):  **$0**

   a._____, \_\_\_\_\_%
   b._____, \_\_\_\_\_%
   c._____, \_\_\_\_\_%

4.  Subscriptions (pay sites, etc.):  **$0**

   a._____, \_\_\_\_\_%
   b._____, \_\_\_\_\_%
   c._____, \_\_\_\_\_%

5.  Fees received from ticket service providers for sales of tickets online (do not include face value of ticket):  **$0**

   a._____, \_\_\_\_\_%
   b._____, \_\_\_\_\_%
   c._____, \_\_\_\_\_%

6.  Mailing list rental:  **$0**

   a._____, \_\_\_\_\_%
   b._____, \_\_\_\_\_%
   c._____, \_\_\_\_\_%

7.  Other revenue from New Media rights: **$0**

    a._____, _____%
    b._____, _____%
    c._____, _____%

## III. Expenses

A.  Please list the annual expenses your New Media business incurs from the areas below.  For New Media operations that support multiple properties (e.g., NHL Club and NBA team), please list only the expenses allocated to the Club. (Specify US$ or CA$)

1.  Total staff salaries for personnel (include only allocations to the Club's New Media business): **$70,000**

2.  New Media technical costs, programming costs and marketing expenses in each of the following areas, as divided between internal (e.g., purchased equipment) and external expenses (e.g., payments to third parties):

    a.  Hardware:
        i.  internal expenses: **$0**
        ii. external expenses: **$0**

    b.  Hosting:
        i.  internal expenses: **$0**
        ii. external expenses: **$24,000**

    c.  Bandwith:
        i.  internal expenses: **$0**
        ii. external expenses: **$0**

    d.  Website development:
        i.  internal expenses: **$0**
        ii. external expenses: **$108,000**

    e.  Hardware maintenance:
        i.  internal expenses: **$0**
        ii. external expenses: **$0**

    f.  Editorial and programming costs (e.g., purchase of content, video editing):
        i.  internal expenses: $0
       ii.  external expenses: **$3,000**

    g.  Sales and marketing expenses for website (e.g., ad serving, sales commissions, prizes):
        i.  internal expenses: **$0**
       ii.  external expenses: **$0**

    h.  Other expenses:
        i.  internal expenses: **$0**
       ii.  external expenses: **$0**

B.  Please list the publishing tool set you use:  **Licensed content management tool**

    1.  Did you purchase it? (Yes/No) **No (licensed)**

        a.  If "Yes," please list the vendor: **NotchTurner New Media Communications**
           i.  Please list the date of purchase: _____

    2.  Did you develop it in-house? (Yes/No)  No

**NOTE:  Please attach a pro forma budget for your Club's New Media business, if you have one.**

IV. Relationship of Club's New Media Business to Other Club Businesses

  A.  What percentage of your broader Club sponsorships includes an online component? **30%**

    1.  How are online rights generally valued in each of these deals? (e.g., allocation after the fact, specific valuation, value added) (Describe)

      **The vast majority of web-related sponsorship activities are presented to the client as a value add in order to close the deal. Clients have not as of yet requested sponsorships that are limited to new media activity.**

  B.  Please provide a brief statement of your Club's view of the web and other digital businesses (e.g., it is a revenue driver for other areas of the business, it is a marketing expense, it is a profit center):

**The web business has always been viewed a revenue driver for other areas of the business. This continues to be the case in terms of using the web site to promote youth hockey clinics, ticket sales, and helping to close sponsorship deals by offering branding and leads through our website. The Rangers also use the web to heavily promote our charitable activities in the community, both in terms of notifying our opt-in subscribers about these events and reporting on them after the fact.**

V.  Club Database

    A.  Please list the total number of names contained in the Club's database: **prefer not to disclose**

    B.  Of these names, please list the percentage that is attributable to each of the following sources:

        1.  Season tickets:  _____%

        2.  League's database  _____%

        3.  Newsletter signups  _____%

        4.  Site registration  _____%

        5.  Team ticket partner (Ticketmaster, etc.)  _____%

        6.  Other:  _____%

            a.  Please specify these other sources: (Describe)

    B.  Have all the names in your database "opted-in" or otherwise given you permission to contact them? (Yes/No) **Yes**

    C.  Have all the names in your database been "scrubbed" (i.e., checked for duplicates)? (Yes/No) **Yes**

    D.  Please list the number of times per year that you use your database for each of the following purposes, and indicate the type of communication or contact (e.g., email, direct mailing):

        1.  Newsletter: **20**

            a.  Type of contact: **Major content and contest promos**

8 of 11

2. Hockey ticket offers: **15**

   a. Type of contact: **Sent to various segments of opt-in list and season subscribers**

3. Event ticket offers (building): **10**

   a. Type of contact: **Sent to opt-in list_to promote NBA Knicks, college basketball, concerts, etc.**

4. Other ticket offers (affiliates): **10**

    a. Type of contact: **Radio City Music Hall events**

5. List rental and other revenue generators: **0**

    a. Type of contact: _____

6. Other: Targeted portions of database receive up to 100 total e-mails per year

    a. Please specify: **Opt-ins for: Kids' Club, press releases, game notes**
    b. Type of contact: **News and information**

D. Do you employ a CRM system? (Yes/No) **Yes**
    a. If "Yes," please specify which CRM system and for how long you have used it:

        i. System: **Smart DM**

        ii. Length of use: **1 year**

    b. Please list the 3 most important benefits you consider you receive from your use of the CRM system (e.g., increase in ticket sales):

    **i. Ability to target specific ticket holders/segmentation for targeting audience using demographics for research purposes, such as focus gropu recruitment**

    **ii. Seamless back-end management of opt-in lists**

    **iii. Reporting functionality with respect to open rates, click-throughs**

    c. Please share any additional thoughts, either positive or negative, on your CRM experience. (Describe)

**SmartDM's CRM has been a very positive feature for the New York Rangers. It has allowed us to merge our Ticketmaster database with our opt-in database, enabling us to send targeted offers to people holding tickets to specific games. It is also very strong on the reporting end, enabling us to generate comprehensive lead lists with one click. With this poweful tool, we can reach customers whenever we want and can keep track of the growth of our lists.**

VI. Traffic and Other Website Operations

    A.  Please list the number of unique visitors in your Club network:  **450,000**

    B.  Please list the number of page views generated monthly:  **5.6 million**

    C.  If you have such functionality enabled on your site, please list your search provider:  n/a

        1.  Do you generate search queries? (Yes/No)  No

    D.  Please list the number of ad impressions generated monthly: **n/a (no ad-serving software used)** _

    E.  Please list the number of ad units offered on the Club's home page: **2 (tower banner and _160x240 unit)**

        1.  Please indicate how much unsold inventory remains on the Club's website (as of the date of this survey): **100% (banner sales not part of business model to date)**

    G.  Please list the media player you use to stream video: **Real Player**

    H.  Is your content  meta tagged? (Yes/No) **Yes**

        1.  If "Yes," is your content showing up in search engines? (Yes/No)  **Yes**

    I.  In promoting your site, are you buying search terms? (Yes/No) **No**

        1.  If "Yes," please indicate which search terms you are buying:  __ ___

        2.  If "Yes," are you buying search terms for the purpose of  driving traffic to your website? (Yes/No) _____

        3.  If "No," for what other purposes are you buying these terms? **None**

    J.  Please describe the status of any podcasting infrastructure your Club employs. (Describe)

**Do not offer podcasting yet, although this is planned for 2006-07 season and could be in place by 2006 playoffs (weekly downloadable podcasts)**

VII.   Miscellaneous

   A.  Please share any additional thoughts about your Club's website and other digital businesses, as well as opportunities for the League as a whole:

It is our experience that the league could do a much better job of communicating with individual team sites, particularly when it comes to e-commerce regulations (which have not been formally updated since 2001-02). Also NHL.com could benefit from sending out regular e-mails to the site webmasters notifying them of content they can use on their own sites (assuming this is permitted) and perhaps having group projects that team webmasters can participate in to build a better sense of online community among the 30 clubs. From the perspective of a team site, it seems as if NHL.com is operating in something of a vacuum (as if it were a self-contained news organization) without making much effort to build relationships between the league office and webmasters who are also providing content for the team sites.

We see the potential for growth in our own site, but it would be helpful if NHL.com was sending out a newsletter or something to draw attention to successful initiatives by other teams. This would encourage collaboration, as webmasters who liked one team's idea might seek out their colleagues for advice.

   B.  Please provide the name and contact information for the person at your Club with whom we should follow up regarding this survey if we are seeking more information:

**Dan David, Manager, Internet Marketing and Development (212-465-6443; dan.david@thegarden.com)**

Club New Media Survey - 1-24-06
2/9/2006 1:04 PM