# Exhibit E



# New Media Committee Report
## Overview & Recommendations



- January – February '06 – League Office Conducts Club Survey, Analyzes Marketplace and Opportunities.
- March '06 – Committee of 10 Owners Meets to Discuss Strategy and Formulate Recommendations.
- April – May '06 – Committee Prepares and Distributes Report and Recommendations to the Executive Committee for Discussion.
- June '06 – Executives Committee Reviews and Endorses the Recommendations in the Committee Report.