



- Deliver Quality Content to All Platforms.

- Maximize Revenues.

- Service Existing Fans.

- Cultivate New Fans.

- Capitalize on Emerging and Future Opportunities.

- League Programs and Monetizes NHL.com.

- Clubs Program and Monetize Own Sites Which Include Network Navigation Bar.

- According to the Club Survey:

  - Aggregate of $5.5M in Revenue and $5.8M in Expenses.

  - 66% of Revenue Is Allocated From Broader Deals.

  - 14 Clubs Are Profitable.

  - 4 Clubs Net More Than $150,000 With Top Club at $389,000.

2006 LEAGUE MEETINGS 2006
MONTREAL