

- Consensus Was Current Results Are Suboptimal.
- Discussion Focused on How to Benefit From More Collective Approach While Preserving:
  - Local Voice.
  - Opportunities to Add Value to Sponsor Deals.
  - Tool for Selling Tickets.

- Reviewed Approach of Other Leagues to Determine Best Practices.
- Focused on MLB As Most Intriguing.
- MLB Spent $70m to Establish Entity ("MLBAM") to Exploit All Digital Rights.
- MLBAM Programs and Monetizes MLB.com and All Team Sites.
- Approach Has Generated Significant Revenue and Asset Value but Has Not Been Without Issue.