

- A Major League Must Create Quality Content for All Platforms.

- Current Infrastructure Is Limited.

- Proposed Approach Provides For:

  - Game and Camera Feeds To Be Delivered to Central Facility.

  - Hockey Factory for Creation of Long and Short Form Programming.

- Enables Us to Meet Demand for NHL Content With Consistent Message.

2006 LEAGUE MEETINGS 2006
MONTREAL



- Enhanced Content Results in Increased Traffic Which Generates Incremental Revenue.

- Increased Focus on Advertising Sales.

- Continued Integration With Corporate Marketing.

  - $19 CPM vs. $6 CPM.

LEAGUE MEETINGS 2006
MONTREAL
2006

A. Programming

- NHL.Com and All Club Sites Programmed on Common Technology Platform.

- League Programs Basic Element of Club Sites.

- Clubs Post Local Content of Their Choosing.

- Club Site Template Provides for Club Colors, Logos, Players, Etc.

- Ensures Content Quality, Technical Functionality and Unified Strategic Focus.

2006 LEAGUE MEETINGS 2006
MONTREAL