

B. Selling

- The League Would Have the Ability to Sell Select Inventory Across the Network.

- Clubs Would Protect Two Sponsors and Sell Remaining Inventory to Partners.

- Approach Allows Us to Capitalize on Migration of Ad Dollars to New Media Platforms.

2006 LEAGUE MEETINGS 2006
MONTREAL



- Continued of Integration of League Businesses.
- Organizational Priority to Maximize Digital Revenue.
  - Characterize Revenue As Digital.
  - Corporate Culture of Media Group With Digital Focus.



- Network Would Be a Promotional Platform and Potential Source of Revenue and Asset Value.

- Proposed Arrangement with NHL Network Canada for Access to Canadian Feed Endorsed.

- Pursuing Carriage Discussions with Cable and Satellite Operators.

2006 LEAGUE MEETINGS 2006
MONTREAL

