


# NATIONAL HOCKEY LEAGUE
## OLYMPIC GUIDE 2006



NETWORK | Team Sites ▼ | Affiliate Sites ▼ | NHL Player Sites ▼ | SEARCH [  ] 

**61 RICK ★ NASH** — Columbus Blue Jackets

HOME ★ TICKETS & ARENA ★ TEAM ★ NEWS ★ MULTIMEDIA ★ FANS ★ KIDS & COMMUNITY ★ MY ACCOUNT ★ SHOP

### Gilbert Brule Named WHL Player of the Week

Blue Jackets prospect Gilbert Brule scored 5-5-10 with 2 game-winning goals in 3 games last week to earn the WHL's Player of the Week honors.


© Getty Images

  **1**  2 3 4 5  


**Blue Jackets' Players and Wives Host 'Hockey Fest' Family Carnival**
Sunday, Feb. 26 at Nationwide Arena


**Blue Jackets PeeWee Squad at the Quebec International Tournament**
Update No. 3 - Feb. 16, 2006


**Columbia Gas Blue Jackets European Prospect Report**
Update Feb. 20, 2006

**More Headlines** | Special Features | Events & Promotions

- U.S. Ready to Bust Out
- Latvia Falls; USA Officially Advances To Medal Round
- Women: Canada Claims The Gold
- U.S. Women Take The Bronze
- Team USA Should Advance, Despite Loss
- Olympic Notes


**Stanley's Torino Travels Part IV**

### LAST GAME | STANDINGS

Florida Panthers  3
Columbus Blue Jackets  3

Recap | Boxscore | Shot Chart | Superstats

Columbus' Sergei Fedorov gave up the puck behind the net. Turgeon backhanded a centering pass from the boards to Laperriere. Watch

Game Highlights

### NEXT FIVE GAMES | Home

| WED 3/1 | TH 3/2 | SAT 3/4 | MON 3/6 | WED 3/8 |
|---|---|---|---|---|
| @ BUF 7:00 PM | @ BOS 7:00 PM | vs WAS 7:00 PM | vs FLA 7:00 PM | vs NYR 7:00 PM |
| Tickets | Tickets | Tickets | Tickets | Tickets |




**GET NHL GAMES ON XM RADIO.**
OVER 1,000 NHL GAMES - EVERY TEAM. ALL YEAR LONG.
PLUS, THE ONLY 24/7 HOCKEY CHANNEL
▶ SPECIAL OFFERS


**HOCKEY FEST**
HOSTED BY THE BLUE JACKETS PLAYERS AND WIVES TO BENEFIT THE COLUMBUS BLUE JACKETS FOUNDATION
**SUNDAY, FEBRUARY 26  1PM - 6PM**
FLOOR OF NATIONWIDE ARENA
- Carnival Games hosted by Blue Jackets Players
- Penalty Box Photos
- Live Broadcast of the Men's Hockey Gold Medal Game on NBC 4
- Locker Room Tours
- Silent/Live Auctions

**$10 general admission ($15 AT DOOR)**
(3 AND UNDER ARE FREE)
BOOTH TICKETS REQUIRED FOR CERTAIN ATTRACTIONS
**$200 EXCLUSIVE VIP PACKAGE**
Click Here

**WEEKLY POLL**
Sponsored by BUD LIGHT
Vote for the January Stanley Steemer Save of the Month
○ Pascal Leclaire #1 at COL on Jan. 7
○ Pascal Leclaire #2 at COL on Jan. 7
○ Marc Denis at TB on Jan. 13
○ Marc Denis vs. STL on Jan. 20
○ Marc Denis vs. VAN on Jan. 24
**VOTE**


PEPSI · diet PEPSI · PEPSI ONE 1 CALORIE

© 2000-2006 The Columbus Blue Jackets.
All Rights Reserved. Site powered by
The National Hockey League.

Please use the feedback form if you have any recommendations or comments.

  

DESTROYERS | THE BLUELINE The Official team store of the Blue Jackets. | Nationwide Arena | Dispatch ICE HAUS

