NETWORK:
- Team Sites
- Affiliate Sites
- NHL Player Sites

GAMEDAY auction

## Unique Collectibles!

# CarolinaHurricanes.com
### 2006 Stanley Cup Champions
powered by **lenovo**

TICKETS | TEAM | SCHEDULE | STATS | NEWS | MULTIMEDIA | FAN ZONE | COMMUNITY | SHOP | Search



**CANES WIN BACK-TO-BACK GAMES AT HOME**
COLE, WILLIAMS, WHITNEY EACH SCORE GOALS, STAAL TALLIES TWO
The Carolina Hurricanes wrap up a three-game home stand by beating the Boston Bruins 5-2. Erik Cole scored his 11th goal of the season, unassisted, at 5:56 in the first. Recording an assist on Williams' breakaway goal at 18:56 in the second period, Captian Rod Brind'Amour moves to second in the league in points. ...More

1 2 3 4 5

### CANES IN DEPTH

The Carolina Hurricanes announced that the team will honor. ...more
- Carolina Hurricanes at Boston Bruins
- Carolina Hurricanes at Boston Bruins

The Carolina Hurricanes announced that the team will honor. ...more
- Carolina Hurricanes at Boston Bruins
- Carolina Hurricanes at Boston Bruins
- Carolina Hurricanes at Boston Bruins

### NEWS
- Kings outlast Devils in SO
- Isles' Yashin out 2-4 weeks
- Sharks' Michalek put on IR
- Yawney replaced in Chicago
- Bruins recall Toivonen
- Clarke returns as Flyers' VP

### TICKETING INFORMATION
| General Ticket Info | Ticket Exchange |
| My Account Manager | Group Sales |
| Ticket Specials | Individual Tickets |

**SEASON SUBSCRIBER**
Account ID or Email
Password
Submit
Forgot your password?

### PROMOTIONS
**EDUCATOR OF THE GAME**
Caniacs, now's your chance to nominate your favorite teacher, professor, teacher's assistant or coach for the Carolina Hurricanes/North Carolina Education Lottery's Educator of the Game contest!

Each game, we'll select a North Carolina educator who will win a pair of tickets (valued at $125) for an exciting Carolina Hurricanes regular-season matchup!
Enter Here!



### SHOP

Men's Apparel — CLICK HERE

Carolina Hurricanes 2006 Stanley Cup Champions — Shop Now!

**BUY CANES GEAR!**

### NEXT GAME | LAST GAME
GAME IN PROGRESS
Carolina at St. Louis
**Thursday November 24, 2007 7:30 PM ET**
Home: FSF (HD), Radio (WMP) Listen Now!
Buy Tickets | Preview

| THU NOV 24, 2006 | 1 | 2 | 3 | T |
|---|---|---|---|---|
| Carolina | 1 | 0 | 0 | 0 |
| St. Louis | 0 | 0 | 0 | 0 |

**UPCOMING HOME GAMES:**
12/02 Tickets | 12/06 Tickets | 12/16 Tickets

**BUY TICKETS**

### HURRICANES TV
SPONSORED BY | GAME HIGHLIGHTS | FEATURED VIDEO


(((XM)))
BEYOND AM. BEYOND FM. XM
ONLY **$12.95** A MONTH
GET XM TODAY ▸

| SCHEDULE | STANDINGS | STATS |


December 2006
Home / Away


BUD LIGHT — OFFICIAL BEER SPONSOR


NORTH CAROLINA

### WEEKLY POLL
Presented By:
**TERMIDOR** — AMERICA'S #1 TERMITE DEFENSE

Which Hurricanes player will lead the team in plus/minus rating this season?
- Cole
- Wesley
- Brind'Amour
- Hedican
- Staal

Submit
Chat About It


**Pop Quiz:**


CANES






Ottawa BOGO! SENATORS TUE. 11/28 | MONTREAL CANADIENS THUR. 11/30 | NOVEMBER 27th-28th (BOX OFFICE) GOODWILL ITEMS CLOTHING DRIVE — Bring Gently Used Winter Items and Receive a Buy One Get One Free Voucher For 11/28
STANLEY CUP CHAMPIONS — CarolinaHurricanes.com — TICKETS AS LOW AS $10.29

FAN1 NORTH CAROLINA LICENSE PLATES ARE HERE! | KIDS 'N COMMUNITY FOUNDATION | GET IN THE GAME | Spotlight.com |  RBC Center