


## FAN ZONE

### BLUE LAND BLOG

**Welcome to the Blueland Blog!**
This is where you can come to read analysis and commentary on the Thrashers as well as topics around the league. All throughout the season, the Blueland Blog will be your source for Thrashers news and information. Make sure you check back on game days for game previews. Feedback, comments and questions can be sent to thrashers.mailbag@atlantaspirit.com.

### SPECIAL FEATURES
- All-Time Stats
- Season Recaps
- Draft History
- Alumni
- Alumni in Ca
- Fan Photo
- Kids Club

### WALLPAPERS
Download some cool Thrashers wallpapers right on to your computer desktop!



### CHAT

Cahat with Assistant Coach Steve Weeks @ 6pm

**Previous Chats:** Eric Boulton Left Wing
Fred Brathwaite Goaltender
Dave Caruso Goaltender
Greg deVries Right Defenseman

### PODCAST
Listen to Coach Bob Hartley Post-Game Press Conf/After every Thrashers home game, click here for post-game audio from Head Coach Bob Hartley.

### LOCAL HOCKEY INFO
- School Programs
- Thrashers Foundation
- Policies and Requests
- Player Programs
- Team Events
- Awards
- Hockey Is For EVERYONE






© 2000-2006 All Rights Reserved. Site powered by The National Hockey League. Please use the feedback form if you have any recommendations or comments.