**Unique Collectibles!**  BUY TICKETS DIRECT FROM SEASON SEAT HOLDERS

NHL NETWORK | Search | Team Sites▼ | Affiliate Sites▼ | NHL Player Sites▼



CANUCKS.COM — CANADA'S GAME VANCOUVER'S CANUCKS — #19 LW MARKUS NASLUND

Tickets | Schedule | The Team | News | Multimedia | Fan Zone | Community | General Info | Shop



**COMING DOWN THE STRETCH**
With just 23 games left in the regular season and the Olympic break now over, it's time to look at where the Canucks are and how they have fared.

 1 2 3 4 5

**NHL HEADLINES**
- U.S. Ready to Bust Out
- Latvia Falls; USA Officially Advances To Medal Round
- Women: Canada Claims The Gold
- U.S. Women Take The Bronze
- Team USA Should Advance, Despite Loss
- Olympic Notes

**TEAM NEWS**
- Canucks Introduce Mitchell & Luongo To Media
- Canucks Ship Cloutier To Kings For Picks
- Scott Arniel Named Head Coach Of Moose
- Canucks Add Willie Mitchell In Free Agency
- Twins Talk About Their New Contracts

**LOCAL EVENTS**

 **2006 NHL ENTRY DRAFT**
The Vancouver Canucks had five picks in the 2006 NHL Entry Draft held Saturday at General Motors Place ...more

**PLAYER PROFILE**
 **Roberto Luongo**
Number: 1
Position: Goaltender
Catches: Left
Height: 6'3"
Weight: 205 lbs
Born: Montreal, PQ
Date: April 4, 1979
The newest member of the Vancouver Canucks was introduced to the rabid media at General Motors Place on Tuesday ...more

**BLOG CENTRAL**
Players, Celebs, Experts, Fans, and more  Go
**Daniel Sedin:**
Daniel Sedin talks about what this new contract means to him and his family ...more

**NEWSLETTER**
 The Inside Edge gives you exclusive access to Canucks contests, special offers, breaking news and much, much more... delivered right to your email inbox! **Sign up NOW!**

**CANUCKS TV**
SPONSORED BY | HIGHLIGHTS | VIDEO

16 TEAMS ENDURE AN INTENSE JOURNEY TO REACH ONE LEGENDARY TROPHY.
CLICK HERE TO VISIT OLNTV.COM

NHL STANLEY CUP PLAYOFFS — WE BELIEVE IN HOCKEY — OLN

**SCHEDULE | STANDINGS | STATS**
Please select a date below for more information
< November-December 2006 >

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 11/28 | 11/29 | 11/30 | 12/01 | 12/02 | 12/03 | 12/04 |
| Tickets | | Tickets | | Tickets | | Tickets |
| 12/05 | 12/06 | 12/07 | 12/08 | 12/09 | 12/10 | 12/11 |
| | Tickets | Tickets | | Tickets | Tickets | |
| 12/12 | 12/13 | 12/14 | 12/15 | 12/16 | 12/17 | 12/18 |
| Tickets | | Tickets | | Tickets | | Tickets |

■ Home   ■ Away

**TEAM STORE**
 Reebok Vancouver Canucks Todd Bertuzzi Player Name and Number Jersey Tee
**Shop Now!**

**TEAM AUCTIONS**
Pacific NHL 2001-02 Private Stock Titanium Hockey Box of Unopened Cards
**BID NOW**

Sign up now **Surveyspot.com**

surveyspot.com

Bid on Memorabilia from the UK's Elite Ice Hockey League


 NHL ARCADE

**WEEKLY POLL**
Sponsored by **SAMSUNG**
Vote for the January Stanley Steemer Save of the Month
○ Pascal Leclaire #1 at COL on Jan. 7
○ Pascal Leclaire #2 at COL on Jan. 7
○ Marc Denis at TB on Jan. 13
○ Marc Denis vs. STL on Jan. 20
○ Marc Denis vs. VAN on Jan. 24

**VOTE**

   

© 2000-2006 The Vancouver Canucks. All Rights Reserved. Site powered by The National Hockey League.
Please use the feedback form if you have any recommendations or comments.