# Exhibit G

| | | |
|---|---|---|
| Suzanne Pincus/NYC/NHL | To | steve.mills@thegarden.com |
| 06/29/2007 04:19 PM | cc | Keith Ritter/NYC/NHL@NHL, Peter DelGiacco/NHL@NHL |
| | bcc | Robert Hawkins/NYC/NHL@NHL; Russell Levine/NYC/NHL@NHL |
| | Subject | Follow up to call with Keith Ritter |

Steve,

Keith Ritter asked me to follow up with you regarding what I need from all 30 teams.

Below is the first of several emails that I sent to Club site managers following the Internet Breakout Sessions at the League meetings in Boston and is the one that details all of the elements needed for the transition of the Club sites. In the interest of brevity, I am not forwarding a number of emails that followed. These included more specifics on the art, information on the form builder client and often just reminders of things that were due.  I am more than happy to forward the rest of the correspondence to you if you would like.

With respect to what was in this original email, there have since been a few changes to the art list which I had sent out, as well as posted to the Wiki. The Wiki is a place where the Clubs and the people at the league who are working on this project communicate with each other. Dan David has access to this.

I have already received several elements from Dan. Those elements are the sub-navigation spreadsheet, the list of Content Management System users (just Dan at this time) and a copy of the Rangers' web site database (which is the catalog of all the information on the site).

The elements that are still outstanding are player images for the All-Time Roster and all of the site art. I will be requesting an updated database in the next week as we get closer to anticipated launch date (otherwise the site will not contain any information after March which is when the first database was generated.)

Attached are 3 documents. The updated list of the art we need from you, a document explaining the art and its placement and the spreadsheet for the navigation of your site.

I hope this helps you understand what we are looking for. If you need more information or have further questions about any of these things, please let me know.

Thank you,
Suzanne

-------------------------------------
Suzanne Pincus
Senior Project Manager
NHL
spincus@nhl.com
212-789-2623

| | | |
|---|---|---|
| Suzanne Pincus/NYC/NHL | | |
| 03/07/2007 11:21 AM | To | kcain@hsventures.com, Kevin McCormack, darrell@dncboston.com, brian.wheeler@sabres.com, Mike Board, Ben Aycock, akempenaar@chicagoblackhawks.com, mkocourek@pepsicenter.com, Ryan Mulcrone, tsharrock@bluejackets.com, lpate@dallasstars.com, |

|  |  |
|---|---|
|  | mike.bayoff@olynet.com, bill.roose@hockeytown.com, Andreas Schwabe, mciampa@edmontonoilers.com, Lauren Preziosi, Thomas LaRocca, hdoyle@wild.com, aharvey@canadiens.com, hengel@canadiens.com, dbrumley@nashvillepredators.com, lachapellei@ottawasenators.com, jklueg@comcast-spectator.com, jpalmer@comcast-spectator.com, Chad Lynch, Paul Branecky, siegel@newjerseydevils.com, Stephen.Esposito@neulion.com, jbernstein@newyorkislanders.com, dan.david@thegarden.com, jeanie.baumgartner@thegarden.com, jzimmer@pittsburghpenguins.com, jshipley@pittsburghpenguins.com, Chris Brauss, rross@svse.net, mquessenberry@sptimesforum.com, jmccauley@mapleleafsports.com, Kevin Kinghorn, sparker@washcaps.com |
| cc | Russell Levine/NYC/NHL@NHL, Richard Libero/NYC/NHL@NHL, Keith Ritter/NYC/NHL@NHL, Peter DelGiacco/NHL@NHL |
| Subject | Team Site Transition New Steps & To Do's |

Hello all,

Thank you all for a great couple of days in Boston last week. It was nice to finally put some faces to names and voices.

After returning to New York and having several conversations about the Team Site Project, we have made some changes to the transition plan in an effort to honor your wishes for transitions sooner rather than later. These changes will make the transition smoother and more efficient and will move many of you over to the new platform more expeditiously. To follow is a list of elements I will need to get from you along with key dates:

## DATABASE FILE

I will need to get your database at least twice. Please let your hosting companies know that you need to get a TXT file of your database from them as soon as possible. When asking for your database file - please only get what we are migrating over. We do not need Schedules, Stats, Standings, Player Info, Preview & Recaps. If we are only migrating pages from '05-'06 season - please only send those files.

- By **Friday March 23, 2007** I need to have your database to me. If you have already sent your database to me (Carolina, Florida, Phoenix & LA) - I will need a new copy on that date as well.
- You may need to get another copy during the process depending on when your site will launch.
- You will need to get a copy one week prior to your launch

## ART

As you all know - you are responsible for your site's art work. I have attached 2 documents pertaining to art to this email - one is the art list and one is a word doc explaining certain elements. I will also post to the Wiki. Please please please read through this today. Let me know if you have any questions or concerns. If you do not know what something is referring to - let me know. If you want me to send examples of test art we are using - let me know. If you do not have a designer who is going to be able to get this done in time - PLEASE let me know - and let me know much sooner rather than later.

All art is due back to me by **Friday March 30.** I am aware that some of your teams are changing marks

and will need your website to have a different look and feel when you announce that change. We will make the changes for those teams.

### SUB NAVIGATION SPREADSHEET

Attached is a spreadsheet for your sub-navigation. Please fill this out with how you want your site to be laid out. I will also need the URL that the page currently points to <u>only</u> if it is a page we are migrating over. (If it is an Index page or the Ice Girls or the Front Office that you are planning on rebuilding, please note that in the URL column.) And I will need to know how many pages fall into that category. (Example: Season Tickets has 2 pages attached to it or Promotions has 5 different pages that it links to.) Also - if there is sub-sub level navigation, please include that in here as well. (Tickets--> Season Tickets --> Packages)

Please name your file: TEAM_subnav.xls

### CMS ACCESS LIST

In an effort to get everyone access to CMS I need to get a list of who at your teams will need access. It does not need to be exact and this will not be considered final. This is only to give the guys in Operations an idea of numbers and level of access. It could be as specific as "Harry Potter needs access to upload video only, Hermione Granger needs full access, Ron Weasley needs to update AdHoc and Professor Snape needs access to News and Features." It could be as general as "3 people need full access, 2 need access to News & Features, 1 needs access for podcasting and video".

This list is needed by <u>Friday March 16.</u>

### MESSAGE BOARD MIGRATION

You can begin to migrate your boards as early as today. Let me know if you would like to start that process and I will get you in touch with someone at Invision. Remember, if you do not have boards but would like them, you can start setting those up as of today as well. Our recommendation is you do this earlier and have one less thing on your plate in the spring & summer.

### NEXT TEAMS

Over the next week, teams 5-10 will also receive a call from me alerting you that you are slated to go.

I know that some of you have deadlines to be off your current providers. I have that information but please feel free to email me and remind me and I will make sure you are off your current provider before that day.

Okay - to review - important dates in March:
3/9/07 - I alert teams 5-10
3/16/07 - CMS Access List to me
3/23/07 - Database File to me
3/30/07 - Art to me

This email, the art list, the art information doc and the sub-level navigation sheet will be posted to the Wiki. And as I said last week, please contact me if you have any questions.

Thanks!

Suzanne

---------------------------------
Suzanne Pincus
Senior Project Manager

spincus@nhl.com
212-789-2623



ART LIST.doc   art info.doc   sub nav sheet.xls

| ART | SIZE | COMPLETED |
|---|---|---|
| **HOMEPAGE** | | |
| | | |
| *Header Area* | | |
| Homepage Top Header | 858 x 122 | |
| NHL Network | 120 x 36 | |
| Player Image | 138 x 228 | |
| Favicon | 16 x 16 | |
| | | |
| *Navigation* | | |
| Background Image for Nav Bar | 6 x 21 | |
| Down Arrows | TBD | |
| Side Arrows | TBD | |
| Background image for mouse overs | TBD | |
| | | |
| *Left Column* | | |
| Top Story Buttons background | 460 x 26 | |
| Top Story Picture size | 460 x 235 | |
| Pause button On | 19 x 23 | |
| Play button On | 19 x 23 | |
| Forward Button | 19 x 23 | |
| Back Button | 19 x 23 | |
| Button 1 On | 25 x 23 | |
| Button 1 Off | 25 x 23 | |
| Button 2 On | 25 x 23 | |
| Button 2 Off | 25 x 23 | |
| Button 3 On | 25 x 23 | |
| Button 3 Off | 25 x 23 | |
| Button 4 On | 25 x 23 | |
| Button 4 Off | 25 x 23 | |
| Button 5 On | 25 x 23 | |
| Button 5 Off | 25 x 23 | |
| 2nd Left Module Header | 460 x 26 | |
| NHL News | 226 x 26 | |
| 3rd Left Module | 226 x 26 | |
| 4th Left Module | 460 x 26 | |
| Team Shop | 460 x 26 | |
| | | |
| *Middle Column* | | |
| Next Game On | 160 x 22 | |
| Next Game Off | 160 x 22 | |
| Last Game On | 160 x 22 | |
| Last Game Off | 160 x 22 | |
| Upcoming Games | 320 x 20 | |

| | | |
|---|---|---|
| Buy Tickets | 320 x 46 | |
| Team TV Header | 320 x 26 | |
| Featured Video Tab On | 106 x 22 | |
| Featured Video Tab Off | 106 x 22 | |
| Game Highlights Tab On | 108 x 22 | |
| Game Highlights Tab Off | 108 x 22 | |
| Sponsored By Tab On | 106 x 22 | |
| Sponsored By Tab Off | 106 x 22 | |
| Schedule Tab On | 106 x 22 | |
| Schedule Tab Off | 106 x 22 | |
| Standings Tab On | 108 x 22 | |
| Standing Tab Off | 108 x 22 | |
| Stats Tab on | 106 x 22 | |
| Stats Tab Off | 106 x 22 | |
| | | |
| *Right Rail* | | |
| Right Rail ads | 120 wide (These need to be IAB standard though – 120x240, 120 x 600, 120x60, 120x90) | |
| Poll – images above or below actual poll | 118 wide – to allow for 1 pixel border on each side | |
| Homepage ad ghetto | 728 x 90 (total – can be divided as seen fit) | |
| | | |
| *Background Image for site* | Any size that can be tiled across entire site | |
| | | |
| *VIDEO* | | |
| Background Image | 860 x 425 | |
| Header Image | 860 x 88 | |
| | | |
| *Ad Ghetto (at bottom of homepage)* | 728X90 – There are 2 of them | |
| | | |
| *INSIDE PAGES* | | |
| Preview & Recap Header | 515 wide (no height restriction) | |
| All Other Header (Schedule, Stats, Standings, Fan Zone, Team, Multimedia, Community, Tickets, Search, Shop, RSS, Features) | 535 wide (no height restriction) | |
| | | |
| | | |

|   |   |   |
|---|---|---|
|   |   |   |
|   |   |   |

**HEADER AREA:**
- The Player image will be able to rotate - so if you can provide several images for that space.
- The Player image also does not need to be a player. Can be anything - or nothing and you just fill in with the background color or continue the header across that space.
- The header is a fixed width and height.

**NAVIGATION: (ALL SIZES TO COME)**
- The entire background image on the nav bar can be different.
- The down arrows and the side arrows on the nav bar do not need to be arrows; you can make them any image you would like.
- When you mouse over the nav bar the color or even the background can change. (Look at http://www.mapleleafs.com/. )

**LEFT COLUMN**
- 2nd Left Module: We have it in our mock-up as Team In Depth. This can be any content that you want. The width is fixed - not the height
- 3rd Left Module: We have it in our mock-up as Ticket Information. This can be any content that you want. This width and height is fixed.
- 4th Left Module: We have it in our mock-up as Team Promotions. This can be any content that you want.
- Top Stories: I have attached 2 screenshots to show you that the image where the buttons are can look differently. Another thing you might want to consider here is adding text "Top Stories" "Canes Close Up" or whatever you guys want...(Look at http://www.calgaryflames.com/)
- While we are providing the content for NHL News and the Team Store modules - you are responsible for making the headers so they match with your site. Remember that the NHL News box is also a fixed height and width.

**MIDDLE COLUMN**
- The tabs in the Next Game/Last Game; Hurricanes TV and Schedule/Standings/Stats modules are graphics
- You can brand the TV as you want

**HOMEPAGE AD GHETTO**
- These are 2 separate content modules. You can fill these up any way you want. One entire 728x90, 2 ads, 4 ads, etc.

**RIGHT RAIL**
- Start thinking about how you want the right rail set up. Begin making art for that space - again remember that the width is fixed not the height.
- The poll images for above the actual poll - can include sponsor logos.

**BACKGROUND**
- Please let us know if you are going to want white background or a color. If you want to do background - we will need that image. (Size to Come)

| TICKETS | URL it points to today | # of pages | TEAM | URL it points to today | # of pages | SCHEDULE | URL it points to today | # of pages | STATS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| NEWS | | MULTIMEDIA | | FANZONE | | COMMUNITY | |
|---|---|---|---|---|---|---|---|
| URL it points to today | # of pages | URL it points to today | # of pages | URL it points to today | # of pages | URL it points to today | |

| # of pages | SHOP | URL it points to today | # of pages |
|---|---|---|---|
| | | | |