# Exhibit H

# TEAM SITE TRANSITION PLAN

# From this

# To this





# In 15 steps…

# Step 1

The phone rings and your migration process has begun….



# Step 2

Suzanne sends an email with 1st of *many* requests

- Database file

- Page classification

- How far back you want to keep

- Begin creating your sub level navigation



# Step 3

## Your database is sent to American Eagle and your files are made NHL database friendly



# Step 4

Suzanne sends over the art list…



Your designers create the art for your site…

