# Step 5

You send over your Image Directory and all Rich media content



# Step 6

Accounts are given: CMS, VPN, FTP…oh my!





# Step 7

## NHL database ingests Team data



# Step 8

## Create Sub Navigation and assign URLs and tie pages together





# Step 9

## Begin cleaning up pages



# Step 10

## Existing Windows Media Video and Existing Photo Galleries are uploaded



