# Step 11

## Message Board data base sent to Invision – will work with Invision to get Boards set up



# Step 12

## Build Forms into CMS



You should still be cleaning up pages!

# Step 13

## ONE WEEK TO GO!!!

## Send over fresh copy of database



# Step 14

You are creating 2 sets of pages for the last week – one in existing CMS and one in NHL CMS

 

# Step 15

## DNS switched to NHL server



Time to finish the next team….