# Exhibit I

Suzanne Pincus/NYC/NHL
06/27/2007 07:21 PM

To Keith Ritter/NYC/NHL@NHL
cc Russell Levine/NYC/NHL@NHL, Richard Libero/NYC/NHL@NHL, Peter DelGiacco/NHL@NHL
bcc
Subject Call with the rangers

Keith -

I know Russ passed on the info. Below is what I had emailed to Peter earlier.
- Suzanne


I just got a call from Jeanie Baumgartner at the Rangers. She told me that since Senior Management at NYR is opposed to the centralization of the sites, that they are not allowed to give us anything that will help us "take away" their site. She said that if we want to build their site without them, we can but that they are not planning on sending us anything to help us.

I told her that I would pass the message along.

As for us - we can get their content - but we will need to have one of our designers in house do all of the graphics. Though I am not sure what will happen when the season starts and content needs to be updated. We have been waiting to find out from them about some images - I will go ahead and tell the Cap Gemini people that they do not have to migrate them over. In addition, we were planning on doing some extra development to ensure that their All Time Roster Search functionality worked on the new platform, should I tell Eric that we don't have to worry about that right now?