# Exhibit J

# Carolina – New & Improved

## New:
- Team Branded Video Player
- Game & Player Specific Video Highlights
- Google Search
- Nightly automatic updates for Stats and Standings
- All-Time Roster

## Improved:
- Message Boards
- More advanced Photo Gallery
- Live scores during game play with RTSS
- Enhanced Player Pages with nightly updates and video highlights
- Improved Content Management System

# Florida - New & Improved

New:
- Live scores during game play with RTSS
- Game & Player Specific Video Highlights
- Team Stats and Standings on website in Team wrapper
- Nightly automatic updates for Stats and Standings
- Video on website
- Message Boards
- Podcast capability
- All-Time Roster
- Google Search

Improved:
- More advanced Photo Gallery
- Enhanced Player Pages with nightly updates and video highlights
- Improved Content Management System