# LA Kings - New & Improved

**New:**
- Live scores during game play with RTSS
- Photo Gallery
- Podcast capability
- Team Stats and Standings on website in Team wrapper
- Google Search
- Nightly automatic updates for Stats and Standings
- All- Time Roster

**Improved:**
- Enhanced Video Player
- Enhanced Player Pages with nightly updates and video highlights
- Improved Content Management System
- Visually improved

# St Louis – New & Improved

New:
- Live scores during game play with RTSS
- Game & Player Specific Video Highlights
- Nightly automatic updates for Stats and Standings
- Podcast capability
- Team Branded Video Player
- All-Time Roster
- Google Search

Improved:
- More advanced Photo Gallery
- Enhanced Player Pages with nightly updates and video highlights
- Improved Content Management System
- Message Boards
- Improved visually