# Edmonton - New & Improved

**New:**
- Google Search
- All-Time Roster

**Improved:**
- Enhanced Image and photo management system
- Message Boards
- More advanced Photo Gallery
- Enhanced Player Pages with nightly updates and video
- Improved visually
- Ease of the menu manager for navigation of site

# Boston – New & Improved

New:
- Control over entire site – team can now make all the changes themselves
- Featured video on site
- Nightly automatic updates for Stats and Standings
- Google Search
- All-Time Roster

Improved:
- More advanced Photo Gallery
- Enhanced Player Pages with nightly updates
- Improved Content Management System