# Columbus – New & Improved

**New:**
- Google Search
- Podcast capability
- Team Stats on website in Team wrapper
- Nightly automatic updates for Stats and Standings
- All- Time Roster

**Improved:**
- More advanced Photo Gallery
- Enhanced Video Player
- Enhanced Player Pages with nightly updates and video
- Improved Content Management System

# Buffalo – New & Improved

**New:**
- Google Search
- Team Stats on website in Team wrapper
- Nightly automatic updates for Stats and Standings
- All-Time Roster

**Improved:**
- More advanced Photo Gallery
- Enhanced Video Player
- Enhanced Player Pages with nightly updates and video
- Improved Content Management System
- Improved visually with more interior space on pages