# Philadelphia - New & Improved

New:
- Google Search
- Nightly automatic updates for Stats and Standings
- All- Time Roster
- Message Boards

Improved:
- More advanced Photo Gallery
- Enhanced Video Player
- Enhanced Player Pages with nightly updates and video
- Improved Content Management System
- Improved visually

# Phoenix - New & Improved

**New:**
- Google Search
- Nightly automatic updates for Stats and Standings
- All- Time Roster
- Podcast Capability

**Improved:**
- More advanced Photo Gallery
- Enhanced Video Player
- Enhanced Player Pages with nightly updates and video
- Improved Content Management System
- Improved visually