# Pittsburgh – New & Improved

New:
- Google Search
- Nightly automatic updates for Stats and Standings
- All- Time Roster with automatic updates
- Live scores during game play with RTSS

Improved:
- More advanced Photo Gallery
- Enhanced Player Pages with nightly updates and video
- Improved Content Management System
- Form builder data collection

# Minnesota - New & Improved

New:
- Google Search
- All- Time Roster

Improved:
- More advanced Photo Gallery
- Enhanced Video Player
- Enhanced Player Pages with nightly updates and video
- Improved Content Management System