# Washington - New & Improved

**New:**
- Google Search
- All-Time Roster

**Improved:**
- More advanced Photo Gallery
- Enhanced Video Player
- Enhanced Player Pages with nightly updates and video
- Improved Content Management System

# NY Islanders - New & Improved

New:
- Google Search
- All- Time Roster
- Podcast capability

Improved:
- More advanced Photo Gallery
- Enhanced Player Pages with nightly updates and video
- Nightly automatic updates for Stats and Standings
- Improved Content Management System
- Improved visually