# Tampa Bay - New & Improved

New:
- Google Search
- All- Time Roster

Improved:
- More advanced Photo Gallery
- Live scores during game play with RTSS
- Enhanced Player Pages with nightly updates and video
- Improved Content Management System
- Improved visually

# Calgary – New & Improved

New:
- Google Search
- All-Time Roster with automatic updates
- Nightly automatic updates for Stats and Standings

Improved:
- Improved Content Management System
- Flexibility of site and module content
- More advanced Photo Gallery