# Nashville - New & Improved

New:
- RSS feeds
- Podcast capability
- Automatic feeds and updates

Improved:
- Improved Content Management System
- More help from Production team than previous
- More advanced Photo Gallery

# Chicago - New & Improved

New:
- Google Search
- All - Time Roster

Improved:
- More advanced Photo Gallery
- Nightly automatic updates for Stats and Standings
- Improved Content Management System
- Improved visually
- Enhanced Player Pages with nightly updates and video