# Colorado - New & Improved

**New:**
- Google Search
- All- Time Roster
- Podcast capability

**Improved:**
- More advanced Photo Gallery
- Live scores during game play with RTSS
- Enhanced Player Pages with nightly updates and video
- Improved Content Management System

# Vancouver - New & Improved

New:
- Live scores during game play with RTSS
- Nightly automatic updates for Stats and Standings
- Photo Gallery
- Podcast capability
- Google Search
- All - Time Roster

Improved:
- Enhanced Video Player
- Message Board
- Improved Content Management System
- Improved visually