# Detroit – New & Improved

**New:**
- Google Search
- All-Time Roster
- Podcast capability

**Improved:**
- More advanced Photo Gallery
- Live scores during game play with RTSS
- Enhanced Player Pages with nightly updates and video
- Improved Content Management System
- Improved visually

# New Jersey - New & Improved

**New:**
- Google Search
- All-Time Roster
- Nightly automatic updates for Stats and Standings

**Improved:**
- More advanced Photo Gallery
- Enhanced Player Pages with nightly updates and video
- More advanced Photo Gallery
- Enhanced video player