# Ottawa - New & Improved

**New:**
- Google Search
- All - Time Roster

**Improved:**
- Ad serving capabilities
- More advanced Photo Gallery
- Enhanced Video Player
- Improved Content Management System
- Improved integration of video and photos in site
- Enhanced Player Pages with nightly updates and video

# Anaheim - New & Improved

New:
- Google Search
- All - Time Roster
- Nightly automatic updates for Stats and Standings
- Ability to update and change graphics themselves
- Live scores during game play with RTSS

Improved:
- More advanced Photo Gallery
- Podcast player
- Enhanced Video Player
- Improved Content Management System
- Enhanced Player Pages with nightly updates and video