# Atlanta – New & Improved

New:
- Google Search
- All – Time Roster
- Nightly automatic updates for Stats and Standings
- Podcast capability

Improved:
- More advanced Photo Gallery
- Enhanced Video Player
- Improved Content Management System
- Enhanced Player Pages with nightly updates and video

# Dallas - New & Improved

New:
- Google Search
- All - Time Roster
- Nightly automatic updates for Stats and Standings
- Live scores during game play with RTSS

Improved:
- More advanced Photo Gallery
- Podcast player
- Enhanced Video Player
- Improved Content Management System
- Enhanced Player Pages with nightly updates and video
- Improved visually