# San Jose – New & Improved

New:
- Google Search
- All-Time Roster
- Nightly automatic updates for Stats and Standings

Improved:
- Enhanced Video Player
- More advanced Photo Gallery
- Improved Content Management System
- Enhanced Player Pages with nightly updates and video

# Toronto - New & Improved

**New:**
- Google Search
- Automated All - Time Roster

**Improved:**
- Enhanced Video Player
- Improved Content Management System
- Enhanced Player Pages with nightly updates and video