# Montreal – New & Improved

New:
- Google Search
- RSS feed
- Automated All –Time Roster

Improved:
- Enhanced Video Player
- Improved Content Management System
- More advanced Photo Gallery
- Enhanced Player Pages with nightly updates and video

# Fan Feedback

- Los Angeles:
  - "i love the new site"
  - "Now this is a fabulous change to the website, easy to navigate, quick and full of great info…JOB WELL DONE."
  - The new web design is a wonderful enhancement to your communications program and I'm particularly happy with the new improved video streaming facility which finally allows me to watch the highlights on my computer…."
  - I do like the new format of the website and am glad to see the Kings organization is helping to lead the way in adopting the NHL standard.

- Carolina:
  - "Really different, but good"
  - "Very nice. Long overdue. Glad to see it!"
  - "Its wicked cool!"

- Edmonton:
  - "The site changes look really nice. Great job on it! "
  - "i like it…GREAT job
  - I like it. It's a lot cleaner than the previous layouts.

- St. Louis:
  - This site is so much better than the old site. And the fan forum is more user friendly
  - This site is way better than the last one!!
  - This new site is truely (sic) a proffesionally (sic) done site. And I am talking the site as a whole, just not the forum.