# Fan Feedback

- Buffalo:
  - "i just got to see the new site now it looks awesome i think its way better then the last one thats for sure…"
  - "Thats all i have to say, FINALLY! Looks awesome."
  - "much better than the old one"
  - "I like the new look, much better"
- Philadelphia:
  - "I'm liking this new and improved site much better!"
  - "The new site is great!! I love it a lot, and I'm real glad we FINALLY have a message board now."
  - "I like the new site, it's pretty neat."
- Pittsburgh
  - Ooooooh. I like it. It's really busy, but the banner at the top is awesome, and I like how the top stories are set up in that player thing.
  - I like the new site alot,
  - I didn't think I'd like it, but I do!
  - Not as bad as I anticipated. I'm glad all NHL team sites aren't identical like other sports.