Case 1:07-cv-08455-LAP    Document 31-27    Filed 10/12/2007    Page 1 of 1

