# Exhibit L





**Ducks Recall King, Miller**
The Ducks recalled right wing Jason King and left wing Drew Miller from the Portland Pirates, Anaheim's primary development affiliate in the American Hockey League (AHL). ...more

**TOP STORIES** 1 2 **3** 4 5

### DUCKS IN DEPTH

 **Ducks Blog** offers an entertaining inside look at the Stanley Cup champion Ducks. Visit this page often for news items, commentary, photos, links and much more.

 **Wild Wingers Kids Club** The Coolest Club on ice is back for another season. Sign up today on the club's new website for just $20.

 **Stanley Cup Journal** Follow the Cup around the globe as it traveled with the Hockey Hall of Fame's Stanley Cup Journal, updated every Tuesday and Friday.

 **Meet the Team Presented by OC Post** Join the 2007 Stanley Cup Champion Anaheim Ducks for an evening of exclusive wine tasting at The Cannery Newport Beach on Friday, Oct. 12. Tickets on sale now.

### NEWS
Get the latest NHL news and features from NHL.com:
- NHL coaches sport HFC pink ties
- Fisher eyes offensive improvement
- Southeast Division notes
- Line combos can fuel decisions
- Ottawa comes up big in openers
- Havlat loves his soccer, too
- Lidstrom's passion still strong
- Lecavalier wants another Cup

### TICKETING INFO
Sell your season tickets anonymously to other fans via **TicketExchange**, Ticketmaster's secure online service.

 **My Anaheim Ducks Account** by Ticketmaster lets you manage your season tickets at a glance, forward tickets and more.

### PROMOTIONS

**What Would You Do To Win a Honda Ridgeline?** What kinds of funny, crazy or downright outrageous things would you be willing to do to win a Honda Ridgeline? We want to find out! Submit a video of 30 seconds or less showing us what you're willing to do to win a brand new 2008 Honda Ridgeline. **Click here for details**

**Ducks vs. Kings: Name the Rivalry Contest** It has become a rivalry so intense that it's being showcased on the world stage. We think this rivalry needs a name and we want you to come up with the tag. The winner will receive two tickets to 6 games between the teams this season. **Click here for details.**

### TEAM SHOP



---

**NEXT GAME** | **LAST GAME**



TV: PRIME, Radio: **Listen**
**Buy Tickets!**

| Wed Oct 10, 2007 - 7:00 PM | 1 | 2 | 3 | T |
|---|---|---|---|---|
| Boston | | | | 0 |
| Anaheim | | | | 0 |

### UPCOMING GAMES
10/10 **Tickets!** | 10/14 **Tickets!** | 10/15 **Tickets!**

### BUY TICKETS

### DUCKS VIDEO
SPONSORED BY | HIGHLIGHTS | DUCKS TV





- Home / - Away / ◇ - Promotion

---


**Upcoming Shows**
10/20/07
Jennifer Lopez & Marc Anthony
8 p.m.

10/23/07
Lakers vs. Jazz
7 p.m.

**More Events >>**


SEC:
ROW:
**VIEW YOUR SEATS** in Seats3D

**DUCKS POLL**
What are you most looking forward to about the Ducks home opener Wednesday night?
○ Seeing the players arrive on the red carpet
○ Watching the banners get raised
○ Going home with a replica championship banner
○ Finally seeing some hockey again at Honda Center

**VOTE**


DUCKS VS KINGS
NAME THE RIVALRY CONTEST
ENTER HERE!


**Ducks CHAMPIONS CLUB**
A new special all-inclusive Ducks ticket package for 2007-08.
CLICK HERE FOR DETAILS


Got a question?
ASK SEVY

---



AnaheimDucks.com is the official Web site of the Anaheim Ducks. Anaheim Ducks and AnaheimDucks.com are trademarks of Anaheim Ducks Hockey Club, LLC. NHL and the word mark and image of the Stanley Cup are registered trademarks and the NHL Shield and NHL Conference logos are trademarks of the National Hockey League. All NHL logos and marks and NHL team logos and marks as well as all other proprietary materials depicted herein are the property of the NHL and the respective NHL teams and may not be reproduced without the prior written consent of NHL Enterprises, L.P. Copyright © 2007 Anaheim Ducks Hockey Club, LLC and the National Hockey League. All Rights Reserved.

Privacy Policy    Contact Us    Jobs