

THE OFFICIAL SITE OF THE
# BOSTON BRUINS
THE **HUB** of **HOCKEY**    PRESENTED BY **TD Banknorth**

| TICKETS | TEAM | SCHEDULE | STATS | NEWS | MULTIMEDIA | FAN ZONE | COMMUNITY | SHOP | | search |



## Boston Bruins 3, Phoenix Coyotes 1. Final
**UPDATED:** The B's defeated the Coyotes Saturday night, 3-1. Tim Thomas started his first game of the season and was solid between the pipes. Patrice Bergeron, Chuck Kobasew and Marco Sturm scored for Boston. 🔊 Recap ...more

**TOP STORIES**    |◀ ❚❚ ▶|    1 **2** 3 4 5

### BRUINS NEWS

**The Bear Essentials**
John Bishop is the beat writer for BostonBruins.com. He covers the Black & Gold hoping to offer a positive look at the team, not only from the stands and the press box, but also from inside the locker room.


- **NEW** - Bruins Playmaker is back!
- 2007-08 Bruins Schedule
- Download schedule to calendar

Official Newsletter
**CYBEAR CLUB**
Sign up now

### NHL NEWS
Get the latest NHL news and features from NHL.com:
- NHL coaches sport HFC pink ties
- Fisher eyes offensive improvement
- Southeast Division notes
- Line combos can fuel decisions
- Ottawa comes up big in openers
- Havlat loves his soccer, too
- Lidstrom's passion still strong
- Lecavalier wants another Cup

### MY BRUINS ACCOUNT
Account ID or Email Address:

Password:

**LOG IN**


Season Ticket Holders **ONLY**

### SCORE YOUR TICKETS

Savings on Bruins Mini Plan tickets are **HEATING** up!
Choose from flexible 6 game, ten game, or half season packages, starting at $201.

### SHOP BRUINS GEAR

**NEW** *Boston Bruins® Logo Gear*    SHOP NOW!

---

| NEXT GAME | LAST GAME |



Boston @ Anaheim

**TV: NESN (HD), Radio:** Listen

| Wed Oct 10, 2007 - 10:00 PM | 1 | 2 | 3 | T |
|---|---|---|---|---|
| Boston | | | | 0 |
| Anaheim | | | | 0 |

**UPCOMING HOME GAMES**

| 10/18 Tickets! | 10/20 Tickets! | 10/25 Tickets! |

**BUY TICKETS NOW**

**BRUINS TV** presented by **COVIDIEN**
| SPONSORED BY | GAME HIGHLIGHTS | FEATURED VIDEO |


**DOWNLOAD YOUR BRUINS® CUSTOM DESKTOP**

| SCHEDULE | STANDINGS | STATS |



**« October 2007 »**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 1 - 4 L | 6 3 - 1 W |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 tickets | 19 | 20 tickets |
| 21 | 22 | 23 | 24 | 25 ◆ tickets | 26 | 27 tickets |
| 28 | 29 | 30 | 31 | | | |

■ - Home / ▪ - Away / ◆ - Promotion

---


**OFFICIAL NEWSLETTER**
**CYBEAR CLUB** SIGN UP NOW!


VIEW SEATS in 3D

**FAN POLL**    PRESENTED BY **TD Banknorth**
In which city would you most like to see the B's play?
- ○ Dallas
- ○ Phoenix
- ○ Anaheim
- ○ Los Angeles
- ○ San Jose

**VOTE**


**TD Banknorth**


**ONE FOR THE TEAM** BUD LIGHT


((XM)) LISTEN NOW ▶


Massachusetts 2007

---

BostonBruins.com is the official website of the Boston Bruins. Boston Bruins and BostonBruins.com are trademarks of Boston Professional Hockey Association, Inc. (BPHA). NHL and the word mark and image of the Stanley Cup are registered trademarks and the NHL Shield and NHL Conference logos are trademarks of the National Hockey League. All NHL logos and marks and NHL team logos and marks as well as all other proprietary materials depicted herein are the property of the NHL and the respective NHL teams and may not be reproduced without the prior written consent of NHL Enterprises, L.P. Copyright © 2007 BPHA and the National Hockey League. All Rights Reserved.

| Privacy Policy | Frequently Asked Questions | Contact Us | Jobs/Internships |