NETWORK:
- Team Sites
- Affiliate Sites
- NHL Player Sites

Conduct a LIVE draft and WATCH video highlights!

BUFFALO SABRES

1.888.GO.SABRES

TICKETS | TEAM | SCHEDULE | STATS | NEWS | MULTIMEDIA | FAN ZONE | COMMUNITY | SHOP    search

GAME 1 PLAYLIST: Oct. 5 featuring Jochen Hecht
PLAYER TUNES

**PLAYER TUNES: GAME 1 PLAYLIST**
Listen to the music you hear at Sabres home opener on your MP3 player, including featured selections by captain Jochen Hecht. Player Tunes is the only place to view the music of the Buffalo Sabres. ...more

1 2 3 4 5

**NEXT GAME | LAST GAME**
TV: MSG (HD), Radio: Listen
Buy Tickets! | Value Game

| Thu Oct 11, 2007 - 7:00 PM | 1 | 2 | 3 | T |
|---|---|---|---|---|
| Atlanta | | | | 0 |
| Buffalo | | | | 0 |

**UPCOMING HOME GAMES**
10/11 Tickets! | 10/13 Tickets! | 10/15 Tickets!

BUY TICKETS

**SABRES IN DEPTH**

The Morning Skate #47
Defenseman Jaroslav Spacek sat down with the TMS crew. Listen Now | Podcast Center

"Better Days" DVD
Order your copy of last season's highlight DVD now. ...more | Buy

**MORE SABRES.COM HEADLINES**
- NUMMINEN VISITS PRACTICE
- CONFIDENT TO MOVE FORWARD
- PAIR ASSIGNED TO ROCHESTER
- CONNOLLY IS READY
- Q & A WITH HARRY NEALE
- NEALE JOINS BROADCAST TEAM
- BLOG: HECHT IS YOUR CAPTAIN
- KOTALIK MAY MISS OPENER
- NEW VIDEO SCREENS INSTALLED
- POMINVILLE'S BLOG UPDATE

Swirl, Sip and Savor
Join the Buffalo Sabres Alumni for the Sabres Alumni Fall Wine Festival. ...more

"Ultimate Fan Experience"
Bid on the most unique way to watch a Sabres game ever. ...more | Place Bid

**SABRES TV**
SPONSORED BY | GAME HIGHLIGHTS | FEATURED VIDEO

10th ANNIVERSARY HOCKEY FIGHTS CANCER
Relive the excitement on a Hockey Season!
REFLECTIONS ON A HOCKEY SEASON

**NEWS**
Get the latest NHL news and features from NHL.com:
- NHL coaches sport HFC pink ties
- Fisher eyes offensive improvement
- Southeast Division notes
- Line combos can fuel decisions
- Ottawa comes up big in openers
- Havlat loves his soccer, too
- Lidstrom's passion still strong
- Lecavalier wants another Cup

**TICKETING INFORMATION**
Sabres Ticket Availability for Oct.

| DATE | OPP | GSBV | TIX |
|---|---|---|---|
| 5 | NYI | S | Single Seats |
| 11 | ATL | V | Single Seats |
| 13 | WAS | S | Single Seats |
| 15 | TOR | G | Available |

View Full Ticket Availability

mySABREStickets | myREPLAY

**SCHEDULE | STANDINGS | STATS**

October 2007

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 NY 6-4 L | 6 NY 2-3 L |
| 7 | 8 | 9 | 10 | 11 tickets | 12 | 13 tickets |
| 14 | 15 tickets | 16 | 17 | 18 | 19 tickets | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

- Home / ■ - Away / ◆ - Promotion

**PROMOTIONS**
Winter Classic 2008
REGISTER NOW AS A SABRES INSIDER AND GET THE MOST OUT OF SABRES.COM
CLICK HERE

**SHOP**
GET YOUR BUFFALO SABRES PERSONALIZED JERSEY!
CLICK HERE

SABRES
FREE GIVEAWAY ENTER HERE
Dessert deli

**SABRES POLL**
Which Sabres center will score the most points this season?
○ Tim Connolly
○ Derek Roy
VOTE

Blue & Gold CLUB
TOOTH WANTS YOU - SABREKIDZ CLUB - JOIN NOW

BUFFALO BANDITS | ROCHESTER AMERICANS | HSBC ARENA

Sabres.NHL.com is the official Web site of the Buffalo Sabres. The Buffalo Sabres and Sabres.NHL.com are trademarks of the National Hockey League. NHL and the word mark and image of the Stanley Cup are registered trademarks and the NHL Shield and NHL Conference logos are trademarks of the National Hockey League. All NHL logos and marks and NHL team logos and marks as well as all other proprietary materials depicted herein are the property of the NHL and the respective NHL teams and may not be reproduced without the prior written consent of NHL Enterprises, L.P. Copyright © 2007 Hockey Western LLC and the National Hockey League. All Rights Reserved.

PRIVACY POLICY | TERMS AND CONDITIONS | OFFICIAL PARTNERS | SELECT PARTNERS | CONTACT US | EMPLOYMENT