




















