





### Avs Earn 6-2 Victory over Sharks
Paul Stastny recorded a goal and four assists and Milan Hejduk added two goals and one assist to lead the Avalanche to a 6-2 victory over San Jose Sunday night at Pepsi Center ...more



**Avalanche Camp Central**
*Training Camp*
- Day One Report
- Day Two Report
- Ryan Smyth Feature

*Rookie Camp*
Click here for Rookie Camp Central, including news, Q&A sessions and features



**Get the latest NHL news and features from NHL.com:**
- NHL coaches sport HFC pink ties
- Fisher eyes offensive improvement
- Southeast Division notes
- Line combos can fuel decisions
- Ottawa comes up big in openers
- Havlat loves his soccer, too
- Lidstrom's passion still strong
- Lecavalier wants another Cup



A legacy of success.
A future to cheer for.
Get the best locations for next season.
2007-2008 Season Tickets



Avalanche fans, tell us what's so great about your UPS driver. Are they always providing you the quality service and on-time delivery you need? Do they make your day a little brighter with worry-free pick-up and a positive attitude? How does your UPS Driver go above and beyond for you on a daily basis? Tell us why your driver deserves to be the UPS Driver of the Month.





**NEXT GAME / LAST GAME**
Colorado @ St Louis
TV: ALT (HD), Radio: Listen

Fri Oct 12, 2007 - 6:30 PM | 1 | 2 | 3 | T
Colorado — 0
St Louis — 0

**UPCOMING GAMES**
10/13 Tickets!
10/16 Tickets!
10/28 Tickets!

BUY TICKETS






SEC: ROW: FIND YOUR SEAT


TAKE A VIRTUAL TOUR


OVER 170 CHANNELS TO FIND WHAT TURNS YOU ON — including Over 1,000 NHL Hockey Games And Hockey News & Talk 24/7 All Year Long


Mucho Mexico — More non-stops to Mexico than any other airline from Denver.


**AVS POLL** sponsored by XM
Who had the best Avalanche debut on Opening Night?
○ Hannan
○ Hlinka
○ W. Smith
○ R. Smyth
VOTE


Health ONE — Leading Hospitals Trusted CARE

   

Founding Partners:     

coloradoavalanche.com is the official Web site of the Colorado Avalanche. The Colorado Avalanche and coloradoavalanche.com are trademarks of the Colorado Avalanche Hockey Team, Inc. NHL and the word mark and image of the Stanley Cup are registered trademarks and the NHL Shield and NHL Conference logos are trademarks of the National Hockey League. All NHL logos and marks and NHL team logos and marks as well as all other proprietary materials depicted herein are the property of the NHL and the respective NHL teams and may not be reproduced without the prior written consent of NHL Enterprises, L.P. Copyright © 2007 Colorado Avalanche and the National Hockey League. All Rights Reserved.

Privacy Policy | Contact Us