NETWORK:
Team Sites
Affiliate Sites
NHL Player Sites

Click Here to Unlock Your NHL Dreams
Cool NHL prizes including a VIP trip for two to the 2008 NHL All-Star Game in Atlanta

BLUEJACKETS.COM

POWERED BY: TIME WARNER CABLE

TICKETS | TEAM | SCHEDULE | STATS | NEWS | MULTIMEDIA | FAN ZONE | COMMUNITY | SHOP | search



## Blue Jackets blank champs to open season

It was an opening night to remember at Nationwide Arena Friday. Rick Nash had a career-high four points and Pascal Leclaire recorded his second career shutout in the Blue Jackets' 4-0 win over Anaheim. Quotes and ...more

1 2 3 4 5

NEXT GAME | LAST GAME

@

TV: FSO, Radio: Listen

Buy Tickets!

| Wed Oct 10, 2007 - 7:00 PM | 1 | 2 | 3 | T |
|---|---|---|---|---|
| Phoenix | - | - | - | 0 |
| Columbus | - | - | - | 0 |

UPCOMING HOME GAMES

10/10 Tickets! | 10/17 Tickets! | 10/21 Tickets!

BUY TICKETS

NEW BLUE JACKETS JERSEYS
RBK EDGE

GOOD TIMES come in groups
Discounts on groups of 10 or more
Click here for details.

## JACKETS IN DEPTH

**Blue Jackets TV - Video Player**
Check out game day previews, daily interviews from home practices and more on BLUE JACKETS TV - Click HERE. Check out Blue Jackets Insider to view interviews or view game highlights from this weekends action.

**In Game Birthday Visits**
What could be better for a birthday than to come to Nationwide Arena for a Blue Jackets game and get a visit from Stinger! For more information, click here or fill out a Request Form

**Breakfast with the Blue Jackets presented by Rise&Dine**
Tune in every Sunday from 10-11 a.m. for Breakfast with the Blue Jackets on 1460 the Fan. The show will feature coaches, player and Click Here to read more.

**New 2007-08 Jerseys**
The new Blue Jackets jerseys are on salenow at the FSN Ohio Blue Line locations. Call 614-246-3200 now to place your order or CLICK HERE! Click on gallery to view the jerseys.

## BLUE JACKETS TV

SPONSORED BY | GAME HIGHLIGHTS | FEATURED VIDEO




## WEEKLY POLL

SPONSORED BY BUD LIGHT

What was your favorite thing about opening night?

- Rick Nash - 4 points
- Pascal Leclaire - Shutout
- The Cannon
- Beating the defending Stanley Cup Champs

VOTE

## NHL NEWS

Get the latest NHL news and features from NHL.com:

- NHL coaches sport HFC pink ties
- Fisher eyes offensive improvement
- Southeast Division notes
- Line combos can fuel decisions
- Ottawa comes up big in openers
- Havlat loves his soccer, too
- Lidstrom's passion still strong
- Lecavalier wants another Cup

## TICKET INFO

ticketexchange by Ticketmaster
Buy great seats directly from season ticket holders.
CLICK HERE TO VISIT

## SCHEDULE | STANDINGS | STATS

2007-2008 Regular Season

| SKATERS: | GP | G | A | +/- | Pts |
|---|---|---|---|---|---|
| R. Nash | 2 | 2 | 2 | 1 | 4 |
| R. Hainsey | 2 | 2 | 1 | 1 | 3 |
| N. Zherdev | 2 | 0 | 3 | -2 | 3 |
| S. Fedorov | 2 | 1 | 1 | 0 | 2 |
| A. Foote | 2 | 1 | 0 | 0 | 1 |
| K. Russell | 2 | 0 | 1 | 0 | 1 |
| J. Novotny | 2 | 0 | 1 | -2 | 1 |
| F. Modin | 2 | 0 | 1 | 0 | 1 |
| D. Vyborny | 2 | 0 | 1 | 1 | 1 |
| J. Chimera | 2 | 0 | 1 | -2 | 1 |

| GOALIES: | W | L | OT | Sv% | GAA |
|---|---|---|---|---|---|
| P. Leclaire | 1 | 0 | 0 | 1.000 | 0.00 |
| F. Norrena | 0 | 1 | 0 | .903 | 3.21 |

Full Team Stats >>

2006-07 Season Statistics

Nationwide On Your Side
WORRY ABOUT ONE LESS THING WITH NATIONWIDE BLUE RIBBON CLAIM SERVICES.
LEARN MORE
OFFICIAL INSURER OF CHOICE OF THE

## CONTESTS & PROMOTIONS

**HAVE A JACKETS NIGHT OUT!**
Get 2 tickets, 2 beers and 2 Donatos pizzas for just $55 every Wednesday and Thursday game this season. The next Jackets Night Out is Wed. Oct. 10 vs. Phoenix. All fans will receive a 2007-08 Schedule Magnet compliments of Donatos!
Click HERE to purchase or get more information.

## TEAM SHOP

Get Your NEW Columbus Blue Jackets®
RBK Edge
Personalized Jersey
SHOP NOW

BIRTHDAY BASH!
Celebrate your birthday at a Blue Jackets game!
Click here for details.

"DID I REMEMBER MY GAME TICKET?"
"WHO WILL BE IN THE STARTING LINEUP?"
"WILL MY CAR GET SCRATCHED?"

The Chiller Ice Rinks & Dispatch Ice Haus | FSN Ohio Blue Line | Destroyers | Ohio Junior Blue Jackets | Nationwide Arena

Columbusbluejackets.com is the official Web site of the Columbus Blue Jackets. The Columbus Blue Jackets and columbusbluejackets.com are trademarks of The Columbus Blue Jackets Hockey Club. NHL and the word mark and image of the Stanley Cup are registered trademarks and the NHL Shield and NHL Conference logos are trademarks of the National Hockey League. All NHL logos and marks and NHL team logos and marks as well as all other proprietary materials depicted herein are the property of the NHL and the respective NHL teams and may not be reproduced without the prior written consent of NHL Enterprises, L.P. Copyright © 2007 Columbus Blue Jackets Hockey Club and the National Hockey League. All Rights Reserved. View the Columbus Blue Jackets Privacy Policy.

Please use the feedback form if you have any recommendations or comments.