

BUY TICKETS | ENTER SITE





### Wings bounce Ducks with 3-2 shootout win
The Red Wings got a dose of retribution on Wednesday with a 3-2 shootout win over the same Ducks that dropped them from last season's Western Conference finals. ... ...more

**WINGS TOP STORY** 1 2 3 4 5

### WINGS IN DEPTH

 **Wings offer $9 ticket deal**
The hottest ticket in town is on sale now with the Red Wings offering a new $9 ticket for all home games at Joe Louis Arena. more . . .

**Sell your tickets online!** 
Season ticket holders can now sell their tickets anonymously to other fans via **TicketExchange**, Ticketmaster's secure online service.

 **Play against the Pro!**
The Red Wings' coaches, management and alumni are again offering the ultimate hockey challenge. Get your teammates and head to The Joe for the 4-on-4 Challenge. more . . .

**Gordie book debuts in Oct.** 
"Nine: A Salute to Mr. Hockey Gordie Howe" is the latest book in the Red Wings' Legends Series chronicling the careers of Wings' greats. more . . .

### LEAGUE NEWS

**Get the latest NHL news and features from NHL.com:**
- NHL coaches sport HFC pink ties
- Fisher eyes offensive improvement
- Southeast Division notes
- Line combos can fuel decisions
- Ottawa comes up big in openers
- Havlat loves his soccer, too
- Lidstrom's passion still strong
- Lecavalier wants another Cup

### TICKETING INFORMATION

My Account by ticketmaster

### PROMOTIONS


### STORE

Get Your New RBK Edge Detroit Red Wings Jersey — SHOP NOW


Q&A Ask Our Experts — COMING SOON henrikzetterberg.com

   

---

### NEXT GAME | LAST GAME

Oilers @ Red Wings
TV: FSD (HD), Radio: Listen
**Buy Tickets!** | **Preview**

| Mon Oct 8, 2007 - 7:30 PM | 1 | 2 | 3 | T |
|---|---|---|---|---|
| Edmonton | | | | 0 |
| Detroit | | | | 0 |

**UPCOMING GAMES**
10/08 Tickets! | 10/10 Tickets! | 10/12 Tickets!

**BUY TICKETS**

### WINGS TV
SPONSORED BY | HIGHLIGHTS | VIDEO



### SCHEDULE | STANDINGS | STATS

**2007-2008 Regular Season**

| SKATERS: | GP | G | A | +/- | Pts |
|---|---|---|---|---|---|
| H. Zetterberg | 2 | 1 | 4 | -1 | 5 |
| B. Rafalski | 2 | 1 | 2 | -1 | 3 |
| N. Lidstrom | 2 | 1 | 2 | -1 | 3 |
| T. Holmstrom | 2 | 2 | 0 | -1 | 2 |
| M. Samuelsson | 2 | 0 | 1 | -1 | 1 |
| P. Datsyuk | 2 | 0 | 1 | 0 | 1 |
| J. Hudler | 2 | 0 | 0 | -2 | 0 |
| V. Filppula | 2 | 0 | 0 | 0 | 0 |
| B. Lebda | 2 | 0 | 0 | -1 | 0 |
| A. Lilja | 2 | 0 | 0 | -1 | 0 |

| GOALIES: | W | L | OT | Sv% | GAA |
|---|---|---|---|---|---|
| D. Hasek | 1 | 0 | 1 | .881 | 2.31 |

**Full Team Stats >>**

**2006-07 Regular Season Statistics**

---





Who is the most likely Wings' player to start in the All-Star Game this season?
○ Pavel Datsyuk
○ Dominik Hasek
○ Nicklas Lidstrom
○ Brian Rafalski
○ Henrik Zetterberg
**VOTE**

**IN THE SPOTLIGHT**
**VAN HALEN**
wsg KY-MANI MARLEY
ON SALE NOW!
JOE LOUIS ARENA
OCTOBER 20





---

DetroitRedWings.com is the official Web site of the Detroit Red Wings. Detroit Red Wings and DetroitRedWings.com are trademarks of the Detroit Red Wings. NHL and the word mark and image of the Stanley Cup are registered trademarks and the NHL Shield and NHL Conference logos are trademarks of the National Hockey League. All NHL logos and marks and NHL team logos and marks as well as all other proprietary materials depicted herein are the property of the NHL and the respective NHL teams and may not be reproduced without the prior written consent of NHL Enterprises, L.P.  Copyright © 2007 Detroit Red Wings Hockey Club and the National Hockey League. All Rights Reserved.

Internships | Advertise/Sponsorships | Olympia Entertainment | Code of Conduct | Privacy Policy | Contact Us