












    
