**NETWORK:** Team Sites | Affiliate Sites | NHL Player Sites

Hoist the Cup like your favorite NHL® players!

# NASHVILLE PREDATORS

NashvillePredators.com

TICKETS | TEAM | SCHEDULE | STATS | NEWS | MULTIMEDIA | FAN ZONE | COMMUNITY | SHOP   search



**Mason, Arnott lift Preds to win in season opener**
In his first game as the team's uncontested number-one goaltender, Chris Mason pitched a 35-save shutout as the Nashville Predators topped the Colorado Avalanche, 4-0, in the 2007-08 season opener. ...more

1 2 3 **4** 5

**NEXT GAME** | **LAST GAME**

Nashville @ St Louis

TV: FSS (HD), Radio: **Listen**

Wed Oct 10, 2007 - 7:30 PM     1 2 3 T
Nashville                                    0
St Louis                                     0

**NEXT THREE HOME GAMES**
10/11 Tickets! | 10/13 Tickets! | 10/25 Tickets!

## BUY TICKETS

**SUPPORT THE BUSINESSES THAT SUPPORT THE PREDS** - CLICK HERE FOR A DIRECTORY

**INDIVIDUAL TICKETS ON SALE NOW**

**FIRST TENNESSEE**

### PREDS IN DEPTH

**CLICK HERE TO LAUNCH THE NEW PREDATORS TV**   NP FORUM
**OTHER NEWS:**
- 10th Anniversary: The Inaugural Game          NP BLOG
- Weber out 3-6 weeks
- New Role = A New Look                         NP PODCAST
- 10th Anniv: Where are they now? Cliff Ronning
- Dumont gives back
- Crossing the Pond                             NP RSS

"Stick to Reading=Succeeding" re-launches: The Predators and Lochinvar have partnered to re-launch the "Stick to Reading = Succeeding" program for elementary school children in Wilson County. The ongoing program features the All-Star Reading Challenge, an incentive program in which students receive prizes for reading books. Click here to find out how to get involved!

### PREDATORS VIDEO
SPONSORED BY | HIGHLIGHTS | FEATURES



Verizon Wireless - Your Wireless Hat Trick to NHL® Action
- Video Highlights
- Plays of the Week
- Game Commentary & Analysis

GET IT ON CAST - ADD'T CHARGES REQ'D
Click here                                      DETAILS

### FAN POLL
What was the best part of opening night?
- Mason's stellar, 35-save shutout performance
- The shirts off their backs promotion
- The Nightstalkers dropping the ceremonial first puck
- Arnott's two goals in first game as captain

**VOTE**

### NHL NEWS
Get the latest NHL news and features from NHL.com:
- NHL coaches sport HFC pink ties
- Fisher eyes offensive improvement
- Southeast Division notes
- Line combos can fuel decisions
- Ottawa comes up big in openers
- Havlat loves his soccer, too
- Lidstrom's passion still strong
- Lecavalier wants another Cup

### TICKET INFO
Tickets for the 2007-08 season are on sale now! For more, visit one of the following:
- Full/Partial Season Tickets

For Tickets by phone, call: (615) 770-PUCK (7825) or (866) 689-PUCK (Toll Free)
**TRACK TICKET SHIPMENT**
LOG IN TO MANAGE YOUR TICKET ACCOUNT

### SCHEDULE | STANDINGS | STATISTICS
**2007-2008 Regular Season**

| SKATERS: | GP | G | A | +/- | Pts |
|---|---|---|---|---|---|
| D. Legwand | 2 | 3 | 1 | 4 | 4 |
| J. Arnott | 2 | 2 | 2 | 2 | 4 |
| M. Erat | 2 | 0 | 4 | 4 | 4 |
| J. Dumont | 2 | 2 | 1 | 3 | 3 |
| D. Hamhuis | 2 | 1 | 2 | 4 | 3 |
| M. Zidlicky | 2 | 0 | 2 | 1 | 2 |
| G. de Vries | 2 | 0 | 2 | 4 | 2 |
| M. Gelinas | 2 | 1 | 0 | 1 | 1 |
| J. Smithson | 2 | 0 | 1 | 0 | 1 |
| R. Suter | 2 | 0 | 1 | 3 | 1 |

| GOALIES: | W | L | OT | Sv% | GAA |
|---|---|---|---|---|---|
| C. Mason | 2 | 0 | 0 | .984 | 0.50 |

Full Team Stats >>

**Predators MarketPlace** Powered by Ticketmaster TicketExchange

**2007-08 Season Tickets ON SALE NOW!** GET YOUR SEATS TODAY!

### PROMOTIONS
The Predators will be celebrating their 10th season in 2007-08. We're kicking off the festivities with a special section of the Web site that will feature team history, trivia, a timeline, and more! When the season arrives, you'll also have the opportunity to review and vote for the top moments in team history. Visit the 10th Anniversary section now!

### SHOP
Get Your NEW Nashville Predators® **RBK Edge Personalized Jersey**
SHOP NOW

SEC: ROW: FIND YOUR SEAT - Seats3D

REGISTER NOW FOR A **PREDATORS LICENSE PLATE** - TENNESSEE P+H 0000

BOOZE IT & LOSE IT - GOVERNOR'S HIGHWAY SAFETY OFFICE | THE TENNESSEAN - Every day matters. www.tennessean.com | BUD LIGHT | Ford

nashvillepredators.com is the official Web site of the Nashville Predators and nashvillepredators.com are trademarks of the Nashville Predators. NHL and the word mark and image of the Stanley Cup are registered trademarks and the NHL Shield and NHL Conference logos are trademarks of the National Hockey League. All NHL logos and marks and NHL team logos and marks as well as all other proprietary materials depicted herein are the property of the NHL and the respective NHL teams and may not be reproduced without the prior written consent of NHL Enterprises, L.P. Copyright © 2007 the Nashville Predators and the National Hockey League. All Rights Reserved.

Sommet Center | Contact Us | Employment