

pittsburghpenguins.com is the official website of the Pittsburgh Penguins. The Pittsburgh Penguins and pittsburghpenguins.com are trademarks of Lemieux Group, LP. NHL and the word mark and image of the Stanley Cup are registered trademarks and the NHL Shield and NHL Conference logos are trademarks of the National Hockey League. All NHL logos and marks and NHL team logos and marks as well as all other proprietary materials depicted herein are the property of the NHL and the respective NHL teams and may not be reproduced without the prior written consent of NHL Enterprises, L.P. Copyright © 2007 Lemieux Group, LP and the National Hockey League. All Rights Reserved.

Privacy Policy | Employment and Internships | Feedback