**NHL NETWORK:**
- Team Sites
- Affiliate Sites
- NHL Player Sites

**NHL Center Ice online** — Watch up to FOUR games simultaneously* in "mosaic mode"! Live Stats Tracker - Track your Fantasy Team while you watch! *Blackouts May Apply

# ST. LOUIS BLUES

TICKETS | TEAM | SCHEDULE | STATS | NEWS | MULTIMEDIA | FAN ZONE | COMMUNITY | SHOP        search



**Johnson's First Career Goal Overthrows Kings**
Erik Johnson's first career NHL goal proved to be the game winner on Saturday as the Blues overcame a 3-1 deficit to defeat the Los Angeles Kings at Staples Center. The Blues scored four goals in the third period. ...more

www.stlouisblues.com    1 2 3 4 5

## RECENT NEWS BRIEFS

**Blues Sign Forward Mike Johnson**

**Feature: Players Make Season Ticket Deliveries**

- Blues Alumni to Meet Meramec
- Cajanek, Glumac Assiged to Peoria
- Blues Start Season with 3 Rookies
- Blues Renew ECHL Affiliation
- NHL.com: Blues Season Preview
- Feature: Blues Golf For Charity

more news >>>

## NHL NEWS

Get the latest NHL news and features from NHL.com:
- NHL coaches sport HFC pink ties
- Fisher eyes offensive improvement
- Southeast Division notes
- Line combos can fuel decisions
- Ottawa comes up big in openers
- Havlat loves his soccer, too
- Lidstrom's passion still strong
- Lecavalier wants another Cup

## TICKETING

Tickets on sale now! Call 622-BLUE — WHATEVER IT TAKES.

## PROMOTIONS

**Team Calendar Night**
October 10 vs. Nashville
All Blues fans will receive a 2007-08 team calendar for attending the Blues regular season home opener on Oct. 10 against the Nashville Predators. The promotion is sponsored by Peoples National Bank.
Get Tickets >>>

**Power Play for United Way**
October 12 vs. Colorado
Help the Blues and United Way! Your contributions will help nearly 200 local charities that strengthen families, invest in children and build safer neighborhoods in our community.
More Information >>>

## BLUES MERCHANDISE


GET YOUR St. Louis Blues® Personalized Jersey! SHOP NOW

## NEXT GAME | LAST GAME

Nashville @ St Louis
TV: FSMW (HD), Radio: Listen
**Buy Tickets!** | Promotion: Team Calendar

| Wed Oct 10, 2007 - 7:30 PM | 1 | 2 | 3 | T |
|---|---|---|---|---|
| Nashville | | | | 0 |
| St Louis | | | | 0 |

### UPCOMING HOME GAMES
- 10/10 Tickets!
- 10/12 Tickets!
- 10/20 Tickets!

**BUY TICKETS ONLINE** — WHATEVER IT TAKES.

## BLUES MEDIA

SPONSORED BY | HIGHLIGHTS | BLUES VIDEO


DOWNLOAD YOUR BLUES® CUSTOM DESKTOP

### SCHEDULE | STANDINGS | STATISTICS

**October 2007**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 (2-3 L) | 5 | 6 (5-3 W) |
| 7 | 8 | 9 | 10 ♦ tickets | 11 | 12 ♦ tickets | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 tickets |
| 21 | 22 | 23 tickets | 24 | 25 | 26 | 27 tickets |
| 28 | 29 | 30 tickets | 31 | | | |

■ - Home / ■ - Away / ♦ - Promotion


Give us a try. Rodger Riney Founder/CEO — Open an account today and find out why Scottrade is the clear choice for smart investors. **Scottrade®** www.scottrade.com Member FINRA/SIPC *For stocks priced above $1


**Hilton** St. Louis at the Ballpark — Just steps away from where the action is in St. Louis


Challenge Chase — Submit Your Questions Here.


**POLL** Provided by: The Fourteen Fund
What do you think of the Blues new uniforms?
○ They're great
○ They're OK
○ I don't like them
**VOTE**


HOTWIRE NEWSLETTER Sign Up Today!


**MeiGrayGroup** For Game-worn Jerseys


**GAMEDAY auction** Get in on the auction action!


Scottrade Center


Join the Blues — NO SKATES REQUIRED. Now Hiring for Positions This Season! Click Here for More Information

stlouisblues.com is the official Web site of the St Louis Blues. St Louis Blues, stlouisblues.com and stlblues.com are trademarks of the St Louis Blues Hockey Club. NHL and the word mark and image of the Stanley Cup are registered trademarks and the NHL Shield and NHL Conference logos are trademarks of the National Hockey League. All NHL logos and marks and NHL team logos and marks as well as all other proprietary materials depicted herein are the property of the NHL and the respective NHL teams and may not be reproduced without the prior written consent of NHL Enterprises, L.P. Copyright © 2007 St Louis Blues Hockey Club and the National Hockey League. All Rights Reserved.

PRIVACY POLICY | TERMS OF USE | CONTACTS | EMPLOYMENT | EMAIL WEBMASTER