



**NEXT GAME** | **LAST GAME**

TV: PPV, Radio: **Listen**
**Buy Tickets!**

Wed Oct 10, 2007 - 7:30 PM | 1 | 2 | 3 | T
Philadelphia | | | | 0
Vancouver | | | | 0

**UPCOMING GAMES**
10/10 **Tickets!** | 13/10 **Tickets!** | 15/10 **Tickets!**

 


### Canucks 4 @ Flames 3 - Final OT
Daniel Sedin swatted game-winning overtime goal with five seconds remaining, scoring one of four Vancouver power play goals in a 4-3 OT victory in Calgary Saturday night. ...more

### MORE NEWS


**Prospects Central**
Get your updates on a couple of the Canucks newest faces. More


**Canucks Music Contest**
It's your chance to tell us what you want to hear! More


**Sunny D's Blog**
What Canuck do you want to be? Consider these finer points. More


**Video: Game Open**
Watch the game opening scoreclock video on Canucks TV. Watch

### NHL NEWS
Get the latest NHL news and features from NHL.com:
- NHL coaches sport HFC pink ties
- Fisher eyes offensive improvement
- Southeast Division notes
- Line combos can fuel decisions
- Ottawa comes up big in openers
- Havlat loves his soccer, too
- Lidstrom's passion still strong
- Lecavalier wants another Cup

### STAY CONNECTED!
INSIDE EDGE
> CONTESTS
> BREAKING NEWS
> SPECIAL OFFERS AND MUCH MORE!
SIGN UP NOW | LOGIN

### CANUCKS TV
SPONSORED BY | GAME HIGHLIGHTS | FEATURED VIDEO



### OTHER INFORMATION

Get 4 tickets starting at $115 with Family Nights. Tickets on sale Sat.Oct.6th at 10am. More


Canucks Ticket Auctions - bid on front row tickets for Oct. 19 vs. Kings & Oct. 28 vs. Red Wings. More


Applications are now being accepted for the 2007-08 Mini Minor Program. More

### LATEST BOARD TOPICS
Vancouver #3 POWER PLAY IN ENTIRE NHL...8th October 2007
Powerplay?...8th October 2007
Vancouver ALMOST Worst in NHL...8th October 2007
Flyers hanging in Whistler...8th October 2007
Luongo expected to start Wed(TSN UPDATE!)...8th October 2007
The Art of War...8th October 2007
[PTS] Flyers @ Canucks | October 10th, 2007...8th October 2007

### SCHEDULE | STANDINGS | STATS
**October 2007**
Sun | Mon | Tue | Wed | Thu | Fri | Sat
 | 1 | 2 | 3 | 4 | 5 3-1 L | 6 4-3 W
7 | 8 | 9 | 10 tickets | 11 | 12 tickets | 13 tickets
14 | 15 tickets | 16 | 17 | 18 | 19 tickets | 20
21 | 22 | 23 | 24 | 25 | 26 | 27
28 | 29 | 30 | 31 | | |

- Home / - Away / - Promotion

### TEAM SHOP
Get Your NEW Vancouver Canucks RBK Edge Personalized Jersey
SHOP NOW


Be the next Lucky Traveler ENTER HERE

### WEEKLY POLL
Which forward should play point on the power play until Salo returns?
○ Byron Ritchie
○ Ryan Shannon
○ Markus Naslund
○ Brendan Morrison
○ Mason Raymond
VOTE

### LOCAL SEARCH
Canpages
Search For
In City, Province: Vancouver, BC
SEARCH
Featuring Google Maps


CANUCKS PODCAST


INSIDE EDGE


Live@ General Motors Place


Be the next Lucky Traveler ENTER HERE


TEAM 1040 SPORTS RADIO





Feel the difference.

Canucks.com is the official Web site of The Vancouver Canucks. The Vancouver Canucks and Canucks.com are trademarks of The Vancouver Canucks Limited Partnership. NHL and the word mark and image of the Stanley Cup are registered trademarks and the NHL Shield and NHL Conference logos are trademarks of the National Hockey League. All NHL logos and marks and NHL team logos and marks as well as all other proprietary materials depicted herein are the property of the NHL and the respective NHL teams and may not be reproduced without the prior written consent of NHL Enterprises, L.P. Copyright © 2007 The Vancouver Canucks Limited Partnership and the National Hockey League. All Rights Reserved.

Contact Us | Sponsorship | Jobs | General Motors Place | Privacy Policy