UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
MADISON SQUARE GARDEN, L.P.,          )
                                       )
           Plaintiff,                  )     No. 07 CIV. 8455 (LAP)
                                       )
      v.                               )
                                       )
NATIONAL HOCKEY LEAGUE, NATIONAL       )
HOCKEY LEAGUE ENTERPRISES, L.P.,       )
NATIONAL HOCKEY LEAGUE INTERACTIVE     )
CYBERENTERPRISES, L.L.C., NHL          )
ENTERPRISES CANADA, L.P., and NHL      )
ENTERPRISES, B.V.,                     )
                                       )
           Defendants.                 )
---------------------------------------------------------------- X

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I William J. Hine, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Thomas F. Cullen
> Jones Day
> 51 Louisiana Ave., N.W.
> Washington, D.C. 20001
> Tel. (202) 879-3939
> Fax. (202) 626-1700
> tfcullen@jonesday.com

Mr. Cullen is a member in good standing of the bars of the state of Massachusetts and the District of Columbia. (*See* Exhibit B to the Declaration of William J. Hine in Support of Motion to Admit Counsel *Pro Hac Vice*) There are no pending disciplinary actions against Mr. Cullen in any State or Federal court. (*Id.*)

NYI-4027451v1

- 2 -

Dated: New York, New York
       October 8, 2007

Respectfully submitted,

_____
WILLIAM J. HINE (WH-6766)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
MADISON SQUARE GARDEN, L.P.,            )
                                        )
            Plaintiff,                  )    No. 07 CIV. 8455 (LAP)
                                        )
    v.                                  )
                                        )
NATIONAL HOCKEY LEAGUE, NATIONAL        )
HOCKEY LEAGUE ENTERPRISES, L.P.,        )
NATIONAL HOCKEY LEAGUE INTERACTIVE      )
CYBERENTERPRISES, L.L.C., NHL           )
ENTERPRISES CANADA, L.P., and NHL       )
ENTERPRISES, B.V.,                      )
                                        )
            Defendants.                 )
------------------------------------------------------------- X

### DECLARATION OF WILLIAM J. HINE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, WILLIAM J. HINE, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a member of Jones Day, 222 East 41st Street, New York, New York, 10017, counsel for plaintiff Madison Square Garden, L.P. ("MSG" or "Plaintiff") in the the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Thomas. F. Cullen as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bars of the states of New York and Florida, and was first admitted to practice law on April 17, 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Thomas F. Cullen since 2003.

4. Mr. Cullen is a member of Jones Day in Washington, D.C., and a member in good standing of the bars of the state of Massachusetts and the District of Columbia. *See* Exhibit B attached hereto.

5. I have found Mr. Cullen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

- 2 -

6. Accordingly, I am pleased to move the admission of Mr. Cullen *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Mr. Cullen *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Thomas F. Cullen, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

Dated: New York, New York
October 8, 2007

Respectfully submitted,

_____
WILLIAM J. HINE (WH-6766)



### District of Columbia Court of Appeals
#### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

    I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

              THOMAS F. CULLEN, JR.

was on the   11TH   day of   FEBRUARY, 1976

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

                      In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 28, 2007.

                      GARLAND PINKSTON, JR., CLERK

                      By: _____
                               Deputy Clerk



**MAURA S. DOYLE**
CLERK

**The Commonwealth of Massachusetts**
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM
October 2, 2007

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

Thomas F. Cullen, Jr.
Jones Day
51 Louisiana Ave., NW
Washington, DC  20001

IN RE:     CERTIFICATE OF ADMISSION AND GOOD STANDING

Thomas F. Cullen, Jr.:

Enclosed please find the Certificate of admission and good standing which you have recently requested from this office.  This certificate attests to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or if this office can be of further assistance, please do not hesitate to contact us at 617-557-1050 or visit our web site at www.sjccountyclerk.com.

Very truly yours,

*[signature]*

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/pjs
CL Received: October 2, 2007
enclosure

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **tenth** day of **March** A.D. **1975**, said Court being the highest Court of Record in said Commonwealth:

## Thomas F. Cullen, Jr.

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **second** day of **October** in the year of our Lord **two thousand and seven**.



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## CERTIFICATE OF SERVICE

I declare that on October 9, 2007, I caused the attached MOTION TO ADMIT COUNSEL *PRO HAC VICE* and DECLARATION OF WILLIAM J. HINE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* with attached exhibits to be served by hand-delivery on the following counsel:

Shepard Goldfein
James A. Keyte
Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
Four Times Square
New York, New York 10036
Tel. 212.735.3000
Fax. 212.735.2000/1

*Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 9, 2007

JONES DAY

By: _____
Robert W. Gaffey (RG-4004)
Meir Feder (MF-2574)
William J. Hine (WH-6766)
Tracy V. Schaffer (TS-4952)
Sacha A. Boegem (SB-2007)
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Attorneys for Plaintiff*

- 2 -

OF COUNSEL:

Thomas F. Cullen, Jr.
Joe Sims
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700


Thomas Demitrack
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212