## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3610
DIRECT FAX
(917) 777-3610
EMAIL ADDRESS
SGOLDFEI@SKADDEN.COM

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 18, 2007

**BY FACSIMILE**

The Honorable Loretta A. Preska, U.S.D.J.
United States District Court
Room 1320, 500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/07

Re: <u>Madison Square Garden, L.P. v. National Hockey League et. al.</u>,
    No. 07 CIV 8455 (LAP)

Dear Judge Preska:

We represent the Defendants in the above-titled action. The last day for the National Hockey League, NHL Enterprises, L.P. and NHL Interactive CyberEnterprises LLC to respond to the Complaint is October 22, 2007. The last day for NHL Enterprises Canada and NHL Enterprises BV to respond is October 18, 2007. By this letter, we respectfully request a forty-five (45) day extension of the time to respond to the Complaint based on the earliest response date. The new deadline for all Defendants would be December 3, 2007. Defendants requested that Plaintiff consent to a sixty (60) day extension. Plaintiff's counsel informed us that at this point in time they are willing to consent to only a two week extension, although counsel suggested that at a later date, plaintiff might consider a longer extension.

Defendants respectfully submit that a forty-five day extension is reasonable and appropriate under the circumstances. Since the Complaint was filed, Defendants have had to devote their efforts to responding to Plaintiff's motion for a preliminary injunction. Plaintiff's reply papers are due today, and we will be spending the next several days preparing for next week's hearing. In the absence of a longer extension, Defendants will be forced to begin preparing their response while simultaneously preparing for next week's hearing and without the benefit of the Court's ruling on Plaintiff's preliminary injunction motion. This is the first request for such an extension and it does not affect any other scheduled dates in this case.

Thank you for your consideration.

Respectfully submitted,

Shepard Goldfein

*[handwritten notation: The time for all defendants to respond to the complaint is extended to November 16, 2007. SO ORDERED. /s/ LAP USDJ 10-18-07]*

cc: Meir Feder, Esq. (counsel for plaintiff, via e-mail)