UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
MADISON SQUARE GARDEN, L.P.,                )
                                            )
        Plaintiff,                          )    No. 07 CIV. 8455 (LAP)
                                            )
        v.                                  )
                                            )
NATIONAL HOCKEY LEAGUE, NATIONAL            )
HOCKEY LEAGUE ENTERPRISES, L.P.,            )
NATIONAL HOCKEY LEAGUE INTERACTIVE          )
CYBERENTERPRISES, L.L.C., NHL               )
ENTERPRISES CANADA, L.P., and NHL           )
ENTERPRISES, B.V.,                          )
                                            )
        Defendants.                         )
------------------------------------------------------------------ X

## REPLY DECLARATION OF ROBERT W. GAFFEY

    I, ROBERT W. GAFFEY, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

    1.    I am a member of Jones Day, 222 East 41st Street, New York, New York, 10017, counsel for plaintiff Madison Square Garden, L.P. ("MSG") in the above-captioned matter. I am admitted to practice before this court.

    2.    I submit this Declaration to place before the Court the following declarations, each of which is annexed hereto:

        Reply Declaration of Steve Mills in Support of
        Plaintiff's Motion for Preliminary Injunction

        Reply Declaration of Scott Richman in Support of
        Plaintiff's Motion for Preliminary Injunction

        Reply Declaration of Daniel David in Support of
        Plaintiff's Motion for Preliminary Injunction

        Declaration of Jerry Hausman

        Declaration of John Deighton

NYI-4033245v1

Dated: New York, New York
      October 18, 2007

                                              /s/ Robert W. Gaffey
                                                ROBERT W. GAFFEY

NYI-4033245v1

## CERTIFICATE OF SERVICE

I declare that on October 18, 2007, I caused the foregoing PLAINTIFF'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION and REPLY DECLARATION OF ROBERT W. GAFFEY with annexed declarations to be served on the following counsel for defendants through the Court's CM/ECF system and via hand-delivery:

Shepard Goldfein
James A. Keyte
Paul M. Eckles
Peter S. Julian
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Tel. 212.735.3000
Fax. 212.735.2000/1

*Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       October 18, 2007

JONES DAY

By: /s/ Sacha A. Boegem
    Sacha A. Boegem (SB-2207)
    222 East 41st Street
    New York, NY 10017
    Telephone: (212) 326-3939
    Facsimile: (212) 755-7306

*Attorney for Plaintiff*