EXHIBIT 1

JOHN DEIGHTON
September 2007

*Harvard Business School*
*Soldiers Field Road*
*Boston, MA 02163*

## EDUCATION

Ph D (1983) Wharton School, University of Pennsylvania.
MBA (1972) Graduate School of Business, University of Cape Town, South Africa.
BS (Chemical Engineering) (1968) University of Natal, South Africa.

## EMPLOYMENT

Harvard University, Graduate School of Business Administration.
   *Harold M. Brierley Professor of Business Administration, 2000 to present.*
   *Professor of Business Administration, 1997 to 2000.*
   *Associate Professor of Business Administration, 1994 to 1997.*
University of Chicago, Graduate School of Business.
   *Associate Professor of Marketing, 1990 to 1994.*
   *Assistant Professor of Marketing, 1987 to 1990.*
   *Visiting Assistant Professor of Marketing, 1986.*
Dartmouth College, Amos Tuck School of Business Administration.
   *Assistant Professor of Business Administration, 1982 to 1987.*
Herbert Penny (Pty.) Limited, South Africa.
   *Managing Director of Consulting Division, 1973 to 1980.*
Unilever (South Africa) Limited.
   *Brand Assistant and Brand Manager, 1969 to 1972.*

## PUBLICATIONS

*Articles and Chapters:*

Deighton, John (2007), "The Territory of Consumer Research: Walking the Fences," Journal of Consumer Research October 34(3) 279-282.

Zeithaml, Valerie, Ruth N. Bolton John Deighton, Timothy Kenningham, Katherine N. Lemon and J. Andrew Peterson (2006), "Forward-Looking Focus: Can Firms Have Adaptive Foresight?" Journal of Service Research, 9 (2) 168-184.

Deighton, John (2005), "Consumer Identity Motives in the Information Age," in <u>Inside Consumption: Consumer Motives, Goals and Desires.</u> Ed. S. Ratneshwar and David Glenn Mick. New York: Routledge.

Deighton, John (2005), "From the Editor-Elect," <u>Journal of Consumer Research</u> June 32(1) 1-5..

Deighton, John and Das Narayandas (2004), "Commentary on 'Evolving to a New Dominant Logic for Marketing," <u>Journal of Marketing</u> 68 (January).

Deighton, John (2003), "Market Solutions to Privacy Problems?" in <u>Digital Anonymity and the Law - Tensions and Dimensions,</u>. Ed. Christopher Nicoll, JE.J. Prins and Miriam J. M. van Dellen. Cambridge: Cambridge University Press.

Narayandas, Das, Mary Caravella and John Deighton (2002), "The Impact of Internet Exchanges on Business-to-Business Distribution." <u>Journal of the Academy of Marketing Science.</u> 30 (Fall)

Bell, David, John Deighton *et al* (2002), "Seven Barriers to Customer Equity Management," <u>Journal of Service Research</u>, 5 (1) August.

Deighton, John (2002), "How Snapple Got its Juice Back," <u>Harvard Business Review</u>, January.

Deighton, John and Patrick Barwise (2001), "Digital Marketing Communication," in <u>Digital Marketing : Global Strategies from the World's Leading Experts</u> Ed. Jerry Wind and Vijay Mahajan. New York, NY: John Wiley and Sons

Deighton, John (2001), "Service Markets and the Internet," in <u>Services Marketing: People, Technology, Strategy</u>, Christopher Lovelock. Upper Saddle River, NJ.: Prentice Hall.

Deighton, John (2001) "Who Wanted Webvan to Survive?" *The Boston Globe* (July 31).

Sherman, Lee and John Deighton (2001), "Banner Advertising: Measuring Effectiveness and Optimizing Placement," <u>Journal of Interactive Marketing</u> 15 (2) (Spring).

Deighton, John (2000), "Frequency Programs in Service Industries," in <u>Handbook of Services Marketing and Management</u>. Ed. Teresa A. Swartz and Dawn Iacobucci, Thousand Oaks, CA.: Sage Publications.

Deighton, John (1999), "Integrated Marketing Communications in Practice," in <u>The Advertising Business</u>, Ed. John Philip Jones, Thousand Oaks, CA.: Sage Publications.

Writing:

Barwise, Patrick and John Deighton (1999), "Digital Media: Cutting Through the Hype," Mastering Marketing. London: Pearson Education Ltd.

Deighton, John (1997), "Commentary on 'Exploring the Implications of Marketing on the Internet,' Journal of the Academy of Marketing Science, 25 (Fall).

Winer, Russell, John Deighton et al (1997), "Choice in Computer-Mediated Environments," Marketing Letters 8 (3) (July).

Deighton, John (1996), "Features of Good Integration: Two Cases and Some Generalizations," in Integrated Communications: Synergy of Persuasive Voices, Ed. Ester Thorsen and Jeri Moore, Hillsdale, N.J.: Lawrence Erlbaum Associates.

Deighton, John et al (1996), "The Future of Interactive Marketing," Harvard Business Review, November/December.

Blattberg, Robert C. and John Deighton (1996), "Manage Marketing by the Customer Equity Test," Harvard Business Review, July/August.

Grayson, Kent and John Deighton (1995), "Playing and the Locus of Rules," in Frank R. Kardes and Mita Sujan (eds.) Advances in Consumer Research, 22, 241-2.

Deighton, John and Kent Grayson (1995), "Marketing and Seduction: Building Exchange Relationships by Managing Social Consensus," Journal of Consumer Research 21 (April).

Deighton, John, Don Peppers and Martha Rogers (1994) "Consumer Transaction Databases: Present Status and Prospects," in The Marketing Information Revolution, ed. Robert C. Blattberg, Rashi Glazer and John Little. Cambridge: The Marketing Science Institute.

Deighton, John, (1994), "Managing Services When the Service is a Performance," in Service Quality: New Directions in Theory and Practice, ed. Roland T. Rust and Richard L. Oliver. Thousand Oaks, CA: Sage Publications, Inc.

Winer, Russell, John Deighton et al (1994), "When Worlds Collide: The Implications of Panel Data-Based Choice Models for Consumer Behavior," Marketing Letters 5 (3) (October).

Deighton, John, Caroline M. Henderson and Scott Neslin (1994), "The Effects of Advertising on Brand Switching and Repeat Purchasing," Journal of Marketing Research 31 (February).

McQueen, Josh, Carol Foley and John Deighton (1993), "Decomposing a Brand's Consumer Franchise into Buyer Types," in Brand Equity and Advertising: Advertising's

Role in Building Strong Brands, ed. David A. Aaker and Alexander L. Biel, Hillsdale, N.J.: Lawrence Erlbaum Associates.

Deighton, John and Stephen J. Hoch (1993), "Teaching Emotion with Drama Advertising," in Advertising Exposure, Memory and Choice. ed. Andrew A. Mitchell. Hillsdale, N.J.: Lawrence Erlbaum Associates.

Deighton, John (1992), "The Consumption of Performance," Journal of Consumer Research 19 (December).

Blattberg, Robert C. and John Deighton (1991), "Interactive Marketing: Exploiting the Age of Addressability," Sloan Management Review, 33 (Fall), 5-14. Reprinted in Business Edge, May 1992. Translated and reprinted in Harvard Business Manager, 15 (1) 1993.

Alwitt, Linda F., John Deighton and John Grimm (1991), "Reactions to Political Advertising Depend on the Nature of the Voter-Candidate Bond," in Television and Political Advertising, Volume 1: Psychological Processes Frank Biocca (Ed.) Hillsdale, NJ: Lawrence Erlbaum Associates.

Deighton, John, Daniel Romer and Josh McQueen (1989), "Using Drama to Persuade," Journal of Consumer Research, 16 (December).

Hoch, Stephen J. and John Deighton (1989), "Managing What Consumers Learn From Experience," Journal of Marketing, 53 (April).

Deighton, John and Robert M. Schindler (1988), "Can Advertising Influence Experience?" Psychology and Marketing, 5 (2).

Walsh, James P., Caroline M. Henderson and John Deighton (1988), "Negotiated Belief Structures and Decision Performance: An Empirical Investigation," Organizational Behavior and Human Decision Processes, 42.

Deighton, John (1988), "Two Meanings for Transformation," Advances in Consumer Research, 15, M. Houston (Ed.). Ann Arbor: Association for Consumer Research.

Deighton, John (1987), "A Simple Representation of the Contingent Structure of Knowledge," Advances in Consumer Research, 14, P. Anderson and M. Wallendorf (Eds.). Ann Arbor: Association for Consumer Research.

Deighton, John (1986), "Persuasion as Directed Inference," Advances in Consumer Research, 13, R. Lutz (Ed.). Ann Arbor: Association for Consumer Research.

Deighton, John (1985), "Rhetorical Strategies in Advertising," Advances in Consumer Research, Volume 12, M. Holbrook and E. Hirschman (Eds.). Ann Arbor: Association for Consumer Research.

Deighton, John (1984), "The Interaction of Advertising and Evidence," <u>Journal of Consumer Research,</u> 11 (December).

Deighton, John (1983), "How to Solve Problems that Don't Matter: Some Heuristics for Uninvolved Thinking," <u>Advances in Consumer Research</u>, 10, R.P. Bagozzi and A.M. Tybout (Eds.). Ann Arbor: Association for Consumer Research. Reprinted in Wallendorf and Zaltman, (Eds.). <u>Readings in Consumer Behavior</u>, 2nd Edition, Wiley, 1984.

Deighton, John, Francesco Nicosia and Yoram Wind (1983), "Exploration into the Time-Money Tradeoff: Concepts and an Application," <u>Proceedings of the ESOMAR Annual Conference,</u> San Francisco.

Working Papers

Deighton, John and Leora Kornfeld, "Digital Interactivity: Unanticipated Consequences for Markets, Marketing, and Consumers."

Avery, Jill, Mary Caravella, John Deighton and Tom Steenburgh, Adding Bricks to Clicks:
the Effects of Store Openings on Sales Through Direct Channels.

Deighton, John (in draft), The Branded Customer: Privacy and Identity in the Information Age.

*Case Studies and Teaching Notes:*

"Dove: Evolution of a Brand" HBS case draft.
"Marketing Chateau Margaux. " HBS Case #9-507-033.
"Nectar: Making Loyalty Pay," HBS Case #9-505-031. Teaching Note TN 5-506-048
"Marketing James Patterson," HBS Case #9-505 029. Teaching Note TN 5-505-033
"Siebel Systems: Anatomy of a Sale (Parts 1, 2 and 3). HBS Cases #9-503-021/022/023.
"Centra Software." HBS Case #9-501-088, Teaching Note TN 5-503-047.
"Bouygues Telecom: The WAP Opportunity." HBS Case #9-501-068.
"The Peppers and Rogers Group." HBS Case #9-500-096.
"Doubleclick buys Abacus A." HBS Case #9-500-091.
"Doubleclick buys Abacus B." HBS Case #9-501-085.
"Hilton Hotels: Loyalty Wars." HBS Case #9-500-079, Teaching Note TN#5-501-059.
"Webvan: Groceries on the Web." HBS Case #9-500-052.
"Alloy: Marketing to Generation Y." HBS Case #9-500-048, Teaching Note TN#5-501-043.
"The Brita Products Company." HBS Case #9-500-024, Teaching Note TN5-501-067.
"CVS: The Web Strategy." HBS Case #9-500-008, Teaching Note TN#5-501-064.
"Snapple." HBS Case #9-599-126, Teaching Note TN#5-500-033.
"MicroFridge: The Concept." HBS Case #9-599-049, Teaching Note TN5-503-030.

"MicroFridge: The Execution" HBS Case#9-503-017.
"First Year Marketing Module Summary: Evolution of Marketing." HBS TN #598-017.
"USA Today Online." HBS case #9-958-133, Teaching Note, " TN #5 599 097.
"Dendrite International (A) (condensed)," HBS case #597-072.
"Rogers Communications Inc.: The WAVE," HBS case #597-050,Teaching Note," HBS TN #597-078.
"Note on Marketing and the Internet," HBS case #597-037, 503-014.
"SiteSpecific," HBS case #596-117.
"IDS Financial Services (condensed)," HBS case #596-045, Teaching Note," HBS TN #596-061.
"Consumer Behavior Exercise (A), (B), (C), (D), (E) & (F)," HBS case #596-039, 596-040, 596-041,
596-042, 596-043 & 596-044.
"McNeil Consumer Products Company: Tylenol," in The Ethical Manager. Ed. Ronald M. Green, Macmillan 1994.

## ADMINISTRATIVE POSITIONS

Trustee of the Marketing Science Institute
Board Member of the Direct Marketing Education Foundation
Director of the Berkman Center for Internet and Society at the Harvard Law School
Faculty chair, Strategic Marketing Management executive program, Harvard Business School 2007
Faculty chair, Consumer Marketing Strategy executive program, Harvard Business School 2002, 2005
Faculty Course Head, First year marketing course, Harvard Business School 1997-1998
Curriculum Planning Committee, University of Chicago Graduate School of Business 1989.

## CONFERENCE DESIGN

Conference Chair, Marketing Science Institute, "Business Insights from Consumer Culture," Toronto, Canada, May, 2006.
Conference Co-Chair, Marketing Science Institute, "Research Frontiers in Interactive Marketing," Cambridge, MA September 1997.
Conference Chair, Harvard Business School, "The Future of Interactive Marketing," Boston, MA May 1996.
Program Committee, Association for Consumer Research Annual Conference, 1996, 1997, 1998, 2000, 2001, 2002, 2004.

## ACADEMIC CONFERENCE PRESENTATIONS

Academy of Marketing Science Annual meeting, *"Meet the editor,"* May 2007.
American Marketing Association, Doctoral Consortium, *"Branding and New Media"* Arizona State University, Tempe, AZ, May 2007.
University of California, Irvine, *Invited talk.* April 2007.

University of Southern California, *Invited talk*, March 2007
American Marketing Association Winter Educators Conference, San Diego February 2007
University of Colorado, *Invited talk*, Boulder, CO. December 2006.
Marketing Science Institute, *Navigating the new world of advertising*, San Francisco, CA. November 2006.
Boston College, *Invited talk*, Boston, MA November 2006
Association for Consumer Research Annual conference, Orlando FL., October 2006.
Northwestern University, *Invited talk*, September 2006
American Marketing Association, Doctoral Consortium, *"The review process"* University of Maryland, College Park, MD, July 2006.
Marketing Science Conference, *"Meet the editor,"* Pittsburgh, PA. June 2006.
Baruch College, *Invited talk*, New York, NY May 2006.
Notre Dame University, *Invited talk*, South Bend, IN, April 2006.
University of Wisconsin, *Invited talk*, Madison, WI, April 2006.
Haring Symposium, *"Keynote address,"* Bloomington, IN March 2006.
University of Massachusetts, *Invited talk*, Amherst, MA January 2006.
Arizona University, *Invited talk*, Tucson, AZ. January 2006
Association for Consumer Research Latin America Conference, *"Meet the editor,"* Monterrey, Mexico, January 2006.
Association for Consumer Research Doctoral Symposium, *"Meet the editor,"* San Antonio, October 2005.
American Marketing Association Summer Educators' Conference, *"Meet the editor,"* San Francisco, August, 2005.
American Marketing Association, Doctoral Consortium, *"Meet the editor"* University of Connecticut, Storrs, CT. July 2005
Wharton School University of Pennsylvania, *Invited talk*. Philadelphia, PA March 2005.
University of Minnesota, *Invited talk*, Minneapolis, MN March 2005
Direct Marketing Association, *"Loyalty Marketing."* New Orleans, LA October 2004.
Association for Consumer Research Doctoral Symposium. *"Macro and Macro Theories of Consumers,"* Portland, OR, October 2004.
American Marketing Association, Doctoral Consortium, *"Loyalty programs and channel coordination,"* College Station, TX, June 2004.
Marketing Science Institute. Conference on Customer Management, *"Privacy and customer management,"* Durham, NC. March 2004.
American Marketing Association, Doctoral Consortium, *"Issues in advertising and persuasion,"* Minneapolis, MN, September 2003.
Marketing Science Institute Trustee Meeting, *Captivating Customers and Building Brands*, Invited address, Washington, DC., March 2003.
Harvard Internet and Society Conference, *Panel Moderator: Harvard's Digital Identity*, November 2002.
Marketing Association Rijksuniversiteit Groningen, Netherlands, *keynote address*, October 2002.
Nyenrode University, Amsterdam, Netherlands, *Invited address*, *"Interactive Marketing*, March 2002.
University of Maryland, *Invited paper*, *"Branding customers,"* January 2002.

Association for Consumer Research, *"A close analysis of a loyalty program,"* Annual Conference, San Antonio, October 2001.

Rutgers University, Invited paper, *"Branding customers,"* April 2001.

University of Rhode Island, North East Marketing Seminar, Invited paper, "Branding customers." April 2001.

University of Exeter, Invited paper, *"Marketing in the information age,"* March 2001

University of Manchester Institute of Technology, *Invited paper*, *"Marketing in the information age,"* March 2001

London Business School, Invited paper, *"Marketing in the information age,"* March 2001

Queen's University, Belfast, Invited paper, *"Marketing in the information age,"* March 2001

Dublin City University, Invited paper, *"Marketing in the information age,"* March 2001.

Georgia State University, Invited paper, *"Managing customers for profit,"* February 2001.

Keio University, Osaka, Japan. Visiting professor, July 2000.

INSEAD Summer Marketing Camp. Invited paper, *"When does the Internet favor incumbent firms?"* June 2000.

Erasmus University, Rotterdam, Netherlands, Keynote Address, *"Interactive marketing,"* May 2000.

Marketing Science Institute, Miami, FL., Invited paper, *"Sources of increasing returns on the Internet,"* December 1999.

Association for Consumer Research, *"Assimilating innovations,"* (with Susan Fournier) Annual Conference, Columbus, October 1999.

American Marketing Association, San Francisco, CA., Invited paper, *"The Web and persuasion,"* August 1999.

Georgetown University, Invited paper, *"Marketing meets the Internet,"* April 1999.

Emerson College, Davis Symposium, Invited presentation, *"Interactive marketing,"* April, 1999

University of California, Davis, Invited paper, *"Interactive marketing,"* February 1999.

Wharton Conference on Digital Marketing, *"Digital Communication,"* Wharton School, University of Pennsylvania, October 1998.

Vanderbilt University, Frontiers in Services Marketing Conference Keynote address, *"Branding the Customer,"* September 1998.

Association for Consumer Research, *"Special Session Chair: Computers as Social Actors,"* Annual Conference, Montreal, Canada, October 1998.

American Marketing Association, Doctoral Consortium, *"Marketing research in interactive media,"* Atlanta GA September 1998.

Emory University, Relationship Marketing Conference," *Digital seduction,"* June 1998.

Academy of Marketing Science Faculty Consortium, Keynote Address, Norfolk, VA., May 1998.

COTIM Keynote Address, *"Marketing in the Age of Addressability,"* Brussels, Belgium, November 1997.

Association for Consumer Research, *"Special Session Discussant: Virtual Spaces as Consumer Environments,"* Annual Conference, Denver, CO, October 1997.

Direct Marketing Education Foundation Address, September 1997.

American Marketing Association, Summer Educators' Conference, *"The Interactive Future: Competition and Collaboration between Marketing and Information Technology,"* Chicago, IL. August 1997.

Stanford University Graduate School of Business, *"Interactive Marketing,"* Marketing Camp, Palo Alto, July 1997.

University of Toronto, Faculty of Management Studies, Invited Paper, *"Loyalty programs,"* Toronto, February 1997.

Association for Consumer Research, *"Special Session Synthesis: Cognitive Evidence for Literary Theory,"* Annual Conference, San Diego, CA., October 1996.

American Marketing Association, Summer Educators' Conference, *"Integrated Marketing Communications,"* San Diego, CA. August 1996.

Columbia University Graduate School of Business, Columbia Invitational Symposium on Choice Modeling and Behavior, New York, July 1996.

American Marketing Association, New York Professional Services Marketing Leadership Council, *"Interactive Marketing,"* New York, NY February 1996.

Quest Futures Group, *"A Future of Advertising and Advertising Agencies,"* Annual Meeting, San Diego, CA., February 1996.

Association for Consumer Research, *"Customer Value: A Framework for Analysis and Research,"* Annual Conference, Minneapolis, MI., October 1995.

University of Illinois, Champaign-Urbana, Marketing Technologies Symposium, *"Interactive Marketing: Evolutionary or Revolutionary?"* IL, September 1995.

American Marketing Association, School of Database Marketing, *"Database Marketing Enters the Marketing Mainstream,"* University of Notre Dame, South Bend, IN, August 1995.

Business Week Forum, *"Branding in an Interactive Communications Environment,"* Forum on Corporate Branding, Chicago, IL., June 1995.

Association of National Advertisers, *"Integrated Marketing in Practice,"* Scottsdale, AZ., May 1995.

Association for Consumer Research, *"Constructing Virtual Relationships,"* Annual Conference, Boston, MA., October 1994.

Association for Consumer Research, *"Framing Consumption as Play,"* Annual Conference, Boston, MA., October 1994.

American Marketing Association, *"Strategies for Managing Interaction,"* Summer Educators' Conference, San Francisco, CA., August 1994.

American Marketing Association, *"The Marketing Information Revolution,"* Summer Educators' Conference, San Francisco, CA., August 1994.

Marketing Science Institute, *"The Future of the Marketing Communications Industry: Implications of Interactivity,"* Cambridge, MA., March 1994.

American Marketing Association, *"Marketing after Integration,"* Winter Educators' Conference, St. Petersburg, Fl., February 1994.

Association for Consumer Research, *"The Consumption of Performance,"* Annual Conference, Nashville, TN., October 1993.

Duke Invitational Symposium on Choice Modeling and Behavior, Duke University, Fuqua School of Business, Durham NC July 1993.

Columbia Business School, *"Marketing and Seduction,"* Marketing Camp, Arden House, New York, NY., June 1993.

American Marketing Association, *"The Schema for Marketing Strategy Development"* (with Caroline M. Henderson and James P. Walsh), Winter Educators' Conference, California, January 1993.

ORSA/TIMS, *"The Economics of Addressability,"* Joint National Meeting, San Francisco, CA., November 1992.

Association for Consumer Research, *"Sincerity, Sham and Satisfaction in Marketplace Performance,"* Annual Conference, Chicago, IL., October 1991.

American Academy of Advertising, *"Integrated Marketing Communications,"* Reno, NE., March 1991.

RR Donnelley, *"The Addressable Consumer: Implications for the Practice of Marketing,"* Corporate Technical Colloquium, Chicago, January 1990.

ORSA/TIMS, *"The Interaction Between Advertising and Promotion,"* (with Caroline Henderson and Scott Neslin), Joint National Meeting, New York, NY, October 1989.

Advertising Research Foundation, *"Persuasive Effects that Tracking Studies May Miss,"* Tracking Marketplace Performance, New York: June 1988.

## DISTINCTIONS AND AWARDS

Visiting Scholar, Teradata Center for Customer Relationship Management, Duke University 2003/4.

Robert B. Clarke Outstanding Educator Award, Direct Marketing Education Foundation, 2002.

University of Tokyo, Hakuhodo Visiting Professor of Marketing, October 1997.

Alpha Kappa Psi Award of American Marketing Association for Best Article in *Journal of Marketing*, 1990.

Hillel J. Einhorn Excellence in Teaching Award, University of Chicago Graduate School of Business, 1995.

Twice Finalist for Best Article Award, Journal of Consumer Research, 1991-1993 and 1992-1994, Association for Consumer Research.

Listed among the most productive scholars in marketing in a study of publications in the 1989 - 1993 period by Page and Mohr (American Marketing Association Winter Educators' Conference, 1995.)

American Marketing Association "Marketing Thought Task Force," February 1994.

Bozell, Jacobs, Kenyon and Eckhardt Research Grant, University of Chicago, 1989/90.

CBS Foundation Fellowship for support of Doctoral studies, Wharton School, 1981-82.

Pepsico Grant for Doctoral Research (Wharton Center for Marketing Strategy Research), 1981-82.

Human Sciences Research Council of South Africa Fellowship, 1980.

University of Cape Town Doctoral Award, 1980.

Gold Medal for academic performance, MBA Program, Graduate School of Business, University of Cape Town, 1972.

## DOCTORAL COMMITTEES

Deborah Mitchell, Temple University

Brian Gibbs, Stanford University
Pat West, University of Texas, Austin
Klaus Wertenbroch, Duke University
John Gourville, Harvard University
Lisa Klein, Rice University
Tuba Ustuner City University of London
Andrea Wojnicki, University of Toronto
Mary Caravella, University of Connecticut
Jill Avery, Simmons College

## EDITORSHIPS AND EDITORIAL REVIEW ASSIGNMENTS

Editor, Journal of Consumer Research since 2005.
Associate Editor, Journal of Consumer Research 2000 to 2005.
Editorial Board, Journal of Marketing since 2004.
Editor, Journal of Interactive Marketing 1998 to 2002
Editorial Board, Journal of Advertising 1996 to 2002.
Board of Advisors, Behavioral Marketing Abstracts since 2002.
Reviewer for Journal of Marketing Research
Reviewer for International Journal for Research in Marketing.
Reviewer for Social Sciences and Humanities Research Council of Canada Research Grants
Reviewer for Marketing Science.
Reviewer for Management Science.
Reviewer for Journal of Consumer Psychology.
Reviewer for Journal of the Academy of Marketing Science.
Reviewer for Journal of Management Information Technology.
Member of American Marketing Association since 1979.
Member of Association for Consumer Research since 1982.

## EXPERT TESTIMONY EXPERIENCE

September 1998 Civil Action David Orman et al, plaintiffs v. America Online, Inc. et al, defendants. Retained by by Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC of Boston for the defendants to consult on plaintiffs' expert reports and matters related to direct marketing and estimation of customer lifetime value in the software industry.

June 1999 Civil Action Estee Lauder, plaintiff v. Excite and the Fragrance Counter defendant. Retained by Cowan, Liebowitz & Latman, PC, new York, representing Estee Lauder, to consult on matters of Internet brand confusion.

February 2000 Civil Action No.: CV 99-12980 DDP (Mcx) Nissan Motor Corp. plaintiff v. Nissan Computer defendant. Retained by TechMark, San Jose CA. and Silicon Valley Law Group on behalf of the defendant to prepare an affidavit on brand confusion.

May 2000  Civil Action No. 00-CV-10798-MEL in United States District Court, District of Massachusetts. Massbank Corp. and Massbank, plaintiffs v. Family Bank FSB and First Massachusetts Bank, NA. Defendants. Retained by Cooke, Clancy & Gruenthal LLP, Boston, representing Massbank, to prepare an affidavit dealing with trade name confusion.

October 2001  Presentation prepared for Federal Trade Commission Re: Pillsbury/General Mills Premerger Notification, Transaction Nos. 2000-4277 and 2000-4278. Retained by Wachtel, Lipton, Rosen and Katz, New York, and Collier Shannon Scott, Washington DC representing Pillsbury and General Mills. Affidavit dealt with issues of brand management.

November 2002  Civil Actions Nos. CV-99-10864-MRP (CWX) and CV-99-10368-MRP (CWX) in United States District Court for Central District of California, Western Division. Thurber et al (first case) and Dusek et. Al (second case) plaintiffs v. Mattel Inc., Jill Barad, Harry J. Pearce, Michael Perik and others, defendants. Retained by Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC of Boston, representing Michael Perik, to prepare an affidavit dealing with marketing practices in the software market.

January 2003  Civil Action No. CV-02-8043 in United States District Court, Southern District of New York. 1-800-Contacts v. WhenU.com, Inc. and Vision Direct, Inc. Retained by Lutzker & Lutzker, LLP and Hale & Dorr LLP to prepare expert witness report on Internet advertising practices. Testified in evidentiary hearing.

February 2003  Civil Action No. CV 02-1469-A in the United States District Court Eastern District of Virginia. U-Haul v. WhenU.com Inc. Retained by Lutzker & Lutzker, LLP and Hale & Dorr LLP. Prepared expert witness report and was deposed.

June 2003  Civil Action No. CV 03-71906 in the United States District Court Eastern District of Michigan. Wells Fargo v. WhenU.com, Inc. Retained by Kronish Lieb Weiner & Hellman LLP. Prepared expert witness report.

March 2004. Arbitration, JAMS Rrference # 1420011424 in Pallotta Team Works v. Avon Products Foundation, Inc. Retained by Allegaert, Berger and Vogel LLP. Testified in tribunal.

June 2005  Civil Action No. CA 99-5226 in the Rhode Island Superior Court. State of Rhode Island v. Lead Industries Association, Inc., et al. Retained by Jones Day. Deposed.

September 2006. Civil Action No. 4:05 CV78-FL3 in the U.S. District Court, Eastern District of North Carolina. Bouygues Telecom, S.A. v. Tekelec, Inc. Retained by Analysis Group Inc. and Bryan Cave LLP. Deposed.

February 2007. Civil Action No. CV 78-FL3CV in the US District Court, Eastern District of North Carolina. Bouygues Telecom SA v Tekelec Inc. Retained by Bryan Cave LLP. Deposed.

September 2007. Civil Action No. 98-CV-1664 in the US District Court, District of New Jersey. Cendant v Ernst & Young. Retained by Heller Ehrman LLP. Deposed.