# EXHIBIT 2

## Materials Considered

In addition to the documents specifically cited in the declaration, I have considered the following materials:

Pleadings in the Case:

    Notice of Motion for Preliminary Injunction, dated October 1, 2007

    Plaintiff's Memorandum of Law in Support of its Motion for Preliminary Injunction, dated October 1, 2007

Declarations

    Steve Mills, President and Chief Operating Officer of MSG Sports, dated September 30, 2007 (with Exhibits)

    Scott Richman, Senior Vice President and General Manager of MSG Interactive, dated September 30, 2007

    Daniel David, Manager, Interactive Programming, MSG Interactive, dated September 30, 2007

    Robert W. Gaffey, Member, Jones Day, counsel for plaintiff, dated September 30, 2007 (with Exhibit [Complaint for Injunctive Relief, dated September 28, 2007])

    Dr. Franklin M. Fisher, Carlton Professor of Microeconomics at Massachusetts Institute of Technology, dated October 11, 2007

Keith Ritter, President of NHL ICE, dated October 11, 2007

John Collins, Senior Executive Vice President of Business and Media, NHL Enterprises, dated October 11, 2007