UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
| | | |
|---|---|---|
| MADISON SQUARE GARDEN, L.P., | ) | ECF Case |
| | ) | |
| Plaintiff, | ) | No. 07 CIV. 8455 (LAP) |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL HOCKEY LEAGUE, NATIONAL HOCKEY LEAGUE ENTERPRISES, L.P., NATIONAL HOCKEY LEAGUE INTERACTIVE CYBERENTERPRISES, L.L.C., NHL ENTERPRISES CANADA, L.P., and NHL ENTERPRISES, B.V., | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

Please enter my appearance for the plaintiff in the above-captioned matter.

Dated: New York, New York
October 18, 2007

Respectfully submitted,

 /s/ Thomas F. Cullen
THOMAS F. CULLEN (TC-9912)
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Tel. (202) 879-3939
Fax. (202) 626-1700
tfcullen@jonesday.com

NYI-4033375v1

- 2 -

**CERTIFICATE OF SERVICE**

      I declare that on October 18, 2007, I caused the foregoing NOTICE OF APPEARANCE to be served on the following counsel for defendants through the Court's CM/ECF system and via hand-delivery:

Shepard Goldfein
James A. Keyte
Paul M. Eckles
Peter S. Julian
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Tel. 212.735.3000
Fax. 212.735.2000/1

*Attorneys for Defendants*

      I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York        JONES DAY
       October 18, 2007

                                        By: /s/ Sacha A. Boegem
                                           Sacha A. Boegem (SB-2207)
                                           222 East 41st Street
                                           New York, NY  10017
                                           Telephone:  (212) 326-3939
                                           Facsimile:  (212) 755-7306

                                           *Attorney for Plaintiff*