UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
MADISON SQUARE GARDEN, L.P.,           )
                                       )
            Plaintiff,                 )     No. 07 CIV. 8455 (LAP)
                                       )
        v.                             )
                                       )
NATIONAL HOCKEY LEAGUE, NATIONAL       )
HOCKEY LEAGUE ENTERPRISES, L.P.,       )
NATIONAL HOCKEY LEAGUE INTERACTIVE     )
CYBERENTERPRISES, L.L.C., NHL          )
ENTERPRISES CANADA, L.P., and NHL      )
ENTERPRISES, B.V.,                     )
                                       )
            Defendants.                )
------------------------------------------------------------ X

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, William J. Hine, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Thomas Demitrack
> Jones Day
> 901 Lakeside Avenue
> Cleveland, OH 44114
> Tel. (216) 586-3939
> Fax. (216) 579-0212
> tdemitrack@jonesday.com

Mr. Demitrack is a member in good standing of the bar of the state of Ohio. (*See* Exhibit B to the Declaration of William J. Hine in Support of Motion to Admit Counsel *Pro Hac Vice*) There are no pending disciplinary actions against Mr. Demitrack in any State or Federal court. (*Id.*)

NYI-4033081v1

- 2 -

Dated: New York, New York
October 22, 2007

                                Respectfully submitted,

                                _____
                                William J. Hine (WH-6766)
                                JONES DAY
                                222 East 41st Street
                                New York, NY 10017-6702
                                Telephone: (212) 326-3939
                                Facsimile: (212) 755-7306

                                *Attorney for Plaintiff*

NYI-4033081v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
MADISON SQUARE GARDEN, L.P.,                )
                                            )
            Plaintiff,                      )   No. 07 CIV. 8455 (LAP)
                                            )
      v.                                    )
                                            )
NATIONAL HOCKEY LEAGUE, NATIONAL            )
HOCKEY LEAGUE ENTERPRISES, L.P.,            )
NATIONAL HOCKEY LEAGUE INTERACTIVE          )
CYBERENTERPRISES, L.L.C., NHL               )
ENTERPRISES CANADA, L.P., and NHL           )
ENTERPRISES, B.V.,                          )
                                            )
            Defendants.                     )
---------------------------------------------------------------- X

## DECLARATION OF WILLIAM J. HINE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, WILLIAM J. HINE, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a member of Jones Day, 222 East 41st Street, New York, New York, 10017, counsel for plaintiff Madison Square Garden, L.P. ("MSG" or "Plaintiff") in the the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Thomas Demitrack as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bars of the states of New York and Florida, and was first admitted to practice law on April 17, 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Thomas Demitrack since mid-2006.

4. Mr. Demitrack is a member of Jones Day in Cleveland, Ohio, and a member in good standing of the bar of the state of Ohio. *See* Exhibit B attached hereto.

5. I have found Mr. Demitrack to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

NYI-4033087v1

- 2 -

6. Accordingly, I am pleased to move the admission of Mr. Demitrack *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Mr. Demitrack *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Thomas Demitrack, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

Dated: New York, New York
      October 22, 2007

Respectfully submitted,

_____
WILLIAM J. HINE (WJH-6766)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
MADISON SQUARE GARDEN, L.P.,          )
                                      )
            Plaintiff,                )     No. 07 CIV. 8455 (LAP)
                                      )
       v.                             )
                                      )
NATIONAL HOCKEY LEAGUE, NATIONAL      )
HOCKEY LEAGUE ENTERPRISES, L.P.,      )
NATIONAL HOCKEY LEAGUE INTERACTIVE    )
CYBERENTERPRISES, L.L.C., NHL         )
ENTERPRISES CANADA, L.P., and NHL     )
ENTERPRISES, B.V.,                    )
                                      )
            Defendants.               )
------------------------------------------------------------------ X

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of William J. Hine, attorney for Madison Square Garden, L.P. ("MSG"), and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that:

> Thomas Demitrack
> Jones Day
> 901 Lakeside Avenue
> Cleveland, OH 44114
> Tel. (216) 586-3939
> Fax. (216) 579-0212
> tdemitrack@jonesday.com

is admitted to practice *pro hac vice* as counsel for MSG in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

NYI-4033035v1

- 2 -

counsel shall immediately register for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.


Dated: New York, New York
      October ___, 2007

 

_____
UNITED STATES DISTRICT JUDGE

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

    Thomas Demitrack

was admitted to the practice of law in Ohio on November 02, 1979; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 18th day of October, 2007.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Assistant*

## CERTIFICATE OF SERVICE

I declare that on October 22, 2007, I caused the attached MOTION TO ADMIT COUNSEL *PRO HAC VICE* and DECLARATION OF WILLIAM J. HINE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* with attached exhibits to be served by hand-delivery on the following counsel:

Shepard Goldfein
James A. Keyte
Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
Four Times Square
New York, New York 10036
Tel. 212.735.3000
Fax. 212.735.2000/1

*Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 22, 2007

JONES DAY

By: [signature]
Sacha A. Boegem (SB-2007)
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Attorney for Plaintiff*