UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

MADISON SQUARE GARDEN, L.P.,

        Plaintiff,

v.

NATIONAL HOCKEY LEAGUE, NATIONAL
HOCKEY LEAGUE ENTERPRISES, L.P.,
NATIONAL HOCKEY LEAGUE INTERACTIVE
CYBERENTERPRISES, L.L.C., NHL
ENTERPRISES CANADA, L.P., and NHL
ENTERPRISES, B.V.,

        Defendants.

------------------------------------------------------------ X

No. 07 CIV. 8455 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of William J. Hine, attorney for Madison Square Garden, L.P. ("MSG"), and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that:

    Thomas Demitrack
    Jones Day
    901 Lakeside Avenue
    Cleveland, OH 44114
    Tel. (216) 586-3939
    Fax. (216) 579-0212
    tdemitrack@jonesday.com

is admitted to practice *pro hac vice* as counsel for MSG in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

NYI-4033035v1

counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
October 29, 2007

                                                     *Loretta A. Preska*
                                           UNITED STATES DISTRICT JUDGE