UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
MADISON SQUARE GARDEN, L.P.,            )
                                        )
            Plaintiff,                  )    No. 07 CIV. 8455 (LAP)
                                        )
        v.                              )
                                        )
NATIONAL HOCKEY LEAGUE, NATIONAL        )
HOCKEY LEAGUE ENTERPRISES, L.P.,        )
NATIONAL HOCKEY LEAGUE INTERACTIVE      )
CYBERENTERPRISES, L.L.C., NHL           )
ENTERPRISES CANADA, L.P., and NHL       )
ENTERPRISES, B.V.,                      )
                                        )
            Defendants.                 )
----------------------------------------------------------------- X

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, William J. Hine, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Joe Sims
> Jones Day
> 51 Louisiana Ave., N.W.
> Washington, D.C. 20001
> Tel. (202) 879-3939
> Fax. (202) 626-1700
> jsims@jonesday.com

Mr. Sims is a member in good standing of the bars of the District of Columbia and the state of Arizona (inactive). (*See* Exhibit B to the Declaration of William J. Hine in Support of Motion to Admit Counsel *Pro Hac Vice*) There are no pending disciplinary actions against Mr. Sims in any State or Federal court. (*Id.*)

NYI-4033078v1

- 2 -

Dated: New York, New York
       October 26, 2007

                                   Respectfully submitted,

                                   *[signature]*

                                   William J. Hine (WH-6766)
                                   JONES DAY
                                   222 East 41st Street
                                   New York, NY 10017-6702
                                   Telephone: (212) 326-3939
                                   Facsimile: (212) 755-7306

                                   *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
MADISON SQUARE GARDEN, L.P.,                )
                                            )
            Plaintiff,                      )   No. 07 CIV. 8455 (LAP)
                                            )
      v.                                    )
                                            )
NATIONAL HOCKEY LEAGUE, NATIONAL            )
HOCKEY LEAGUE ENTERPRISES, L.P.,            )
NATIONAL HOCKEY LEAGUE INTERACTIVE          )
CYBERENTERPRISES, L.L.C., NHL               )
ENTERPRISES CANADA, L.P., and NHL           )
ENTERPRISES, B.V.,                          )
                                            )
            Defendants.                     )
------------------------------------------------------------- X

**DECLARATION OF WILLIAM J. HINE IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, WILLIAM J. HINE, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a member of Jones Day, 222 East 41st Street, New York, New York, 10017, counsel for plaintiff Madison Square Garden, L.P. ("MSG" or "Plaintiff") in the the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Joe Sims as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bars of the states of New York and Florida, and was first admitted to practice law on April 17, 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Joe Sims since mid-2006.

4. Mr. Sims is a member of Jones Day in Washington, D.C., and a member in good standing of the bars of the District of Columbia and the state of Arizona (inactive). *See* Exhibit B attached hereto.

5. I have found Mr. Sims to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

NYI-4033084v1

- 2 -

6. Accordingly, I am pleased to move the admission of Mr. Sims *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Mr. Sims *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Joe Sims, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

Dated: New York, New York
October 26, 2007

Respectfully submitted,

_____
WILLIAM J. HINE (WH-6766)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
MADISON SQUARE GARDEN, L.P.,                )
                                            )
             Plaintiff,                     )     No. 07 CIV. 8455 (LAP)
                                            )
      v.                                    )
                                            )
NATIONAL HOCKEY LEAGUE, NATIONAL            )
HOCKEY LEAGUE ENTERPRISES, L.P.,            )
NATIONAL HOCKEY LEAGUE INTERACTIVE          )
CYBERENTERPRISES, L.L.C., NHL               )
ENTERPRISES CANADA, L.P., and NHL           )
ENTERPRISES, B.V.,                          )
                                            )
             Defendants.                    )
------------------------------------------------------------------ X

### ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of William J. Hine, attorney for Madison Square Garden, L.P. ("MSG"), and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that:

> Joe Sims
> Jones Day
> 51 Louisiana Ave., N.W.
> Washington, D.C. 20001
> Tel. (202) 879-3939
> Fax. (202) 626-1700
> jsims@jonesday.com

is admitted to practice *pro hac vice* as counsel for MSG in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

NYI-4033019v1

- 2 -

counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
      October ___, 2007

                                                _____
                                                UNITED STATES DISTRICT JUDGE



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JOE SIMS

was on the 3RD day of OCTOBER, 1978 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 17, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
   Deputy Clerk

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

    The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JOE SIMS** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on September 26, 1970, and is now, as of the date of this Certificate, an inactive member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 23rd day of October, 2007.

*Nancy Swetnam*
Nancy Swetnam
Acting Disciplinary Clerk

## CERTIFICATE OF SERVICE

I declare that on October 26, 2007, I caused the attached MOTION TO ADMIT COUNSEL *PRO HAC VICE* and DECLARATION OF WILLIAM J. HINE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* with attached exhibits to be served by hand-delivery on the following counsel:

Shepard Goldfein
James A. Keyte
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Tel. 212.735.3000
Fax. 212.735.2000/1

*Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 26, 2007

JONES DAY

By: /s/ Sacha B.
Sacha A. Boegem (SB-2207)
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Attorney for Plaintiff*

NYI-4033068v1