UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MADISON SQUARE GARDEN, L.P.,            )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )
                                        )   No. 07 CIV. 8455 (LAP)
NATIONAL HOCKEY LEAGUE, NATIONAL        )
HOCKEY LEAGUE ENTERPRISES, L.P.,        )
NATIONAL HOCKEY LEAGUE                  )
INTERACTIVE CYBERENTERPRISES, L.L.C.,   )
NHL ENTERPRISES CANADA, L.P., and NHL   )
ENTERPRISES, B.V.,                      )
                                        )
            Defendants.                 )
------------------------------------------------------------- X

## NOTICE OF APPEAL

Plaintiff Madison Square Garden, L.P., hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of the United States District Court for the Southern District of New York (Preska, J.), entered November 2, 2007, denying Plaintiff's motion for a preliminary injunction in this action.

Dated: New York, New York
       November 5, 2007

Respectfully submitted,

_____
Meir Feder (MF-2574)
Thomas F. Cullen, Jr. (*pro hac vice*)
Robert W. Gaffey (RG-4004)
JONES DAY
222 E. 41st Street
New York, NY 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

*Attorneys for Plaintiff,
Madison Square Garden, L.P.*

## CERTIFICATE OF SERVICE

On November 5, 2007, I caused the foregoing NOTICE OF APPEAL to be served by hand on the following counsel for defendants in this action:

> Shepard Goldfein
> SKADDEN, ARPS, SLATE,
> MEAGHER & FLOM LLP
> Four Times Square
> New York, New York 10036-6522

Dated: New York, New York
November 5, 2007

_____
Todd R. Geremia

| ORIGINAL-WHITE | DUPLICATE-YELLOW | TRIPLICATE-PINK |
|---|---|---|

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF NEW YORK**

E 631848

RECEIVED FROM: Jones Day

07cv8455 NOA

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

INVOICE #8441?
DATE\TIME: 11/5/2007 12:10:04 PM
CASHIER: LATECIA
STATION: 01
==================================
                              $455.00
1   APPEAL 4/06
    086900   $105.
    510000   $150.
    086400   $200
==================================
GRAND TOTAL              $455.00

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DEPUTY CLERK:

DATE: _____ 20__   Cash | Check | M.O. | Credit