UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MADISON SQUARE GARDEN, L.P.,  :   07 CV 8455 (LAP)

        Plaintiff,  :   <u>ORDER</u>

   v.  :

NATIONAL HOCKEY LEAGUE,  :
NATIONAL HOCKEY LEAGUE ENTERPRISES, :
L.P., NATIONAL HOCKEY LEAGUE  :
INTERACTIVE CYBERENTERPRISES, L.L.C., :
NHL ENTERPRISES, L.L.C., NHL  :
ENTERPRISES CANADA, L.P. and  :
NHL ENTERPRISES, B.V.,  :

       Defendants.  :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

LORETTA A. PRESKA, United States District Judge:

    Counsel shall confer and inform the Court how they propose to proceed.

SO ORDERED:

Dated: November 5, 2007

                                                                           *Loretta A. Preska*
                                                                   LORETTA A. PRESKA, U.S.D.J.

Msgorder1105