USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

MADISON SQUARE GARDEN, L.P.,

        Plaintiff,

v.

NATIONAL HOCKEY LEAGUE, NATIONAL HOCKEY LEAGUE ENTERPRISES, L.P., NATIONAL HOCKEY LEAGUE INTERACTIVE CYBERENTERPRISES, L.L.C., NHL ENTERPRISES CANADA, L.P., and NHL ENTERPRISES, B.V.,

        Defendants.

------------------------------------------------------------- X

No. 07 CIV. 8455 (LAP)

RECEIVED

LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S D. N. Y.

### ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of William J. Hine, attorney for Madison Square Garden, L.P. ("MSG"), and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that:

    Joe Sims
    Jones Day
    51 Louisiana Ave., N.W.
    Washington, D.C. 20001
    Tel. (202) 879-3939
    Fax. (202) 626-1700
    jsims@jonesday.com

is admitted to practice *pro hac vice* as counsel for MSG in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

- 2 -

counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
~~October~~ November 7, 2007

_____
UNITED STATES DISTRICT JUDGE