## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3810
DIRECT FAX
(917) 777-3810
EMAIL ADDRESS
SGOLDFEI@SKADDEN.COM

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

November 13, 2007

**BY FACSIMILE**

The Honorable Loretta A. Preska, U.S.D.J.
United States District Court
Room 1320, 500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

Re: Madison Square Garden, L.P. v. National Hockey League et. al., No. 07 CIV 8455 (LAP)

Dear Judge Preska:

We represent the Defendants in the above-titled action. By this letter, we respectfully request a two-week extension of time to respond to the Complaint. The new deadline for all Defendants would be November 30, 2007. Plaintiff consents to this request.

This is the second request for an extension, and it would not affect any other scheduled dates in this case. The current deadline to respond to the complaint is November 16, 2007. The original deadline for the National Hockey League, NHL Enterprises, L.P. and NHL Interactive CyberEnterprises LLC to respond was October 22, 2007. The original deadline for NHL Enterprises Canada and NHL Enterprises BV to respond was October 18, 2007. On October 18, 2007, Defendants requested a forty-five (45) day extension. At that time, Plaintiff consented to only a two week extension, and the Court approved a thirty day extension to November 16, 2007.

Thank you for your consideration.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
November 15, 2007

Respectfully submitted,

*Shepard Goldfein*
Shepard Goldfein

cc: Meir Feder, Esq. (counsel for plaintiff, via e-mail)