```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MADISON SQUARE GARDEN, L.P.,         :   07 CV 8455 (LAP)
                                     :
            Plaintiff,               :
                                     :   ORDER
        vs.                          :
                                     :
NATIONAL HOCKEY LEAGUE, NATIONAL     :
HOCKEY LEAGUE ENTERPRISES, L.P.,     :
NATIONAL HOCKEY LEAGUE INTERACTIVE   :
CYBERENTERPRISES, L.L.C., NHL        :
ENTERPRISES, L.L.C., NHL             :
ENTERPRISES CANADA, L.P., and NHL    :
ENTERPRISES, B.V.,                   :
                                     :
            Defendants.              :
------------------------------------x

LORETTA A. PRESKA, United States District Judge:

     Parties are requested to confer and inform the Court by letter how they propose to proceed in this matter by December 7, 2007.

SO ORDERED:

Dated:   New York, New York
         December 3, 2007

                                         /s/ Loretta A. Preska
                                         LORETTA A. PRESKA, U.S.D.J.