# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3810
DIRECT FAX
(917) 777-3810
EMAIL ADDRESS
SGOLDFEI@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/08

April 14, 2008

**BY FACSIMILE**

The Honorable Loretta A. Preska, U.S.D.J.
United States District Court
Room 1320, 500 Pearl Street
New York, NY 10007

  Re: Madison Square Garden, L.P. v. National Hockey League et. al.,
    No. 07 CIV 8455 (LAP)

Dear Judge Preska:

  We represent the Defendants in the above-titled action. The last day for the Defendants to respond to Plaintiff's First Amended Complaint is April 17, 2008. By this letter, we respectfully request a forty-five (45) day extension of the time to respond to the First Amended Complaint. The new deadline would be June 2, 2008. Plaintiff's counsel has informed us that Plaintiff consents to the extension. This is the first request for such an extension, and it does not affect any other scheduled dates in this case.

  Thank you for your consideration.

Respectfully submitted,

Shepard Goldfein

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
April 17, 2008

cc: Roger W. Gaffey, Esq. (counsel for Plaintiff, via e-mail)