```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MADISON SQUARE GARDEN, L.P.,  :   07 CV 8455 (LAP)

                Plaintiff,  :   ORDER

   v.  :

NATIONAL HOCKEY LEAGUE,  :
NATIONAL HOCKEY LEAGUE ENTERPRISES, :
L.P., NATIONAL HOCKEY LEAGUE  :
INTERACTIVE CYBERENTERPRISES, L.L.C., :
NHL ENTERPRISES, L.L.C., NHL  :
ENTERPRISES CANADA, L.P. and  :
NHL ENTERPRISES, B.V.,  :

                Defendants.  :

------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

      Having reviewed Mr. Gaffey's April 15 letter and Mr. Goldfein's April 17 letter, it is hereby ORDERED that:

      1.    The Rangers' request that the NHL be ordered to produce the Broadcasting documents is denied as premature in that the Rangers failed to meet and confer with the League after the Rangers amended the complaint to add, inter alia, a challenge to the League's long-standing rules regarding the territorial rights of individual NHL Member Clubs, including rights relating to the broadcasting of NHL games;

      2.    The Rangers' request for financial information concerning individual NHL Member Clubs is denied as overbroad and overly intrusive without prejudice to renewal following analysis of the documents produced; and

2

3. The Rangers' request that the parties' proposed Confidentiality Order be modified to permit documents designated Highly Confidential to be shown not only to in-house counsel of the parties but also to "any employees of such entities" is denied without prejudice to renewal following analysis of the documents produced.

SO ORDERED:

Dated: April 21, 2008

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

Msgorder421