# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(212) 735-3610
DIRECT FAX
(917) 777-3610
EMAIL ADDRESS
SGOLDFEI@SKADDEN.COM

May 22, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

**BY FACSIMILE**

The Honorable Loretta A. Preska, U.S.D.J.
United States District Court
Room 1320, 500 Pearl Street
New York, NY 10007

Re:  *Madison Square Garden, L.P. v. National Hockey League et. al.,*
     No. 07 CIV 8455 (LAP)

Dear Judge Preska:

We represent the Defendants in the above-titled action. Plaintiff's counsel have authorized us to represent that they consent to the request set forth herein. Defendants' response to the First Amended Complaint is due on June 2, 2008. In our motion, we anticipate raising multiple grounds for dismissal. Because one of the grounds will be that Plaintiff executed multiple releases between 1995 and 2005, the motion to dismiss will, in the alternative, seek summary judgment because we will need to put the releases before the Court.

In light of the scope of the allegations in the Amended Complaint (e.g., restraints of trade relating to broadcasting, sponsorships, advertising, licensing of intellectual property, merchandising, and new media practices of the NHL and its member clubs), and the number of legal issues raised by those allegations, we respectfully request permission to file an overlength brief so that (hopefully) the facts and applicable law can be set forth in a manner that is helpful to the Court. We respectfully request the Court authorize the following brief lengths:

- Defendants' opening brief – 40 pages

- Plaintiff's opposition brief – 40 pages

- Defendants' reply brief – 20 pages

The parties have also agreed that Plaintiff's opposition papers will be served by July 17 and Defendants' reply will be served by August 6.

SO ORDERED

*Loretta A. Presky*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 22, 2008

Thank you for your consideration.

Respectfully submitted,

*Shepard Goldfein* (signature)

Shepard Goldfein

cc: Robert W. Gaffey, Esq. (counsel for plaintiff, via e-mail)