UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MADISON SQUARE GARDEN, L.P., : | |
| Plaintiff, : | |
| - against - : | No. 07 CIV. 8455 (LAP) |
| : | |
| NATIONAL HOCKEY LEAGUE, NATIONAL HOCKEY LEAGUE ENTERPRISES, L.P., NHL INTERACTIVE CYBERENTERPRISES, LLC., NHL ENTERPRISES CANADA, L.P., and NHL ENTERPRISES, B.V., : | **NOTICE OF MOTION TO DISMISS OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT** |
| : | Electronically Filed |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION TO DISMISS
OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the supporting Declaration of Shepard Goldfein and the exhibits attached thereto, the supporting Local Rule 56.1 Statement of Undisputed Material Facts, and all prior pleadings and proceedings had herein, defendants National Hockey League, NHL Enterprises, L.P., NHL Interactive CyberEnterprises, L.L.C., NHL Enterprises Canada, L.P., and NHL Enterprises, B.V. (collectively, "Defendants") will move in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, before the Honorable Loretta A. Preska, at a date, time, and courtroom to be determined by the Court, for an Order pursuant to Rule 12 and/or Rule 56 of the Federal Rules of Civil Procedure granting Defendants' motion to dismiss or, in the alternative, for partial summary judgment on plaintiff Madison Square Garden, L.P.'s First Amended

Complaint for Injunctive Relief, and for such other and further relief as the Court deems just and proper

Dated: June 2, 2008

                                            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                            _s/ Shepard Goldfein_____
                                            Shepard Goldfein
                                            James A. Keyte
                                            Paul M. Eckles
                                            Four Times Square
                                            New York, New York 10036-6522
                                            Telephone:  (212) 735-3000
                                            Facsimile:  (212) 735-2000

                                            *Attorneys for Defendants National Hockey League, et al.*

TO:    JONES DAY
        *Attorneys for Plaintiff*
        222 East 41st Street
        New York, New York 10017-6702
        **Attention**:    **Robert W. Gaffey, Esq.**