UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MADISON SQUARE GARDEN, L.P., :

             Plaintiff,
:

    - against -                         No. 07 CIV. 8455 (LAP)
:

NATIONAL HOCKEY LEAGUE, NATIONAL HOCKEY LEAGUE ENTERPRISES, L.P., NHL INTERACTIVE CYBERENTERPRISES, LLC., NHL ENTERPRISES CANADA, L.P., and NHL ENTERPRISES, B.V., : **MOTION TO DISMISS OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**

: Electronically Filed

             Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION TO DISMISS
OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure defendants National Hockey League, NHL Enterprises, L.P., NHL Interactive CyberEnterprises, L.L.C., NHL Enterprises Canada, L.P., and NHL Enterprises, B.V. (collectively, "Defendants") hereby move to dismiss plaintiff Madison Square Garden, L.P.'s First Amended Complaint for Injunctive Relief with prejudice. In the alternative, Defendants move for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. The grounds for the motion are set forth in Defendants' Memorandum of Law, and are further supported by the Declaration of Shepard Goldfein and the exhibits attached

thereto and Defendants' Local Rule 56.1 Statement of Undisputed Material Facts, all of which are submitted herewith.

Dated: June 2, 2008

                                   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                   _s/ Shepard Goldfein_____
                                   Shepard Goldfein
                                   James A. Keyte
                                   Paul M. Eckles
                                   Four Times Square
                                   New York, New York 10036-6522
                                   Telephone:  (212) 735-3000
                                   Facsimile:  (212) 735-2000

                                   *Attorneys for Defendants National Hockey League, et al.*