# Exhibit 4

# CONSTITUTION
## OF THE
## NATIONAL HOCKEY LEAGUE
(An Unincorporated Association Not For Profit)

### ARTICLE I

### NAME

*1.1.* The name of this association shall be "National Hockey League," hereinafter called the "League."

### ARTICLE II

### PURPOSES AND OBJECTS

*2.1.* The purposes and objects for which the League is organized are:

    *(a)* To perpetuate hockey as one of the national games of the United States and Canada.

    *(b)* The promotion of the common interests of the members of the League, each member being an owner of a professional hockey club located in the United States or Canada.

    *(c)* The promulgation of rules governing the conduct of play of hockey games between the Member Clubs in the League, the relationships between players and Member Clubs, between Member Clubs and the League and between the Member Clubs and other hockey clubs, to the end that the public may be assured of a high standard of skill and fair play, integrity and good sportsmanship.

    *(d)* The arbitration and settlement of disputes between the Member Clubs and between Member Clubs and players.

    *(e)* The education of the public, through advertising, radio and other media, to the end that professional hockey, as played according to the standards of the League, may gain popular support and acceptance as a wholesome entertainment.

    *(f)* The development of youth in mind and body and the teaching of fair play and good sportsmanship through the media of hockey.

*2.2.* The League shall be operated not for profit.

1