Exhibit 6

# *RESOLUTIONS*

## *[BROADCAST MATTERS]*

*REGULATIONS FOR TV TRANSMISSION BY U.S. CLUBS*

*[Approved December 11, 1984.  "Club(s)" means NHL U.S. Club(s).]*

    *A. Interclub Rights.*  The approval of these regulations is without prejudice to any determination of the status of any such rights as they may exist as of the date of such approval.

    *(1)*       For purposes hereof, the following definitions shall be applicable.

    *(a)*       Home Territory of each Club shall mean the Home Territory provided for in its NHL franchise.

    *(b)*       Sphere of Influence of each Club shall mean the area previously approved as such by the Board of Governors and set forth in records maintained in the League office.

    *(c)*       Standard TV shall mean regular over-the-air TV (VHF or UHF) for which no charge is made to the viewer.

    *(d)*       Non-standard TV shall mean basic and pay cable TV, subscription TV (over-the-air by VHF or UHF with charge to the viewer), transmission to multi-point distribution systems (MDS), closed circuit, direct satellite TV, low power TV if not distributed via super station, and similar forms.

    *(2)*       Each Club may exploit its home games through TV as follows:

    By Standard TV, or by Non-Standard TV, in any manner and in any location, except *(i)* through transmission or systems originating in the Home Territory or Sphere of Influence of the visiting Club, *(ii)* through transmitters or systems originating in the Home Territory of any other Club, on a day on which such Club's team is playing at home, *(iii)* via a non-local distributor such as USA Network, ESPN, COMSAT or similar entity and *(iv)* as provided in any U.S.-Canadian sponsorship agreement.

    *(3)*       Each Club may originate or take a feed of its away games and exploit same through TV as follows:

    *(a)*       By Standard TV, only from one transmitter originating in its Home Territory.

    *(b)*       By Non-Standard TV, only through transmitters or systems originating in its Home Territory or Sphere of Influence.

## *RESOLUTIONS*

### *[BROADCAST MATTERS]*

(4)     Each Club shall retain all revenues from its exploitation of its games (home or away) by Standard TV, except that it shall pay into the pool (for equal distribution among all Clubs) 50% of its net income from Standard TV from transmitters located outside its Home Territory and Sphere of Influence.

(5)     Each Club shall retain all revenues from its exploitation of its games (home and away) by Non-Standard TV.  Each Club shall pay into the Club pool (for equal distribution among Clubs) one cent per game for each basic subscriber, subject to a maximum outlay of fourteen cents per pay sub-scriber to Non-Standard systems so exploited that originate outside its Home Territory and Sphere of Influence, but in no event shall any Club be liable for such payments from such subscribers within fifty miles of the corporate limits of its city of franchise.

(6)     During the first year of association between a cable system and the entity exploiting pay cable, in recognition of start-up costs, the charge shall be .67 of one cent per basic subscriber, subject to a maximum outlay of fourteen cents per pay subscriber.

B. *Copyright Payments.*  One hundred percent (100%) of net revenues gained by any Club through payments from the Copyright Tribunal for "Superstations" carriage of its over-the-air telecast shall be allocated to a pool for an equal distribution to all Clubs.

C. *Playoff Pre-Emption.*  No Club will unreasonably withhold participation or consent for a national television contract with a major U.S. network—defined as ABC, CBS or NBC—for playoffs. To the extent that present contractual agreements prevent a Club from so participating, Club will not enter into new agreements that are similar.

*[December 11, 1984, p. 4; amended June 23, 1991]*