# Exhibit 8

# *RESOLUTIONS*

## *[MARKETING MATTERS]*

*LICENSING*

     RESOLVED, that each Member Club hereby grants to the League the exclusive worldwide right to use or license its team's trademarks, including the team's logos, symbols, emblems, designs, uniforms (including a picture of a player in the team's uniform) and other identifying indicia (collectively, "Trademarks"): (i) in connection with the advertising, merchandising, promotion, manufacture, sale and distribution of products and services ("Commercial Purposes") of any nature; and (ii) to promote or generate interest in the NHL and, collectively, its Member Clubs ("Promotional Purposes"), provided that each Member Club retains the non-exclusive right to: (w) perform under its existing local licensing contracts in accordance with their provisions during their defined terms, without permitting (to the extent possible) any renewal or extension thereof unless that agreement is limited in scope consistent with the terms of this Resolution; (x) use, within its home arena and its Team stores located within a 75-mile radius of its home arena, its own Trademarks in connection with the normal operation and promotion of the team and for Commercial Purposes; (y) publish and distribute direct-mail catalogues outside the local territories, provided that 65 percent of the products offered in the direct-mail solicitation are produced by NHLE licensees; and (z) solely for purposes of this Resolution and without effect upon or expansion of a Club's broadcasting rights, use its own Trademarks outside of its home arena for team-specific Promotional Purposes within its local broadcast territory; and provided, further, that the reservation of local rights granted to the Member Clubs in this Resolution excludes jersey or sweater replicas, hockey trading cards and outerwear (exclusive of hats), and provided, further, that a Member Club's rights to use its Trademarks as specified above may in turn be licensed by the Member Club to third parties (e.g., sponsors and licensees) for uses consistent with this Resolution; and be it further

     RESOLVED, that the officers of the League and of NHLE are authorized to do such other acts and things, and to execute and cause to be executed in the name and on behalf of each Member Club, the League and NHLE, such other documents or instruments, as any such officer may approve as necessary or desirable in order to carry out and fulfill the full intent and purposes of the above Resolution, including without limitation, amending the U.S. and Canadian License Agreements and Marketing Agreements, that officer's action, execution and/or delivery to be conclusive evidence of

## *RESOLUTIONS*

### *[MARKETING MATTERS]*

such approval and of the approval and authorization of the Board of Governors and each of the Member Clubs.

*[January 21, 1994]*