# Exhibit 9

# *RESOLUTIONS*

## *[MARKETING MATTERS]*

*NHL-IBM ALLIANCE*

RESOLVED, in conformity with the League's Licensing Resolutions adopted on January 21, 1994 and the License and Assignment Agreements (U.S. and Canadian versions) by and between the Member Clubs and the League dated as of July 1, 1991 and the Marketing and Administration Agreements (U.S. and Canadian versions) by and between the League and National Hockey League Services, Inc. (now NHL Enterprises, Inc.) dated as of July 1, 1991, as the same may be amended, supplemented, superseded and replaced from time-to-time (collectively, the "U.S. and Canadian License Agreements and Marketing Agreements"), that, except as explicitly set forth in any League directives promulgated in accordance with these Resolutions (the "Rules"), the Member Clubs individually confirm the grant to the League or its designee of the exclusive worldwide right to use or

## *RESOLUTIONS*

### *[MARKETING MATTERS]*

license all of its intellectual property rights, including, without limitation, the logos, symbols, emblems, insignia, colors, designs, uniforms (including a picture of a player in the team's uniform), statistics, trade dress, appropriate city or regional identifications and other identifications for all purposes relating to the further development of a presence for the League and the Member Clubs on the Internet's World Wide Web and the exploitation of any and all opportunities utilizing comparable computer and telecast technology, including, without limitation, any network-centric, on-line or other interactive technologies; and be it further

RESOLVED, that League directives addressing the specific means of implementing the foregoing objectives, including, without limitation, the development and implementation of a state-of-the-art scoring system in a computer-ready digital format at each Member Club's venue, shall be promulgated from time-to-time by the Commissioner or his designees; and be it further

RESOLVED, that consistent with the foregoing, the establishment and development of a joint venture with International Business Machines Corporation (the "Alliance"), substantially conforming with the terms described in the May 20, 1996 memorandum to the Board included at Tab 6 of the Agenda, a copy of which was directed to be attached to the minutes of the meeting as Exhibit A, be, and hereby is, approved; and be it further

RESOLVED, that League directives addressing the specific means of establishing and operating the Alliance, including, without limitation, directives addressing telecasts by Member Clubs and their local broadcast partners, the operation of web sites by Member Clubs and the sale of advertising, sponsorships and merchandise by the Member Clubs shall be promulgated from time-to-time by the Commissioner (or his designees); and be it further

RESOLVED, that the officers of the League and of NHL Enterprises, Inc., NHL Enterprises Canada Inc., NHL Enterprises B.V. and any affiliates or successors thereof (collectively, the "NHLE Entities") are authorized to do such other acts and things, and to execute and cause to be executed in the name and on behalf of each Member Club, the League and the NHL Entities, such other documents or instruments, as any such officer may approve as necessary or desirable in order to carry out and fulfill the full intent and purposes of the above Resolutions, including without limitation, amending the U.S. and Canadian License Agreements and Marketing Agreements, that officer's action, execution and/or delivery to be conclusive evidence of such approval and of the approval and authorization of the Board of Governors and each of the Member Clubs.

[NOTE: See Appendix II, Exhibit Z for NHL Internet Regulations].

*[June 26, 1996]*