# Exhibit 10

Case 1:07-cv-08455-LAP  Document 65-11  Filed 06/02/2008  Page 1 of 2

Minutes: Board of Governors Meeting
June 20, 2000
Page 9

Commissioner Bettman next advised the Clubs that, as previously discussed, it continued to be the League's priority to enforce its Internet rules, consistent with the broad scope of authority originally granted by the Board. He stated that, in that context, and consistent with the authority granted to the Commissioner pursuant to the resolutions previously adopted by the Board, all Clubs would be required to file with the League Office any agreements and contracts Clubs have entered into with respect to their Internet activities and that all such agreements and contracts must contain language confirming that their terms are subject to League rules, as they currently exist or may be amended from time to time. Following a discussion, Chicago moved that the filing and contractual requirements be approved by the Board. Commissioner Bettman said that such a resolution was not necessary since all rights related to the Internet resided solely with the League and that he was already empowered to promulgate such rules and regulations and take such acts he deemed appropriate, including with respect to what rights might, at any particular time, be exercised by the Clubs. Commissioner Bettman said that if Chicago wanted to reconfirm and ratify that Internet rights reside with and are controlled by the League, as just described, and the Commissioner's authority in that regard to take such action as deemed appropriate, he would take such a resolution. Chicago so moved the ratification of the Internet rights as articulated by Commissioner Bettman, which motion was seconded by Boston.

The motion carried unanimously.