# Exhibit 12

# RESOLUTIONS

## [MARKETING MATTERS]

*BOARD ADVERTISING*

A. Each Member Club may sell and present advertising upon the dasherboards in its home rink. All revenues shall be the property of the home club.

B. All advertising shall be subject to approval by the League as to advertiser, content, presentation, and number of advertisers, so as to insure quality and good taste.

C. All advertising contracts must be filed with the League prior to any presentation on the boards.

D. Contracts must contain the following:

   (1) a clause that permits the pre-emption of any or all of such advertising in the event of a major television network contract; and

   (2) a clause that makes the contract subject to the Constitution, By-Laws and Resolutions of the NHL; and

   (3) if contract is for a term exceeding one year, a clause that provides it may be terminated at the end of any season by the unilateral action of the club or by reason of action of the NHL Board of Governors.

E. The League shall seek national advertisers, whose ads shall be offered to each of the Member Clubs. Revenue from such ads shall be distributed among the participating Member Clubs.

F. Unsold dasherboards shall not be left blank, but instead the blank spots shall be filled with the NHL logo and/or the Hockey Hall of Fame logo and/or the Team logo and/or the Conference logo, artwork for which shall be provided to each team by the League to insure that consistency of appearance is maintained.

[NOTE: *See 40-Board Dasherboards Resolution (R-81) and Appendix (APP-1) for Board Advertising League Regulations.*]

[*June 12, 1978, p. 3; re-instituted and amended June 25, 1979, p. 15; June 23, 1980, p. 16; June 14, 1987, p. 9; December 5, 1991*]

76