# Exhibit 13

# *APPENDIX*

## *BOARD ADVERTISING REGULATIONS*

1. Advertising may appear on all 360° of the boards.

2. There shall be no more than thirty-six (36) static advertising panels, each of which must preserve four (4) feet in the natural white board color (two feet on each side of the advertising). All advertising must be changed and/or cleaned as necessary to remain free from puck marks, cuts and tears.

   [*NOTE: Superseded in part by 40-Board Dashboards Resolution (R-81).*]

3. Sections of boards may be replaced by rotational dasherboard systems manufactured by a supplier whose product has been approved by the NHL Board of Governors, provided such installation does not interfere with the operation of bench areas, officials' areas, or ice access doors. No rotation of signage within such systems may take place while the game clock is moving, and the red line and blue lines must be visible at all times while the game clock is moving.

4. Each club must make available for purchase by NHL Enterprises for non-competing ads five percent (5%) of their dasherboard advertising inventory (two static advertising panels, or approximately seven minutes of display time in a rotational system), at the lowest non-packaged price paid by any other advertiser. NHLE shall notify clubs of its intent to purchase by July 1 of each year, after which that inventory may be sold by the club.

   Additionally, each Member Club must make available to the League, free of charge, five percent (5%) of the display time in a rotational dasherboard system for League promotional purposes.

5. The color black may not be dominant in any static signage, and may not be dominant in any rotational system advertisements displayed while the game clock is moving.

6. All static advertising must be easily removable. All rotational systems must contain or have available a panel in the natural white board color.

7. Unsold dasherboards shall not be left blank. The blank spots shall be filled with the NHL logo and/or the Hockey Hall of Fame logo and/or the Team logo and/or the Conference logo. Artwork for the above shall be provided to each Team by the League to insure that consistency of appearance is maintained.

8. All contracts for the sale of such advertising must contain a proviso that permits pre-emption for any international event and any major national U.S. or Canadian network commitment.

9. The following products are prohibited: hard liquor, tobacco and certain personal hygienic products. In all other respects the advertisement as to product and content must meet with the approval of the Commissioner of the NHL. Such approval will not be unreasonably withheld. The purpose of this requirement is to make sure the product and advertising content are such as will insure quality and good taste and to prevent any presentation that would reflect poorly upon the NHL or its Member Clubs.

1

# *APPENDIX*

## *BOARD ADVERTISING REGULATIONS*

10. All contracts must be filed with and approved by the League prior to the exhibition of any advertisement. All advertising revenues remain the property of the home club except as to any national advertising that may be offered to the Member Clubs. Those clubs which accept national advertising secured by the League will share equally.

11. Any contract for a term exceeding three years must provide that it may be terminated at the end of any season following the third season for which the agreement is in effect by the unilateral action of the Club or by reason of action of the NHL Board of Governors. It is suggested that the sale of rights be on a two-part basis: one sale for regular season and a second sale for playoffs. (Amended December 9, 1993)

12. All contracts must contain a clause that makes the contract subject to the Constitution, By-Laws and Resolutions of the NHL.

[*NOTE: Pre-emptive rights stem from Section D of the Board Advertising Resolution (R-76).*]