# Exhibit 14

# *RESOLUTIONS*

## *[MARKETING MATTERS]*

*40-BOARD DASHERBOARDS*

RESOLVED, that the League's Dasherboard Regulations be, and they hereby are, amended to provide that there shall be no more than forty (40) static advertising panels, thirty-six (36) of which shall be reserved for the Clubs, with the other four six foot corner positions to be reserved for League branding and promotional purposes only.

[*June 26, 1996*]