# Exhibit 15

Minutes: Board of Governors Meeting
September 14, 2006
Page 11

RESOLVED, that effective with the commencement of training camp for the 2007/08 season, the League's Dasherboard Regulations be, and they hereby are, amended to provide as follows:

The maximum number of static advertising panels would increase to forty-four (44), from the current forty (40) panel configuration, (II) forty (40) of the panels shall be reserved for the Clubs (i.e., all of the additional signage would be used for Club local partner advertising), subject to any League-mandated obligations (e.g., for National broadcasters, etc.), with the remaining four (4) corner positions to be reserved for League branding and promotional purposes only, (iii) a "floating white" design would be mandatory for all panels, and (iv) the template sizing and design specifications for all forty-four (44) panels would be modified.

A. One (1) additional panel would be added on each side of the rink in the attacking zone and the sizing and design specifications would be modified as set forth in paragraph C below.

B. The League's cornerboards would be placed behind the goal line, moving from their current location in front of the goal line.

C. The following template sizing and design specifications would be implemented:

1. 40 advertising positions, each measuring 11 feet in length with 10 ½ feet of imageable area (*current size is 12 feet with 11 ½ feet of imageable area*).

2. Four (4) corner NHL brand positions, each measuring 5 ½ feet in length with 5 feet of imageable area (*current size is 6 feet with 5 ½ feet of imageable area*).

3. A minimum of 12" of white design space between each dasherboard sign imageable area (*current requirement is a minimum of 18" of white design space*).

4. Panels will have a mandatory "floating white" design, meaning that the advertising logos or traditional trademark script be set against a white background.

and on such other terms as the Commissioner or his designee deem to be necessary and/or appropriate; and be it further

**RESOLVED**, that Clubs may opt to utilize the forty-four (44) panel configuration during the 2006/07 season, so long as they also comply with all of the revised configurations and dimensions, including the "floating white" design; and be it further

**RESOLVED**, that the officers of the League, and each of them individually, be, and they hereby are, authorized in the name and on behalf the League and each Member Club, to take or cause to be taken all such further actions and to institute or modify such rules, regulations and policies as the Commissioner determines may be necessary or appropriate to ensure the quality production and telecast of NHL games and delivery of other rights and to effectuate the foregoing resolution, and to execute and deliver or cause to be executed and delivered all such further agreements, documents, certificates and undertakings and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or convenient to carry into effect the purpose and intent of this or the foregoing resolutions, the taking by any of those officers of any actions and the execution or delivery by any of those officers of any agreements, documents, certificates and undertakings in connection with this or the foregoing resolutions to conclusively establish such officer's authority therefor from the League and the approval and ratification by the League of the actions so taken and the documents so executed.

The motion carried unanimously.