# Exhibit 16

# RESOLUTIONS

## *[MARKETING MATTERS]*

**IN-ICE ADVERTISING**

    A. The same advertiser restrictions apply as apply to dasherboard advertising.

    B. Only logos may be placed in the ice. No slogans or advertising copy may be used.

    C. Logos may be placed in the neutral zone only.

    D. League logos (Anniversary, All-Star, Stanley Cup Playoffs) take precedence over sponsor logos.

    E. The Board of Governors should determine the size, configuration and placement of in-ice logos. One possibility is to allow two pairs of logos, on either side of the center line against the side boards.

[NOTE: See Board Advertising Resolution (R-76), In-Ice Logo Guidelines Resolution (R-84) and Appendix (APP-1) for Board Advertising League Regulations.]

                                                                             [*September 19, 1991*]