# Exhibit 17

# *RESOLUTIONS*

## *[MARKETING MATTERS]*

*IN-ICE LOGO GUIDELINES*

   IT IS HEREBY RESOLVED, that the proposed IN-ICE LOGO GUIDELINES, in the form attached hereto, be, and they hereby are, approved in their entirety.

*[NOTE: See Appendix II, Exhibit I for a copy of the In-Ice Logo Guidelines.]*

*[March 14, 1997]*

84