# Exhibit 18

# *APPENDIX II*

## *EXHIBIT I*

### *IN-ICE LOGO GUIDELINES*

### *ADVERTISING POSITIONS*

- There may be no more than four (4) in-ice logo advertising positions, sold as individual units or in pairs.

- If a Club elects to sell its four (4) in-ice positions other than in two (2) pairs (e.g.: four individual spots or two individuals and one pair) the Club's center circle artwork and building identification must meet the *new* center circle guidelines described below. If, however, in any year, a Club elects to sell its four (4) in-ice positions in pairs, then the dimensions of its center circle artwork and building identification may be grandfathered and may exceed the new center ice guidelines, but must be the same in size, dimension and configuration as the Club's in-ice positions during the majority of the 1996/97 season. If the Club's current dimensions are less than the dimensions set forth in the new center circle guidelines, a Club may increase its dimensions up to those set forth in the guidelines.

- Only logos or traditional trademark script may be placed in-ice. No product identification, slogans or advertising copy may be used. All in-ice designs, including new artwork, are subject to League review and approval for compliance with these guidelines.

- The in-ice positions may be located only in the neutral zone, outside of the center face-off circle. These positions will be deemed positions A, B, C and D. In the case where a Club continues to sell in pairs only, the positions shall be deemed A1, A2, B1, B2.

- Each respective in-ice logo may occupy an area no greater than 81 square feet. The maximum height of each position may be no more than nine feet, while the maximum length may be no more than 16 feet (e.g.: if an in-ice logo is 16 feet long, it must be no higher than five feet; or if in-ice logo is nine feet high, it must be no longer than nine feet).

- Each in-ice logo must be painted specifically to meet the following guidelines:

    1. Placed no less than six feet away from the red line and respective blue lines.
    2. Placed no less than 12 feet and no more than 23 feet from the boards.
    3. In-ice logos may not come closer than two feet from the four face off spots in the neutral zone.

- In order to minimize the cost and problems, all artwork must be submitted to the League *prior* to painting in all cases.

- No dominant black, dark or fluorescent colors will be permitted.