# Exhibit 19

# RESOLUTIONS

## [BROADCAST MATTERS]

### PROHIBITION OF ELECTRONIC DELETION OF IN-ARENA ADVERTISEMENTS

RESOLVED, that no Club or Club broadcaster shall be authorized to use, in any manner, any technology to electronically delete or substitute advertisements of any kind in an arena in televised games until such time as appropriate guidelines regarding the use of such technology have been developed by the League Office. The Commissioner is authorized to develop and implement such guidelines.

[*March 24, 1994*]