UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MADISON SQUARE GARDEN, L.P.,                                      :

               Plaintiff,                                        :

     - against -                                          No. 07 CIV. 8455 (LAP)
                                            :

NATIONAL HOCKEY LEAGUE,                                           **CERTIFICATE OF SERVICE**
NATIONAL HOCKEY LEAGUE                                            :
ENTERPRISES, L.P., NHL INTERACTIVE                                Electronically Filed
CYBERENTERPRISES, L.L.C., NHL                                     :
ENTERPRISES CANADA, L.P., and NHL
ENTERPRISES, B.V.,                                                :

               Defendants.                                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

        I, Bradley J. Demuth, Esq. certify pursuant to 28 U.S.C. § 1746 that on the 2 day of June 2008, I caused the foregoing (i) Notice of Motion, (ii) Motion to Dismiss or in the Alternative for Partial Summary Judgment, (iii) Memorandum of Law in support of the motion, (iv) supporting Declaration of Shepard Goldfein, including exhibits, and (v) supporting Local Rule 56.1 Statement of Undisputed Material Facts to be served electronically upon Meir Feder, Esq., Robert W. Gaffey, Esq., Thomas F. Cullen, Esq., and William J. Hine, Esq., all of the law firm Jones Day, counsel for plaintiff. On the 3 day of June 2008, I also caused a proposed Order to be served by email and by hand on Mr. Gaffey; I also then caused to be served by hand two courtesy hard-copies of all the documents served electronically on June 2, 2008 on Mr. Gaffey at the Jones Day offices located at 222 East 41st Street, New York, New York 10017-6702.

                                                             /s Bradley J. Demuth