```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
MADISON SQUARE GARDEN, L.P.,

    Plaintiff,

 - against -

NATIONAL HOCKEY LEAGUE,
NATIONAL HOCKEY LEAGUE
ENTERPRISES, L.P., NHL INTERACTIVE
CYBERENTERPRISES, LLC, NHL
ENTERPRISES CANADA, L.P., and NHL
ENTERPRISES, B.V.,

    Defendants.
---------------------------------- x

No. 07 CIV. 8455 (LAP)

[PROPOSED] REVISED CASE
MANAGEMENT PLAN
AND SCHEDULING ORDER

  The following Revised Case Management Plan and Scheduling Order was adopted by the Court:

  1. All discovery is to be completed no later than May 29, 2009; fact discovery is to be completed by December 30, 2008.

  2. The parties are reminded that a pre-motion conference is required under the Court's Individual Rules and Practices. A party proposing a motion shall, at the earliest opportunity but in any event no later than December 30, 2008, write to the Court summarizing the motion proposed and the basis therefore and, in the case of a summary judgment motion, enclose a statement pursuant to Local Rule 56.1. A copy of the letter should be served on all parties. Any party opposing the motion shall, within one week of the letter proposing the motion, write to the Court summarizing the basis for the opposition and, in the case of a summary judgment motion, enclose a response to the 56.1 statement.

3.  A proposed joint consolidated pretrial order is to be filed by June 30, 2009. No extensions of this date will be granted. At the same time, the parties shall also send to chambers a courtesy copy of the joint pretrial order, together with one copy of all proposed exhibits and a memorandum of law.

Counsel for all parties shall confer to make a good faith effort to resolve all discovery disputes before requesting a pre-motion conference.

The aforesaid schedule is final and binding upon the parties.

SO ORDERED: *Counsel shall appear for a conference to inform the Court of their plan for depositions on July 21, 2008 at 9:00 a.m.*

Dated: New York, New York
June 16, 2008, 2008

LORETTA A. PRESKA, U.S.D.J.