Meir Feder (MF-2574)
Robert W. Gaffey (RG-4004)
William J. Hine (WH-6766)
Tracy V. Schaffer (TS-4952)
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939
Attorneys for Plaintiff
Madison Square Garden, L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MADISON SQUARE GARDEN, L.P.,

    Plaintiff,

-against-

NATIONAL HOCKEY LEAGUE, NATIONAL HOCKEY LEAGUE ENTERPRISES, L.P., NHL INTERACTIVE CYBERENTERPRISES, L.L.C., NHL ENTERPRISES CANADA, L.P., and NHL ENTERPRISES, B.V.

    Defendants.

---

NATIONAL HOCKEY LEAGUE,

    Counter-claimant,

v.

MADISON SQUARE GARDEN, L.P.,

    Counter-defendant.

07 Civ. 8455 (LAP)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties listed below, that the time for Plaintiff Madison Square Garden, L.P. to answer, move or otherwise respond to Defendants' Counterclaims shall be extended to and including

NYI-4100163v1

July 17, 2008. The original deadline was July 11, 2008. The parties have not previously sought to extend this deadline.

Dated: New York, New York
June 26, 2008

JONES DAY

By: _____
Meir Feder (MF-2574)
Robert W. Gaffey (RG-4004)
William J. Hine (WH-6766)
Tracy V. Schaffer (TS-4952)
222 East 41st Street
New York, New York 10017
(212) 326-3939

*Attorneys for Plaintiff Madison Square Garden, L.P.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Shepard Goldfein
James A. Keyte
Paul M. Eckles
Peter S. Julian
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants and Counter-Claimant National Hockey League*

SO ORDERED:

_____
Loretta A. Preska, U.S.D.J.

NY1-4100163v1