UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

| | | |
|---|---|---|
| MADISON SQUARE GARDEN, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 CIV. 8455 (LAP) |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF MOTION TO** |
| NATIONAL HOCKEY LEAGUE, NATIONAL | ) | **DISMISS COUNTERCLAIMS** |
| HOCKEY LEAGUE ENTERPRISES, L.P., NHL | ) | |
| INTERACTIVE CYBERENTERPRISES, L.L.C., | ) | Electronically Filed |
| NHL ENTERPRISES CANADA, L.P., and NHL | ) | |
| ENTERPRISES, B.V., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

------------------------------------------------------------------ X

**NOTICE OF MOTION TO DISMISS COUNTERCLAIMS**

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Dismiss Counterclaims, dated July 17, 2008, together with all exhibits thereto, all prior proceedings, pleadings and papers herein, and pursuant to the Stipulation and Order issued by this court on July 10, 2008 extending Plaintiff's time to answer, move, or otherwise respond to Defendant's counterclaims, plaintiff Madison Square Garden, L.P. ("MSG") will move this Court before the Honorable Loretta A. Preska, in Courtroom 12A of the United States Courthouse for the United States District Court for the Southern District of New York, at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 12(b) dismissing in their entirety Defendant's counterclaims for (i) declaratory relief and (ii) breach of contract and granting such and further relief as the Court deems just and proper.

NYI-4104701v2

Dated: New York, New York
       July 17, 2008

                                   JONES DAY

                                   By:  s/ Robert W. Gaffey
                                       Meir Feder (MF-2574)
                                       Thomas F. Cullen Jr. (*pro hac vice*)
                                       Robert W. Gaffey (RG-4004)
                                       222 East 41st Street
                                       New York, NY 10017
                                       Telephone: (212) 326-3939
                                       Facsimile: (212) 755-7306

                                *Attorneys for Plaintiff*
                                *Madison Square Garden, L.P.*

OF COUNSEL:
Joe Sims
Glen D. Nager
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Thomas Demitrack
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

TO:    SKADDEN, ARPS, SLATE, MEAGHER
        & FLOM LLP
        *Attorneys for Defendants*
        Four Times Square
        New York, NY 10036-6522
        (212) 735-3000
        Attention: Shepard Goldfein, Esq.

NYI-4104701v2