UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

MADISON SQUARE GARDEN, L.P., )
)
      Plaintiff, )
)   No. 07 CIV. 8455 (LAP)
) 
      v. )   ECF Case
)
NATIONAL HOCKEY LEAGUE, NATIONAL )
HOCKEY LEAGUE ENTERPRISES, L.P., NHL )
INTERACTIVE CYBERENTERPRISES, L.L.C., )
NHL ENTERPRISES CANADA, L.P., and NHL )
ENTERPRISES, B.V., )
)
      Defendants. )
)
)

------------------------------------------------------------------- x

**APPENDIX OF SELECTED SOURCES CITED IN MEMORANDUM OF LAW IN
OPPOSITION TO DEFENDANTS' MOTION TO
TO DISMISS OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**

 

JONES DAY
222 East 41st St.
New York, NY  10017-6702
(212) 326-3939

*Attorneys for Plaintiff Madison
Square Garden, L.P.*

1. Stephen F. Ross, *Antitrust Options To Redress Anticompetitive Restraints And Monopolistic Practices By Professional Sports Leagues*, 52 CASE W. RES. L. REV. 133 (2001)

2. Brandon L. Grusd, *The Antitrust Implications of Professional Sports' League-Wide Licensing And Merchandising Arrangements*, 1 VA. J. SPORTS & LAW 1 (1999)

3. William J. Hoffman, *Dallas' Head Cowboy Emerges Victorious in a Licensing Showdown with the N.F.L.: National Football League Properties v. Dallas Cowboys Football Club*, 7 SETON HALL J. SPORT L. 255 (1997)

4. James D. Weinberger, *Baseball Trademark Licensing and the Antitrust Exemption: An Analysis of New York Yankees Partnership v. Major League Baseball Enterprises, Inc.*, 23 COLUM.-VLA J.L. & ARTS 75 (1999)

5. Stephen F. Ross & Stefan Szymanski, *Antitrust and Inefficient Joint Ventures: Why Sports Leagues Should Look More Like McDonald's and Less Like the United Nations*, 16 MARQ. SPORTS L. REV. 213 (2006)

6. Marc Edelman, *Why the Single Entity Defense Can Never Apply to NFL Clubs: A Primer on Property-Rights Theory in Professional Sports*, 18 FORDHAM INTELL. PROP. MEDIA & ENTM'T L.J. 891

7. Marc Edelman, *Single Entity Ruling: 'Needle' in Haystack*, 239 N.Y.L.J. 4 (Jan. 2, 2008)

8. XI PHILLIP E. AREEDA & HERBERT HOVENKAMP, ANTITRUST LAW ¶ 1901d, at 205-06 (2d ed. 2004); ¶ 1908h, at 275

9. VII AREEDA & HOVENKAMP, ANTITRUST LAW (2007 App.) ¶ 2132, at 468-69

10. XII AREEDA & HOVENKAMP, ANTITRUST LAW, ¶ 2023b, at 184 (2d ed. 2004)

11. II AREEDA & HOVENKAMP, ANTITRUST LAW, ¶ 320c3, at 213 (2d ed. 2004)