# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-7838
rwgaffey@jonesday.com

JP636767

July 16, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

VIA FACSIMILE

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:   Madison Square Garden, L.P. v. National Hockey League, et al., 07 Civ. 8455(LAP)

Dear Judge Preska:

We represent Madison Square Garden, L.P. ("MSG") in the above-referenced litigation against the National Hockey League and related entities (collectively, the "NHL"). On July 17, 2008, we will be filing our opposition to the NHL's motion to dismiss or in the alternative for partial summary judgment. Our submission includes an expert declaration and certain exhibits thereto that have been designated or contain information designated by the NHL as Confidential, Highly Confidential or Outside Counsels' Eyes Only under the parties' confidentiality agreement. By this letter, we request permission to file portions of the expert declaration and the designated exhibits under seal. (We are not seeking confidentiality protection for the opposition brief or the remainder of our submission.) Pursuant to the parties' stipulation, we will file redacted versions of these documents in the public record, and submit the unredacted versions of the expert declaration and exhibits to the Court in a sealed, appropriately marked envelope.

Thank you for your consideration of this request.

*Such sealing is appropriate in light of the confidential proprietary information covered.*

Respectfully submitted,

Robert W. Gaffey

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 17, 2008

cc: Shepard Goldfein, Esq. (via email)

NYI-4105038v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON