```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Madison Square Garden
                Plaintiff(s),
        -against-
National Hockey League
                Defendant(s).
------------------------------x

07 civ. 8455 (LAP)

SCHEDULING ORDER

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on August 15, 2008 at 10:00 a.m. for oral argument in the above-captioned action.

SO ORDERED

July 18, 2008

Loretta A. Preska, U.S.D.J.