UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
MADISON SQUARE GARDEN, L.P.,                )
                                            )
            Plaintiff,                      )   No. 07 CIV. 8455 (LAP)
                                            )
            v.                              )   ELECTRONICALLY FILED
                                            )
NATIONAL HOCKEY LEAGUE, NATIONAL            )
HOCKEY LEAGUE ENTERPRISES, L.P., NHL        )
INTERACTIVE CYBERENTERPRISES, L.L.C.,       )
NHL ENTERPRISES CANADA, L.P., and NHL       )
ENTERPRISES, B.V.,                          )
                                            )
            Defendants.                     )
                                            )
                                            )
------------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

     I, Andrew H. Weisberg, an attorney for plaintiff, Madison Square Garden, L.P. ("MSG"), hereby certify that in compliance with Fed. R. Civ. P. 5, on July 17, 2008, I caused true and correct copies of MSG's Notice of Motion to Dismiss Counterclaims, dated July 17, 2008; Memorandum of Law in Support of Plaintiff's Motion to Dismiss Counterclaims, dated July 17, 2008; Memorandum of Law in Opposition to Defendant's Motion to Dismiss or in the Alternative for Partial Summary Judgment, dated July 17, 2008; Plaintiff's Local Rule 56.1 Counterstatement of Undisputed Material Facts, dated July 17, 2008; Appendix of Selected Sources Cited in Memorandum of Law in Opposition to Defendant's Motion to Dismiss or in the Alternative for Partial Summary Judgment, and accompanying exhibits; the Declaration of Jerry A. Houseman, dated July 17, 2008, and accompanying exhibits (as filed under seal); and the

Declaration of Jerry A. Houseman, dated July 17, 2008, and accompanying exhibits (redacted) to be served by hand upon:

> R. Rivera
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
>
> *Attorneys for Defendants*

Dated:    July 22, 2008
          New York, New York

/s/ Andrew H. Weisberg
Andrew H. Weisberg (AW-6919)

NYI-4106385v1