UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | | |
|---|---|---|
| MADISON SQUARE GARDEN, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 CIV. 8455 (LAP) |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL HOCKEY LEAGUE, NATIONAL HOCKEY LEAGUE ENTERPRISES, L.P., NHL INTERACTIVE CYBERENTERPRISES, L.L.C., NHL ENTERPRISES CANADA, L.P., and NHL ENTERPRISES, B.V., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) ) | |

------------------------------------------------------------------- x

# APPENDIX TO THE DECLARATION OF JERRY A. HAUSMAN

## VOLUME I

## INDEX TO VOLUME I

| EXHIBIT NO. | DOCUMENT | BATES NO. |
|---|---|---|
| 1 | Curriculum Vitae of Jerry Hausman | -- |
| 2 | Average Franchise Values Per Forbes | -- |
| 3 | Buffalo Sabres 2007-2008 Media Guide (Buffalo Sabres Hockey Club, Buffalo, NY), 2007, pages 248-49 (Editor: Kevin Snow) | -- |
| 4 | Vancouver Canucks Media Guide 2007-08 (Vancouver Canucks Hockey Club, Vancouver, BC), 2007, at pages 1, 4 (Editors: Ben Brown, Stephanie Maniago, T.C. Carling) | -- |
| 5 | Sportsline.com article "Florida Panthers raising ticket prices for big games," dated June 10, 2008 | -- |
| 6 | Collected News Articles On Playoff Television Ratings | -- |
| 7 | J. Hausman and G. Leonard, "Superstars in the National Basketball Association: Economic Value and Policy," Journal of Labor Economics 15 (4), 586-624, 1997. | -- |
| 7a | Third Party Website Ticket Pricing Information | -- |