# EXHIBIT 2



Average Franchise Values
Per Forbes Annual Pro Sports Teams Valuations

| CAGR % | 3 Yr | 5 Yr | 7 Yr |
|---|---|---|---|
| NFL | 12.6% | 14.0% | 12.8% |
| NBA | 10.1% | 9.5% | 9.8% |
| MLB | 8.7% | 9.6% | 9.6% |
| NHL | 4.3% | 2.7% | 4.1% |

(1) MLB team valuations for 2006 have not yet been published by Forbes.
(2) NHL team valuations for 2005 assumed to be equal to 2004. Forbes did not publish 2005 valuations due to NHL work stoppage.

**Team Valuations**
Per Forbes Annual Professional Sports Teams Valuation Reports
$ millions

**NHL**

| | | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005[A] | 2006 | CAGR 3 Year (2003-2006) | CAGR 5 Year (2001-2006) | CAGR 7 Year (1999-2006) | Year 8-2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Toronto | $119 | $151 | $203 | $216 | $241 | $263 | $280 | NA | $332 | 8.1% | 9.0% | 11.9% | 13.7% |
| 2 | NY Rangers | $195 | $236 | $263 | $277 | $263 | $272 | $282 | NA | $306 | 4.0% | 2.0% | 3.8% | 5.8% |
| 3 | Detroit | $184 | $194 | $218 | $225 | $266 | $245 | $248 | NA | $258 | 1.7% | 2.8% | 4.2% | 4.3% |
| 4 | Dallas | $118 | $149 | $182 | $207 | $254 | $270 | $259 | NA | $248 | -2.8% | 3.7% | 7.5% | 9.7% |
| 5 | Philadelphia | $187 | $211 | $240 | $250 | $262 | $252 | $264 | NA | $246 | -0.8% | -0.3% | 2.2% | 3.5% |
| 6 | Boston | $185 | $197 | $217 | $230 | $243 | $223 | $236 | NA | $235 | 1.8% | 0.4% | 2.6% | 3.0% |
| 7 | Montreal | $167 | $175 | $181 | $182 | $187 | $170 | $195 | NA | $230 | 10.6% | 4.8% | 4.0% | 4.1% |
| 8 | Colorado | $138 | $160 | $198 | $243 | $250 | $229 | $246 | NA | $219 | -1.5% | -2.1% | 4.6% | 5.9% |
| 9 | Los Angeles | $104 | $109 | $160 | $189 | $205 | $183 | $193 | NA | $205 | 3.9% | 1.6% | 9.4% | 8.9% |
| 10 | Vancouver | $100 | $96 | $100 | $106 | $110 | $125 | $148 | NA | $192 | 15.4% | 12.6% | 10.4% | 8.5% |
| 11 | Tampa Bay | $101 | $112 | $107 | $120 | $124 | $136 | $150 | NA | $172 | 8.1% | 7.5% | 6.3% | 6.9% |
| 12 | Chicago | $170 | $185 | $197 | $200 | $218 | $192 | $178 | NA | $168 | -4.4% | -3.4% | -1.4% | -0.1% |
| 13 | Minnesota | | | | $135 | $139 | $166 | $163 | NA | $163 | -0.6% | 3.8% | NA | NA |
| 14 | Ottawa | $94 | $79 | $84 | $96 | $95 | $117 | $125 | NA | $159 | 10.8% | 10.6% | 10.5% | 6.8% |
| 15 | Anaheim | $109 | $117 | $116 | $118 | $111 | $112 | $108 | NA | $157 | 11.9% | 5.9% | 4.3% | 4.7% |
| 16 | St. Louis | $154 | $137 | $136 | $153 | $148 | $147 | $140 | NA | $150 | 0.7% | -0.4% | 1.3% | -0.3% |
| 17 | Buffalo | $91 | $91 | $97 | $117 | $92 | $95 | $103 | NA | $149 | 16.2% | 5.0% | 7.3% | 6.4% |
| 18 | New Jersey | $125 | $135 | $163 | $175 | $159 | $145 | $124 | NA | $148 | 0.7% | -3.3% | 1.3% | 2.1% |
| 19 | Edmonton | $67 | $72 | $77 | $81 | $86 | $91 | $104 | NA | $146 | 17.1% | 12.5% | 10.6% | 10.2% |
| 20 | San Jose | $108 | $123 | $141 | $148 | $158 | $137 | $149 | NA | $145 | 1.9% | -0.4% | 2.4% | 3.8% |
| 21 | Carolina | $80 | $70 | $79 | $103 | $128 | $109 | $100 | NA | $144 | 9.7% | 6.9% | 10.9% | 7.6% |
| 22 | Phoenix | $87 | $100 | $86 | $79 | $117 | $120 | $136 | NA | $143 | 6.0% | 12.6% | 5.2% | 6.4% |
| 23 | Florida | $105 | $163 | $147 | $115 | $127 | $113 | $121 | NA | $142 | 7.9% | 4.3% | -2.0% | 3.8% |
| 24 | NY Islanders | $111 | $142 | $139 | $156 | $156 | $151 | $160 | NA | $140 | -2.5% | -2.1% | -0.2% | 2.9% |
| 25 | Columbus | | | | $145 | $150 | $144 | $139 | NA | $139 | -1.2% | -0.8% | NA | NA |
| 26 | Calgary | $78 | $78 | $82 | $92 | $94 | $97 | $116 | NA | $135 | 11.6% | 8.0% | 8.2% | 7.1% |
| 27 | Nashville | | $130 | $129 | $131 | $132 | $101 | $111 | NA | $134 | 9.9% | 0.5% | 0.4% | NA |
| 28 | Pittsburgh | $89 | $99 | $132 | $149 | $137 | $114 | $101 | NA | $133 | 5.3% | -2.2% | 4.3% | 5.1% |
| 29 | Atlanta | | | $138 | $134 | $134 | $110 | $106 | NA | $128 | 5.2% | -0.9% | NA | NA |
| 30 | Washington | $178 | $145 | $134 | $138 | $140 | $130 | $115 | NA | $127 | -0.8% | -1.6% | -1.9% | -4.1% |
| | NHL Average | $125 | $135 | $148 | $157 | $164 | $159 | $163 | NA | $180 | 4.3% | 2.7% | 4.1% | 4.7% |

[A] No valuations were done in 2005 due to the 2004/05 NHL work stoppage

Team Valuations
Per Forbes Annual Professional Sports Teams Valuation Reports
$ millions

| NBA | | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | CAGR | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 3 Year (2003-2006) | 5 Year (2001-2006) | 7 Year (1999-2006) | 9 Year (1998-2006) |
| 1 | New York | $296 | $334 | $395 | $392 | $398 | $401 | $494 | $543 | $592 | 13.9% | 8.5% | 8.5% | 9.1% |
| 2 | LA Lakers | $268 | $282 | $360 | $390 | $426 | $447 | $510 | $529 | $568 | 8.3% | 7.8% | 10.5% | 9.8% |
| 3 | Dallas | $119 | $141 | $167 | $211 | $304 | $338 | $374 | $403 | $463 | 11.1% | 17.0% | 18.5% | 18.5% |
| 4 | Chicago | $303 | $307 | $314 | $329 | $323 | $356 | $368 | $409 | $461 | 9.0% | 7.0% | 8.0% | 5.4% |
| 5 | Houston | $166 | $186 | $206 | $234 | $255 | $278 | $369 | $422 | $439 | 16.5% | 13.4% | 14.7% | 12.9% |
| 6 | Detroit | $206 | $226 | $236 | $230 | $258 | $284 | $363 | $402 | $429 | 14.7% | 13.3% | 8.6% | 9.6% |
| 7 | Phoenix | $235 | $239 | $252 | $266 | $272 | $282 | $356 | $395 | $410 | 13.3% | 9.0% | 8.0% | 7.2% |
| 8 | Miami | $145 | $162 | $225 | $248 | $250 | $236 | $279 | $362 | $409 | 20.1% | 10.5% | 14.1% | 13.8% |
| 9 | San Antonio | $122 | $168 | $189 | $221 | $242 | $283 | $324 | $350 | $390 | 11.3% | 12.0% | 12.7% | 15.6% |
| 10 | Cleveland | $161 | $170 | $185 | $202 | $222 | $258 | $298 | $356 | $380 | 13.8% | 13.5% | 12.2% | 11.3% |
| 11 | Sacramento | $119 | $151 | $178 | $209 | $259 | $275 | $330 | $345 | $379 | 11.3% | 12.6% | 14.0% | 15.6% |
| 12 | Philadelphia | $196 | $231 | $233 | $279 | $298 | $328 | $342 | $351 | $375 | 4.6% | 6.1% | 7.2% | 8.4% |
| 13 | Boston | $176 | $187 | $212 | $218 | $274 | $290 | $334 | $353 | $367 | 8.2% | 11.0% | 10.1% | 9.6% |
| 14 | Indiana | $152 | $178 | $232 | $231 | $246 | $280 | $311 | $324 | $340 | 6.7% | 8.0% | 9.7% | 10.6% |
| 15 | Washington | $207 | $209 | $210 | $214 | $278 | $274 | $273 | $318 | $334 | 6.8% | 9.3% | 6.9% | 6.2% |
| 16 | New Jersey | $157 | $166 | $179 | $169 | $218 | $244 | $296 | $271 | $325 | 10.0% | 14.0% | 10.1% | 9.5% |
| 17 | Toronto | $121 | $138 | $148 | $172 | $217 | $249 | $297 | $278 | $315 | 8.2% | 12.9% | 12.5% | 12.7% |
| 18 | Memphis | | | | | $198 | $227 | $236 | $294 | $313 | 11.3% | NA | NA | NA |
| 19 | Denver | $49 | $124 | $175 | $188 | $209 | $218 | $268 | $283 | $309 | 12.3% | 10.4% | 13.9% | 25.9% |
| 20 | Minnesota | $119 | $146 | $169 | $185 | $213 | $230 | $291 | $303 | $308 | 10.2% | 10.7% | 11.3% | 12.6% |
| 21 | Utah | $200 | $158 | $226 | $225 | $226 | $239 | $257 | $274 | $297 | 7.5% | 5.7% | 9.4% | 5.1% |
| 22 | LA Clippers | $102 | $103 | $154 | $170 | $205 | $208 | $224 | $248 | $285 | 11.1% | 10.9% | 15.6% | 13.7% |
| 23 | Orlando | $134 | $159 | $165 | $176 | $197 | $199 | $218 | $247 | $283 | 12.5% | 10.0% | 8.6% | 9.8% |
| 24 | Charlotte | | | | | | | $232 | $300 | $277 | NA | NA | NA | NA |
| 25 | Atlanta | $140 | $150 | $184 | $199 | $206 | $202 | $232 | $262 | $275 | 10.8% | 6.7% | 9.0% | 8.8% |
| 26 | Seattle | $169 | $183 | $187 | $200 | $207 | $196 | $205 | $234 | $268 | 11.0% | 6.0% | 5.6% | 5.9% |
| 27 | Golden State | $130 | $140 | $168 | $166 | $176 | $188 | $228 | $243 | $267 | 12.4% | 10.0% | 9.7% | 9.4% |
| 28 | Milwaukee | $94 | $111 | $131 | $150 | $168 | $174 | $199 | $231 | $260 | 14.3% | 11.6% | 12.9% | 13.6% |
| 29 | New Orleans | $124 | $136 | $144 | $135 | $172 | $216 | $225 | $225 | $248 | 4.7% | 12.9% | 9.0% | 9.1% |
| 30 | Portland | $245 | $257 | $272 | $283 | $270 | $272 | $247 | $227 | $230 | -5.4% | -4.1% | -1.6% | -0.8% |
| | NBA Average | $166 | $183 | $211 | $225 | $248 | $265 | $302 | $326 | $353 | 10.1% | 9.5% | 9.8% | 9.9% |

**Team Valuations**
**Per Forbes Annual Professional Sports Teams Valuation Reports**
$ millions

| MLB | | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006[A] | CAGR | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 3 Year (2002-2005) | 5 Year (2000-2005) | 7 Year (1998-2005) | 8 Year |
| 1 | NY Yankees | $362 | $491 | $548 | $635 | $752 | $849 | $950 | $1,026 | NA | 10.9% | 13.4% | 16.0% | NA |
| 2 | Boston | $230 | $256 | $284 | $339 | $426 | $488 | $563 | $617 | NA | 13.1% | 16.8% | 15.1% | NA |
| 3 | NY Mets | $193 | $249 | $314 | $454 | $482 | $498 | $505 | $604 | NA | 7.8% | 14.0% | 17.7% | NA |
| 4 | Los Angeles | $236 | $270 | $325 | $381 | $435 | $449 | $424 | $482 | NA | 3.5% | 8.2% | 10.7% | NA |
| 5 | Chi Cubs | $204 | $224 | $242 | $247 | $287 | $335 | $398 | $448 | NA | 16.0% | 13.1% | 11.9% | NA |
| 6 | Washington | | | | | | | $310 | $440 | NA | NA | NA | NA | NA |
| 7 | St Louis | $174 | $205 | $219 | $243 | $271 | $308 | $370 | $429 | NA | 16.5% | 14.4% | 13.8% | NA |
| 8 | Seattle | $251 | $236 | $290 | $332 | $373 | $385 | $415 | $428 | NA | 4.7% | 8.1% | 7.9% | NA |
| 9 | Philadelphia | $131 | $145 | $150 | $158 | $231 | $239 | $392 | $424 | NA | 22.4% | 23.1% | 18.3% | NA |
| 10 | Houston | $190 | $239 | $280 | $318 | $337 | $327 | $356 | $416 | NA | 7.3% | 8.2% | 11.8% | NA |
| 11 | San Francisco | $188 | $213 | $237 | $333 | $355 | $382 | $381 | $410 | NA | 4.9% | 11.6% | 11.8% | NA |
| 12 | Atlanta | $299 | $357 | $388 | $407 | $424 | $423 | $382 | $405 | NA | -1.5% | 0.9% | 4.4% | NA |
| 13 | Anaheim | $157 | $195 | $195 | $198 | $195 | $225 | $294 | $368 | NA | 23.6% | 13.5% | 12.9% | NA |
| 14 | Baltimore | $323 | $351 | $347 | $335 | $319 | $310 | $341 | $359 | NA | 4.0% | 0.7% | 1.5% | NA |
| 15 | San Diego | $161 | $205 | $197 | $176 | $207 | $226 | $329 | $354 | NA | 19.6% | 12.4% | 11.9% | NA |
| 16 | Texas | $254 | $281 | $294 | $342 | $356 | $332 | $326 | $353 | NA | -0.3% | 3.7% | 4.8% | NA |
| 17 | Cleveland | $322 | $359 | $364 | $372 | $360 | $331 | $319 | $352 | NA | -0.7% | -0.7% | 1.3% | NA |
| 18 | Chi White Sox | $214 | $178 | $166 | $213 | $223 | $233 | $262 | $315 | NA | 12.2% | 13.7% | 5.7% | NA |
| 19 | Arizona | | $291 | $268 | $245 | $271 | $269 | $286 | $305 | NA | 4.0% | 2.6% | NA | NA |
| 20 | Colorado | $303 | $311 | $305 | $334 | $347 | $304 | $280 | $296 | NA | -4.9% | -0.5% | -0.2% | NA |
| 21 | Detroit | $137 | $152 | $200 | $290 | $262 | $237 | $239 | $292 | NA | 3.7% | 7.9% | 11.4% | NA |
| 22 | Toronto | $141 | $162 | $162 | $161 | $182 | $166 | $214 | $286 | NA | 16.3% | 12.0% | 10.6% | NA |
| 23 | Cincinnati | $136 | $163 | $175 | $187 | $204 | $223 | $255 | $274 | NA | 10.3% | 9.4% | 10.5% | NA |
| 24 | Pittsburgh | $133 | $145 | $161 | $211 | $242 | $224 | $218 | $250 | NA | 1.1% | 9.2% | 9.4% | NA |
| 25 | Kansas City | $108 | $96 | $122 | $138 | $152 | $153 | $187 | $239 | NA | 16.3% | 14.4% | 12.0% | NA |
| 26 | Milwaukee | $127 | $155 | $167 | $209 | $238 | $206 | $208 | $235 | NA | -0.4% | 7.1% | 9.2% | NA |
| 27 | Oakland | $118 | $125 | $134 | $149 | $157 | $172 | $185 | $234 | NA | 14.2% | 11.8% | 10.3% | NA |
| 28 | Florida | $159 | $153 | $125 | $128 | $137 | $136 | $206 | $226 | NA | 18.2% | 12.6% | 5.2% | NA |
| 29 | Minnesota | $94 | $89 | $91 | $99 | $127 | $148 | $178 | $216 | NA | 19.4% | 18.9% | 12.6% | NA |
| 30 | Tampa Bay | | $225 | $163 | $150 | $142 | $145 | $176 | $209 | NA | 13.8% | 5.1% | NA | NA |
| | MLB Average | $198 | $225 | $238 | $268 | $293 | $301 | $332 | $376 | NA | 8.7% | 9.6% | 9.6% | NA |

[A] MLB valuations for 2006 have not been published. 2005 valuations published on 4/20/06.

**Team Valuations**
Per Forbes Annual Professional Sports Teams Valuation Reports
$ millions

| NFL | | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | CAGR 3 Year (2003-2006) | 5 Year (2001-2006) | 7 Year (1999-2006) | Year (1998-2006) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Washington | $403 | $607 | $741 | $796 | $845 | $952 | $1,100 | $1,259 | $1,423 | 14.3% | 12.3% | 12.9% | 17.1% |
| 2 | New England | $252 | $460 | $464 | $524 | $571 | $756 | $861 | $1,041 | $1,176 | 15.9% | 17.5% | 14.3% | 21.2% |
| 3 | Dallas | $413 | $663 | $713 | $743 | $784 | $851 | $923 | $1,066 | $1,173 | 11.3% | 9.8% | 8.5% | 13.9% |
| 4 | Houston | | | | | | $791 | $905 | $946 | $1,043 | 9.7% | NA | NA | NA |
| 5 | Philadelphia | $249 | $318 | $329 | $405 | $518 | $617 | $633 | $952 | $1,024 | 18.4% | 20.4% | 18.2% | 19.3% |
| 6 | Denver | $320 | $427 | $471 | $540 | $604 | $683 | $815 | $907 | $975 | 12.6% | 12.5% | 12.5% | 14.9% |
| 7 | Cleveland | | | $557 | $598 | $618 | $695 | $798 | $892 | $970 | 11.8% | 10.2% | NA | NA |
| 8 | Tampa Bay | $346 | $502 | $532 | $582 | $606 | $671 | $779 | $877 | $955 | 12.5% | 10.4% | 9.6% | 13.5% |
| 9 | Baltimore | $329 | $408 | $479 | $544 | $607 | $649 | $776 | $864 | $946 | 13.4% | 11.7% | 12.8% | 14.1% |
| 10 | Chicago | $237 | $313 | $319 | $352 | $540 | $621 | $785 | $871 | $945 | 15.0% | 21.2% | 17.1% | 18.9% |
| 11 | Carolina | $365 | $488 | $513 | $574 | $609 | $642 | $760 | $878 | $936 | 13.4% | 10.3% | 9.8% | 12.5% |
| 12 | Miami | $340 | $446 | $472 | $508 | $553 | $638 | $765 | $856 | $912 | 12.6% | 12.4% | 10.8% | 13.1% |
| 13 | Green Bay | $244 | $320 | $337 | $392 | $474 | $609 | $756 | $849 | $911 | 14.4% | 18.4% | 16.1% | 17.9% |
| 14 | Kansas City | $257 | $353 | $367 | $412 | $462 | $601 | $709 | $762 | $894 | 14.2% | 16.8% | 14.2% | 16.9% |
| 15 | NY Giants | $288 | $376 | $387 | $419 | $514 | $573 | $692 | $806 | $890 | 15.8% | 16.3% | 13.1% | 15.1% |
| 16 | Seattle | $324 | $399 | $407 | $440 | $534 | $610 | $712 | $823 | $888 | 13.3% | 15.1% | 12.1% | 13.4% |
| 17 | Tennessee | $322 | $369 | $506 | $536 | $551 | $620 | $736 | $839 | $866 | 12.6% | 10.6% | 13.3% | 13.5% |
| 18 | Pittsburgh | $300 | $397 | $414 | $468 | $557 | $608 | $717 | $820 | $880 | 13.1% | 13.5% | 12.0% | 14.4% |
| 19 | NY Jets | $259 | $363 | $384 | $423 | $512 | $567 | $685 | $739 | $876 | 15.6% | 15.7% | 13.4% | 16.5% |
| 20 | St Louis | $322 | $390 | $418 | $448 | $544 | $602 | $708 | $757 | $841 | 11.8% | 13.4% | 11.6% | 12.8% |
| 21 | Detroit | $312 | $293 | $378 | $423 | $509 | $635 | $747 | $780 | $839 | 9.7% | 14.7% | 16.2% | 13.2% |
| 22 | Indianapolis | $227 | $305 | $332 | $367 | $419 | $547 | $609 | $715 | $837 | 15.2% | 17.9% | 15.5% | 17.7% |
| 23 | Cincinnati | $311 | $394 | $423 | $479 | $507 | $562 | $675 | $716 | $825 | 13.7% | 11.5% | 11.1% | 13.0% |
| 24 | Arizona | $231 | $301 | $305 | $342 | $374 | $505 | $552 | $673 | $789 | 16.0% | 18.2% | 14.8% | 16.6% |
| 25 | Buffalo | $252 | $326 | $365 | $393 | $458 | $564 | $637 | $708 | $756 | 10.3% | 14.0% | 12.8% | 14.7% |
| 26 | Jacksonville | $294 | $419 | $460 | $500 | $522 | $569 | $688 | $691 | $744 | 9.4% | 8.3% | 8.5% | 12.3% |
| 27 | New Orleans | $243 | $315 | $324 | $371 | $481 | $565 | $627 | $718 | $738 | 8.1% | 14.7% | 12.9% | 14.9% |
| 28 | Oakland | $235 | $299 | $315 | $351 | $421 | $576 | $624 | $676 | $736 | 8.5% | 16.0% | 13.7% | 15.3% |
| 29 | San Francisco | $254 | $371 | $379 | $419 | $463 | $558 | $636 | $699 | $734 | 8.9% | 11.9% | 10.2% | 14.2% |
| 30 | San Diego | $248 | $323 | $393 | $416 | $447 | $561 | $622 | $678 | $731 | 9.2% | 11.9% | 12.4% | 14.5% |
| 31 | Atlanta | $233 | $306 | $321 | $338 | $407 | $534 | $603 | $690 | $730 | 11.0% | 16.6% | 13.2% | 15.3% |
| 32 | Minnesota | $233 | $309 | $322 | $346 | $437 | $542 | $604 | $658 | $720 | 9.9% | 15.8% | 12.8% | 15.1% |
| | NFL Average | $288 | $385 | $423 | $466 | $531 | $628 | $732 | $819 | $898 | 12.6% | 14.0% | 12.8% | 15.3% |

Sports Team Valuations.xls           Forbes Team By Team           2/15/2007 9 13 AM