# EXHIBIT 3

Case 1:07-cv-08455-LAP     Document 79-5     Filed 07/24/2008     Page 1 of 3

## Miscellaneous INFORMATION

### TICKET INFORMATION



### VARIABLE TICKET PRICING

The Sabres will once again feature variable pricing for tickets to all home games. The four pricing classifications include Gold, Silver, Bronze, and Value. The classifications are determined by the opponent, time of the year, day of the week, rivalries, and games against all-star players. This season there are 9 Gold games, 22 Silver games, 5 Bronze games, and 5 Value games.

### 2007-08 INDIVIDUAL GAME PRICES

| LEVEL | SEASON TICKET | GOLD | SILVER | BRONZE | VALUE |
|---|---|---|---|---|---|
| 200 Club Level | $74 | $203 | $115 | $104 | $90 |
| 200 Club Endzone | $59 | $203 | $115 | $98 | $84 |
| 100 Lvl Pref | $53 | $186 | $111 | $75 | $64 |
| 100 Lvl II | $42 | $161 | $84 | $60 | $52 |
| 100 Lvl III | $31 | $135 | $68 | $46 | $38 |
| 100 Lvl IV | $27 | $119 | $50 | $35 | $32 |
| 300 Lvl I | $32 | $102 | $66 | $48 | $40 |
| 300 Lvl II | $23 | $85 | $50 | $35 | $28 |
| 300 Lvl III | $17 | $68 | $41 | $29 | $20 |
| 300 Lvl IV | $17 | $68 | $41 | $29 | $20 |

Sabres tickets are available in person at the HSBC Arena Box Office, all **tickets.com** outlets in Tops Markets, online at **www.sabres.com**, tickets.com or charge by phone at **1-888-223-6000**.

