# EXHIBIT 4

# TICKET INFORMATION



Wheelchair seating is available in three different areas, at three different price categories. Please inquire for availability.

## SINGLE GAME TICKETS

**SportsAction LEVEL**

- Limited quantities. Please inquire.
- Limited quantities. Please inquire.
- $104.50

All prices include GST, but are subject to applicable service charges.

**TELUS LEVEL**

- $84.00
- $72.25
- $61.00
- $49.25
- $89.00

Prices do not apply to premium games. Refer to game schedule for premium dates.

Molson Canadian Fan Zone seating is available in four price categories. Call Ticketmaster for availability.

Tickets available at Ticketmaster Ticket Centres, the Chevy Pickup Window at General Motors Place, canucks.com/tickets or Charge-By-Phone.



Live! General Motors Place
**604.280.4400**
**1.800.663.9311**

Petcetera ZONE — Section 101–102, Rows 14–25. No alcohol permitted

FOR SEASON TICKETS OR OTHER TICKET PACKAGES, PLEASE CALL **604.899.GOAL** (4625)



Welcome:

**ultimate canucks** | Search

"Of the fans - by the fans - for the fans"

Get your 15 megabytes of fame!
**canucks.com/ultimate**

< 2006.07 ULTIMATE CANUCK SEARCH WINNER! GRACIE

4




## 2007.08 SCHEDULE