# EXHIBIT 5



○ Web ◉ CBSSp

 

Track your favorite teams and players.
**Free membership**, Register Now
**Already a member**, Log In

Community | I

Home    Fantasy    NFL | MLB | NBA | NHL | College FB | College BK | Golf | Racing | Tennis | Horses | MN

NHL Home | Scoreboard | Standings | Schedules | Stats | Teams | Players | Transactions | Injuries | Video | Fantasy News



# FLORIDA PANTHERS

Location: Sunrise, Fla. | Arena: BankAtlantic Center (19,250) | GM: Jacques Martin | Stanley Cups: 0

+Track This Team    Team Page  Schedule  Stats  Roster  Depth Chart  Transactions  Team Report  Photos  Histo

### Florida Panthers raising ticket prices for big games

June 10, 2008
**South Florida Sun-Sentinel**

Print  Send  RSS  +Share

Jun. 9--If you want to see some of the most popular teams in the NHL without buying a Panthers season-ticket plan, be ready to pay an extra $25 a ticket.

While most Panthers season-ticket holders will pay the same price or slightly less than they did last year, individual ticket buyers will have to pay the extra $25 -- up 150 percent from $10 last season -- for "high demand" games. The team will not announce the eight to 12 premium games until the 2008-09 NHL schedule is released in mid-July, but they are expected to include opponents such as the Rangers and Canadiens.

The cheapest seats on BankAtlantic Center's terrace level will remain $17 for individual ticket buyers, but those will jump to $42 for premium games. Panthers President Michael Yormark said a limited number of $17 seats will be sold day of game.

"It adds more value to being a season seat holder because you're not paying that variable price on that game," Yormark said. "We also want to maximize supply and demand. ... Those are the biggest games on the calendar."

The Panthers are freezing several season seat categories and lowering prices in four areas. Two categories are increasing and two new categories have been created in the corners of the lower bowl. Terrace level seats are dropping from $13 to $9 a game for a full-season plan. They are $12 for a half season and $15 for 13 games.

Lower bowl sideline seats are rising from $67 to $77 for a full season; $70 to $80 for a half season; $72 to $82 for 13 games and $87 to $97 for individual games.

-----

To see more of The South Florida Sun-Sentinel or to subscribe to the newspaper, go to http://www.sun-sentinel.com/.