# EXHIBIT 7a



NHL - players like Phil Esposito, Rod Gilbert, Brian Leetch, Mike Richter, Mark Messier and Wayne Gretzky have all worn the Rangers uniform. Get your New York Rangers hockey tickets from GoTickets.com.

Searching for New York Rangers Tickets or related event information?

About GoTickets   Terms Of Service   Privacy Policy   FAQ   Contact Us   Site Map



Case 1:07-cv-08455-LAP     Document 79-10     Filed 07/24/2008     Page 5 of 5

New York Rangers Road Games Tickets - New York Rangers Away Game Tickets at StubHub!

Basketball Tickets | Hockey Tickets | Baseball Tickets | Soccer Tickets

Have questions about how to buy tickets or sell tickets? Email or call us toll free at: 866.StubHub (866.788.2482). Customer service will help you buy tickets or sell tickets from 5:00 AM - 8:00 PM Pacific Time weekdays or 6:00 AM - 7:00 PM Pacific Time weekends.

You are buying tickets from a third party; neither StubHub.com nor StubHub, Inc. is the ticket seller. Ticket prices are set by the seller and may differ from face value. ALL SALES AND BIDS ARE FINAL. No refunds, transaction cancellations or exchanges will be issued for date/time changes or partial performances. Cancelled events will be handled on a case by case basis. All prices listed are in US dollars.

   

Contact Us | About Us | Jobs | Press Box | Notifications | Partners | Corporate Accounts | Affiliates | Sitemap

Use of this website signifies your agreement to the User Agreement and Privacy Policy.

© 2000-2008 StubHub, Inc. All rights reserved.