UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

MADISON SQUARE GARDEN, L.P., )
)
            Plaintiff, )      No. 07 CIV. 8455 (LAP)
)
            v. )
)
NATIONAL HOCKEY LEAGUE, NATIONAL )
HOCKEY LEAGUE ENTERPRISES, L.P., )
NATIONAL HOCKEY LEAGUE INTERACTIVE )
CYBERENTERPRISES, L.L.C., NHL )
ENTERPRISES CANADA, L.P., and NHL )
ENTERPRISES, B.V., )
)
            Defendants. )

------------------------------------------------------------- X

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, William J. Hine, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Glen D. Nager
> Jones Day
> 51 Louisiana Ave., N.W.
> Washington, D.C. 20001
> Tel. (202) 879-3939
> Fax. (202) 626-1700
> gdnager@jonesday.com

Mr. Nager is a member in good standing of the bar of the District of Columbia.  (*See*

Exhibit B to the Declaration of William J. Hine in Support of Motion to Admit Counsel *Pro Hac*

*Vice*)  There are no pending disciplinary actions against Mr. Nager in any State or Federal court.

(*Id.*)

NYI-4106656v1

Dated: New York, New York
       July 23, 2008

                                        Respectfully submitted,

                                        _____
                                        William J. Hine (WH-6766)
                                        JONES DAY
                                        222 East 41st Street
                                        New York, NY  10017-6702
                                        Telephone:  (212) 326-3939
                                        Facsimile:  (212) 755-7306

                                        *Attorney for Plaintiff*

NYI-4106656v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

MADISON SQUARE GARDEN, L.P.,                    )
                                                )
                          Plaintiff,            )        No. 07 CIV. 8455 (LAP)
                                                )
                    v.                          )
                                                )
NATIONAL HOCKEY LEAGUE, NATIONAL                )
HOCKEY LEAGUE ENTERPRISES, L.P.,                )
NATIONAL HOCKEY LEAGUE INTERACTIVE              )
CYBERENTERPRISES, L.L.C., NHL                   )
ENTERPRISES CANADA, L.P., and NHL               )
ENTERPRISES, B.V.,                              )
                                                )
                          Defendants.           )

-------------------------------------------------------------- X

## DECLARATION OF WILLIAM J. HINE IN SUPPORT OF
## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, WILLIAM J. HINE, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that

the following is true and correct:

1.    I am a member of Jones Day, 222 East 41st Street, New York, New York, 10017,
      counsel for plaintiff Madison Square Garden, L.P. ("MSG" or "Plaintiff") in the
      above-captioned matter.  I am familiar with the proceedings in this case.  I make
      this statement based on my personal knowledge of the facts set forth herein and in
      support of Plaintiff's motion to admit Glen D. Nager as counsel *pro hac vice* to
      represent Plaintiff in this matter.

2.    I am a member in good standing of the bars of the states of New York and
      Florida, and was first admitted to practice law on April 17, 1996.  I am also
      admitted to the bar of the United States District Court for the Southern District of
      New York, and am in good standing with this Court.

3.    I have known of Glen D. Nager since 2006.

4.    Mr. Nager is a member of Jones Day in Washington, D.C., and a member in good
      standing of the bar of the District of Columbia.  *See* Exhibit B attached hereto.

5.    I understand Mr. Nager to be a skilled attorney and a person of integrity.  He is
      experienced in Federal practice and is familiar with the Federal Rules of
      Procedure.

6.    Accordingly, I am pleased to move the admission of Mr. Nager *pro hac vice*.

7.    I respectfully submit a proposed order granting the admission of Mr. Nager *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Glen D. Nager, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

Dated: New York, New York
       July 23, 2008

Respectfully submitted,

William J. Hine (WH-6766)

NYI-4106657v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

MADISON SQUARE GARDEN, L.P.,                )
                                            )
                Plaintiff,                  )          No. 07 CIV. 8455 (LAP)
                                            )
        v.                                  )
                                            )
NATIONAL HOCKEY LEAGUE, NATIONAL            )
HOCKEY LEAGUE ENTERPRISES, L.P.,            )
NATIONAL HOCKEY LEAGUE INTERACTIVE          )
CYBERENTERPRISES, L.L.C., NHL               )
ENTERPRISES CANADA, L.P., and NHL           )
ENTERPRISES, B.V.,                          )
                                            )
                Defendants.                 )

-------------------------------------------------------------- X

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of William J. Hine, attorney for Madison Square Garden, L.P. ("MSG"),

and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that:

> Glen D. Nager
> Jones Day
> 51 Louisiana Ave., N.W.
> Washington, D.C. 20001
> Tel. (202) 879-3939
> Fax. (202) 626-1700
> gdnager@jonesday.com

is admitted to practice *pro hac vice* as counsel for MSG in the above-captioned case in

the United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately register for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall

forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
      July __, 2008

_____
UNITED STATES DISTRICT JUDGE

- 2 -



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

GLEN D. NAGER

was on the  3RD  day of  JANUARY, 1985

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on July
21, 2008.

GARLAND PINKSTON, JR., CLERK

By: _M. Charles_

Deputy Clerk

## CERTIFICATE OF SERVICE

I declare that on July 23, 2007, I caused the attached Motion to Admit Counsel *Pro Hac Vice* and Declaration of William J. Hine in Support of Motion to Admit Counsel *Pro Hac Vice* and accompanying exhibits to be served by hand-delivery on the following counsel:

Shepard Goldfein, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Tel. 212.735.3000
Fax. 212.735.2000/1

*Attorney for Defendants*

I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
      July 23, 2008

JONES DAY

By: _____
    Andrew H. Weisberg (AW-6919)
    222 East 41st Street
    New York, NY  10017-6702
    Telephone:  (212) 326-3939
    Facsimile:  (212) 755-7306

*Attorney for Plaintiff*