UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
MADISON SQUARE GARDEN, L.P., )
 )
        Plaintiff, )   No. 07 CIV. 8455 (LAP)
 )
        v. )
 )
NATIONAL HOCKEY LEAGUE, NATIONAL )
HOCKEY LEAGUE ENTERPRISES, L.P., )
NATIONAL HOCKEY LEAGUE INTERACTIVE )
CYBERENTERPRISES, L.L.C., NHL )
ENTERPRISES CANADA, L.P., and NHL )
ENTERPRISES, B.V., )
 )
        Defendants. )
------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/08
```

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of William J. Hine, attorney for Madison Square Garden, L.P. ("MSG"), and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that:

    Glen D. Nager
    Jones Day
    51 Louisiana Ave., N.W.
    Washington, D.C. 20001
    Tel. (202) 879-3939
    Fax. (202) 626-1700
    gdnager@jonesday.com

is admitted to practice *pro hac vice* as counsel for MSG in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

NYI-4106659v1

counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
July __, 2008
August 5

*Loretta A. Preska*
UNITED STATES DISTRICT JUDGE